David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

## NOTICE

**In re: MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation**

Attached is a certified copy of the Conditional Transfer Order with attached list of tag-along actions received by this court on August 8, 2007 from the Multidistrict Litigation Panel. The CTO-1 includes the civil action number assigned to each action by the District of Rhode Island. Also attached is a copy of this Court's Practice and Procedure Order Number 1.

The Honorable Mary M. Lisi, Chief Judge for the District of Rhode Island will be presiding over these actions, and her address is as follows:

**Chief Judge Mary M. Lisi**
**U.S. District Court**
**District of Rhode Island**
**One Exchange Terrace**
**Providence, RI 02903**

The Local Rules for the District of Rhode Island are available to download from our website www.rid.uscourts.gov under Rules and Procedures.

All papers filed after August 8, 2007 must be mailed to the Clerk of Court for the District of Rhode Island and captioned as follows:

**In re: Kugel Mesh Hernia Patch Products Liability Litigation**
**Multidistrict Litigation (MDL 1842)**

**MDL DOCKET NO. 07-1842-ML**

Refer to paragraph three (3) of the attached Practice and Procedure Order Number 1 for additional information on how papers should be captioned and filed.

Once liaison counsel have been determined, the Court will accept documents by electronic means. Counsel will be instructed by the Clerk on the manner in which to register for an ECF login and password. Until such time, all documents must be filed with the Clerk of Court at the following address:

**David A. DiMarzio, Clerk**
**U.S. District Court**
**District of Rhode Island**
**One Exchange Terrace**
**Providence, RI 02903**

Any questions can be directed to the following case managers:

Barbara Barletta
401-752-7204
barbara_barletta@rid.uscourts.gov

John Duhamel
401-752-7205
john_duhamel@rid.uscourts.gov

August 9, 2007

**DAVID A. DiMARZIO**
**CLERK OF COURT**