# SCHEDULE CTO-2 - TAG-ALONG ACTIONS
# MDL NO. 1842
# IN RE Kugel Mesh Hernia Patch Products Liability Litigation

| DIST. DIV. C.A. # | CASE CAPTION | CASE NUMBER DISTRICT OF RHODE ISLAND |
| --- | --- | --- |
| ILLINOIS SOUTHERN | | |
| ILS 3 07-483 | Joyce Rios v. C.R. Bard, Inc., et al. | CA 07-1881 |
| INDIANA SOUTHERN | | |
| INS 2 07-170 | Debra A. Wiltermood, et al. v. Davol, Inc. | CA 07-1882 |
| LOUISIANA WESTERN | | |
| LAW 3 07-945 | Barbara Nelson v. Davol, Inc., et al. | CA 07-1883 |
| NORTH CAROLINA EASTERN | | |
| NCE 4 07-107 | Jack Irving v. Davol, Inc., et al. | CA 07-1884 |
| NCE 7 07-111 | C. Dayton Kirk, M.D. v. Davol, Inc., et al. | CA 07-1885 |
| PENNSYLVANIA EASTERN | | |
| PAE 2 07-2814 | Robert L. Albright, et al. v. C.R. Bard, Inc., et al. | CA 07-1886 |