No Response

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**In Re: Kugel Mesh Hernia Patch Products Liability Litigation**
**Multidistrict Litigation (MDL 1842)**

**MDL DOCKET NO. 07-1842-ML**
**Case Number District of Rhode Island: 07-1844**

FILED
JUL 23 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**(*Carolene Jean Carter v. Davol, Inc., et al.***
**U.S.D.C., E.D. AR Western Division**
**C.A. No. 4:06-1012)**

**MOTION TO WITHDRAW AS ATTORNEY FOR THE PLAINTIFF, CAROLENE JEAN CARTER**

1. David Hodges, one of the attorneys for the Plaintiff, Carolene Jean Carter, moves to withdraw as the attorney for the Plaintiff.

2. Callis Childs is co-counsel with David Hodges and will decide whether or not he wants to withdraw from the case as well.

3. David Hodges asks for an Order permitting him to withdraw as the attorney for the Plaintiff.

**RESPECTFULLY SUBMITTED,**

**By:** David A. Hodges

**DAVID A. HODGES**
**Attorney at Law**
**Centre Place Building**
**212 Center Street, Fifth Floor**
**Little Rock, Arkansas 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: (501) 374-2400**
**Facsimile: (501) 374-8926**
**E-Mail: david@hodgeslaw.com**
**Web: www.hodgeslaw.com**

Granted.
Mary M. Lisi
USDJ 8/20/07