IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BEVERLY DIFFEE,<br><br>Plaintiff,<br><br>v.<br><br>DAVOL INC. AND TENET HEALTHSYSTEM, DI, INC., d/b/a DES PERES HOSPITAL, a Missouri Corporation,<br><br>Defendants. | IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION, MDL DOCKET NO. 1842<br><br>(Case No. 07-1860) |

**MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANT TENET HEALTHSYSTEM DI, INC., D/B/A DES PERES HOSPITAL**

COMES NOW plaintiff and moves to voluntarily dismiss Tenet Healthsystem, DI, Inc. d/b/a Des Peres Hospital only. Dismissal without prejudice is with the full consent of defendant Tenet Healthsystem, DI, Inc. Plaintiff's cause of action against all other parties is to remain pending. Plaintiff and Tenet Healthsystem DI, Inc. d/b/a Des Peres Hospital to each bear their own costs.

PEDROLI & GAUTHIER

By: ______________________
Robert A. Pedroli, #34257
Eric A. Ruttencutter, #38883
7777 Bonhomme, Ste. 2250
Clayton, MO 63105
314- 726-1817
314-726-6087 (Fax)

Attorneys for Plaintiff

SANDBERG, PHOENIX & von GONTARD, P.C.

By: ______________________
Russell L. Makepeace, #119919
Jason D. McKnight, #102163
One City Centre, 15th Floor
St. Louis, MO 63101-1880
314-231-3332
314-241-7604 (Fax)

Attorneys for Defendant
Tenet HealthSystem, DI, Inc. d/b/a
Des Peres Hospital

::ODMA\PCDOCS\SPVGDOCS\1364436\1