IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BEVERLY DIFFEE,<br><br>Plaintiff,<br><br>v.<br><br>DAVOL INC. AND TENET HEALTHSYSTEM, DI, INC., d/b/a DES PERES HOSPITAL, a Missouri Corporation,<br><br>Defendants. | ) | IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION, MDL DOCKET NO. 1842<br><br>(Case No. 07-1860) |

**ORDER**

COMES NOW the Court, and being fully advised of the premises and on plaintiff's Motion to Voluntarily Dismiss Tenet Healthsystem, DI, Inc., d/b/a Des Peres Hospital, the Court grants the voluntary dismissal without prejudice to defendant Tenet Healthsystem, DI, Inc., d/b/a Des Peres Hospital. Plaintiff and Tenet Healthsystem, DI, Inc., d/b/a Des Peres Hospital to bear their own costs.

Mary M. Lisi
Judge

Date: August 27, 2007

::ODMA\PCDOCS\SPVGDOCS\1364533\1