A CERTIFIED TRUE COPY
AUG 20 2007
ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
AUG 20 2007
FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**RHODE ISLAND CIVIL ACTION NO.**
**07-1887**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**
Judy A. Nichol, et al. v. Davol, Inc., et al., )
D. Nevada, C.A. No. 2:07-731 ) MDL No. 1842

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE SEPTEMBER 27, 2007, HEARING SESSION**

A conditional transfer order was filed in this action (*Nichol*) on July 18, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Nichol* filed a notice of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on July 18, 2007, is LIFTED insofar as it relates to this action. The action is transferred to the District of Rhode Island for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Mary M. Lisi.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on August 15, 2007, are VACATED insofar as they relate to this action.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel