**Bard® Composix® Kugel Mesh**

## FEDERAL ACTIONS

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Carter v. Davol, Inc., et al<br>4:06cv1012 | 8/21/2006 | E.D. AK | Davol, Inc.<br>C.R. Bard, Inc.<br>John Doe I<br>John Doe II<br>John Doe III<br>John Doe IV<br>John Doe V | Callis L. Childs<br>Attorney at Law<br>Conway, AR 72032<br>(501) 327-1700<br><br>David A. Hodges<br>Attorney at Law<br>Little Rock, AR 72201-2429<br>(501) 374-2400 | 6/28/2007 |
| Campbell v. Davol, Inc., et al<br>5:06cv5154 | 8/22/2006 | W.D. AK | Davol, Inc.<br>C.R. Bard, Inc.<br>Surgical Sense, Inc.<br>John Doe I<br>John Doe II<br>John Doe III<br>John Doe IV<br>John Doe V | Cindy L. Hawkins<br>Attorney at Law<br>Springdale, AR 72765-0809<br>(479) 756-5884<br><br>David A. Hodges<br>Attorney at Law<br>Little Rock, AR 72201-2429<br>(501) 374-2400 | 6/28/2007 |
| Von Essen v. C.R. Bard, Inc., et al<br>2:06cv4786 | 10/2/2006 | D. N.J. | C.R. Bard, Inc.<br>Davol, Inc. | Harris L. Pogust<br>POGUST & BRASLOW, LLP<br>Conshohocken, PA 19428<br>(610) 941-4204 | 6/28/2007 |
| Edgar v. Davol, Inc.<br>4:06cv1471 | 10/6/2006 | E.D. MO | Davol, Inc. | Maurice B. Graham<br>M. Graham Dobbs<br>GRAY AND RITTER, P.C.<br>St. Louis, MO 63101-1826<br>314-241-5620 | 6/28/2007 |

**Bard® Composix® Kugel Mesh**

## FEDERAL ACTIONS

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Wilson v. Davol Inc. et al<br>3:06cv541 | 12/4/2006 | N.D. FL | Davol, Inc.<br>C.R. Bard, Inc. | Bradley Syfrett Odom<br>KIEVIT ODOM & BARLOW<br>635 W Garden St.<br>Pensacola, FL 32502<br>850/434-3527<br><br>Ernest Cory<br>Craig Philip Niedenthal<br>Jon Collins Conlin<br>CORY WATSON CROWDER ETC<br>2131 Magnolia Ave., Ste 200<br>Birmingham, AL 35205<br>205-271-7111 | 6/28/2007 |
| Poston et al. v. Davol, Inc.<br>2:07cv32 | 1/5/2007 | E.D. CA | Davol, Inc.<br>Does 1 through 10 and<br>Roes 11 through 20, Inclusive | Jonathan Alan Saul<br>Thomas Minder and Associates<br>2151 River Plaza Drive<br>Suite 290<br>Sacramento, CA 95833<br>916-929-4400 | 6/28/2007 |
| Mathein v. Davol, Inc.<br>2:07cv2031 | 2/7/2007 | C.D. IL | C.R. Bard, Inc.<br>Davol, Inc. | Joseph W Phebus<br>PHEBUS & KOESTER<br>136 W Main St<br>Urbana, IL 61801<br>217- 337-1400 | 6/28/2007 |
| Montiel and Nunes-McNamara v. Davol, Inc., et al | 2/14/2007 | D. R.I. | Davol, Inc.<br>C.R. Bard | Donald A. Migliori<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>P.O. Box 6067<br>Providence, RI 02940-6067<br>457-7709<br><br>Edward A. Wallace<br>Wexler Toriseva Wallace<br>55 West Monroe, Suite 3300<br>Chicago, IL 60602<br>312-346-2222 | |

**Bard® Composix® Kugel Mesh**

**FEDERAL ACTIONS**

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Luffman v. C.R. Bard, Inc. et al<br>3:07-cv-00243 | 2/26/2007 | M.D. TN | C.R. Bard, Inc.<br>Davol, Inc. | Donald D. Zuccarello<br>Law Office of Donald D. Zuccarello<br>3209 West End Avenue<br>Nashville, TN 37203<br>(615) 259-8100 | 6/28/2007 |
| Hyland v. Davol, Inc.<br>2:07-cv-1054 | 3/12/2007 | E.D. NY | Davol, Inc.<br>C.R. Bard | Andrew John Carboy<br>Sullivan Papain Block McGrath & Cannavo<br>120 Broadway, 18th Fl<br>New York, NY 10271<br>212-732-9000 | 6/28/2007 |
| Katechis v. Davol, Inc.<br>1:07-cv-2098 | 3/12/2007 | S.D. NY | Davol, Inc.<br>C.R. Bard, Inc. | Andrew John Carboy, Sr<br>Sullivan, Papain, Block, McGrath & Cannavo<br>120 Broadway, 18th Flr.<br>New York, NY 10271<br>(212) 732-9000 | 6/28/2007 |
| Hall v. Davol, Inc.<br>3:07-cv-480 | 3/14/2007 | N.D. AL | Davol, Inc.<br>C.R. Bard, Inc. | W Lewis Garrison, Jr<br>Timothy C Davis<br>William L Bross, IV<br>HENINGER GARRISON & DAVIS LLC<br>2224 First Avenue North<br>Birmingham, AL 35203<br>205-326-3336 | 6/28/2007 |
| Sayler et al v. Davol, Inc. et al<br>1:07-cv-765 | 3/15/2007 | N.D. OH | Davol, Inc.<br>C.R. Bard, Inc. | Nicholas A. DiCello<br>Peter J. Brodhead<br>Spangenberg, Shibley & Liber<br>2400 National City Center<br>1900 East Ninth Street<br>Cleveland, OH 44114<br>216-696-3232 | 6/28/2007 |
| Dileonardo et al v. Davol, Inc et al<br>1:07-cv-01540 | 4/13/2007 | E.D. NY | Davol, Inc.<br>C.R. Bard, Inc. | Michael A London<br>Douglas & London<br>111 John Street, 8th Floor<br>New York, NY 10038<br>212-931-9980<br>Fax: 212-931-9979 | 8/8/2007 |
| Montgomery et al v. Davol, Inc. et al<br>3:07-cv-00176 | 4/20/2007 | N.D. FL | Davol, Inc.<br>C.R. Bard, Inc. | R. Jason Richards<br>AYLSTOCK WITKIN & SASSER PLC - PENSACOLA FL<br>55 BAYBRIDGE DRIVE | 8/8/2007 |

**Bard® Composix® Kugel Mesh**

**FEDERAL ACTIONS**

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Cavazos v. C.R. Bard et al<br>07-cv-1394 | 4/27/2007 | S.D. TX | C.R. Bard, Inc.<br>Davol, Inc. | Christopher T Kirchmer<br>Provost Umprhey Law Firm<br>490 Park Street<br>Beaumont, TX 77701<br>409-835-6000 | 8/8/2007 |
| Woodard v. Davol, Inc.<br>2:07-cv-00747 | 4/27/2007 | W.D. LA | Davol, Inc.<br>C.R. Bard, Inc. | Matthew E Lundy<br>Lundy & Davis (LC)<br>P O Box 3010<br>Lake Charles, LA 70602-3010<br>337-439-0707 | 8/8/2007 |
| Kolb et al v. C.R. Bard et al<br>3:07-cv-00482 | 5/2/2007 | M.D. TN | C.R. Bard, Inc.<br>Davol, Inc. | Donald D. Zuccarello<br>Nina H. Parsley<br>Law Office of Donald D. Zuccarello<br>3209 West End Avenue<br>Nashville, TN 37203<br>(615) 259-8100 | 8/8/2007 |
| Risley et al v. Davol, Inc. et al<br>3:07-cv-00806 | 5/3/2007 | S.D. CA | Davol, Inc.<br>C.R. Bard, Inc. | Elizabeth Anne Banham<br>Mulligan and Banham<br>2442 Fourth Avenue<br>Suite 100<br>San Diego, CA 92101<br>(619)238-8700 | 8/8/2007 |
| Kinney v. Davol, Inc. et al<br>1:07-cv-1336 | 5/8/2007 | N.D. OH | Davol, Inc.<br>C.R. Bard, Inc. | Charles Richard Eshelman<br>Eshelman Legal Group<br>205 Portage Trail Extension West<br>Cuyahoga Falls, OH 44223<br>330-376-3572<br><br>Craig P. Niedenthal<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr.<br>CoryWatson Crowder & Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35209<br>205-328-2200 | 8/8/2007 |

**Bard® Composix® Kugel Mesh**

**FEDERAL ACTIONS**

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Randall v. Davol, Inc. et al<br>1:07-cv-00393 | 5/16/2007 | M.D. NC | Davol, Inc.<br>C.R. Bard, Inc. | Marcus Edward Hayes, Sr.<br>CRUMLEY & ASSOCIATES, P.C.<br>2400 Freeman Mill Rd., Ste. 200<br>Greensboro, NC 27406<br>336-333-9899<br><br>Craig P. Niedenthal<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr.<br>CoryWatson Crowder & Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35209<br>205-328-2200 | 8/8/2007 |
| Knapp v. Davol, Inc. et al<br>1:07-cv-00396 | 5/16/2007 | M.D. NC | Davol, Inc.<br>C.R. Bard, Inc. | Marcus Edward Hayes, Sr.<br>CRUMLEY & ASSOCIATES, P.C.<br>2400 Freeman Mill Rd., Ste. 200<br>Greensboro, NC 27406<br>336-333-9899<br><br>Craig P. Niedenthal<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr.<br>CoryWatson Crowder & Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35209<br>205-328-2200 | 8/8/2007 |

**Bard® Composix® Kugel Mesh**

## FEDERAL ACTIONS

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| J.W. Collins v. Davol, Inc. et al<br>1:07-cv-93 | 5/21/2007 | W.D. KY | Davol, Inc.<br>C.R. Bard | Craig P. Niedenthal<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr<br>Cory, Watson, Crowder & Degaris, PC<br>2131 Magnolia Avenue<br>Birmingham, AL 35205<br>205-328-2200<br><br>Lee L. Coleman<br>Hughes & Coleman<br>P.O. Box 10120<br>Bowling Green, KY 42102<br>270-782-6003 | 8/8/2007 |
| Robert Witt v. Davol, Inc. et al<br>6:07-cv-00163 | 5/22/2007 | W.D. TX | Davol, Inc.<br>C.R. Bard | Terry Bryant<br>West Memorial Office Park<br>8584 Katy Freeway - Suite 100<br>Houston, TX 77024<br>(713) 973-8888<br><br>Craig P. Niedenthal<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr.<br>CoryWatson Crowder & Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35209<br>205-328-2200 | 8/8/2007 |

**Bard® Composix® Kugel Mesh**

## FEDERAL ACTIONS

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Wilkins v. Davol, Inc. et al<br>1:07-cv-00312 | 5/22/2007 | E.D. TX | Davol, Inc.<br>C.R. Bard | Brad Terry Bryant<br>Terry Bryant, LLP<br>8584 Katy Freeway, Suite 100<br>Houston, TX 77024<br>713-973-2667<br><br>Craig P. Niedenthal<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr.<br>CoryWatson Crowder &<br>Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35209<br>205-328-2200 | 8/8/2007 |
| Jones v. Davol, Inc. et al<br>1:07-cv-00190 | 5/23/2007 | D. R.I. | Davol, Inc.<br>C.R. Bard | Donald A. Migliori<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>P.O. Box 6067<br>Providence, RI 02940-6067<br>457-7709<br><br>Craig P. Niedenthal<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr.<br>CoryWatson Crowder &<br>Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35209<br>205-328-2200 | |

**Bard® Composix® Kugel Mesh**

## FEDERAL ACTIONS

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Tompkins v. Davol, Inc. et al<br>1:07-cv-00191 | 5/23/2007 | D. R.I. | Davol, Inc.<br>C.R. Bard | Donald A. Migliori<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>P.O. Box 6067<br>Providence, RI 02940-6067<br>457-7709<br><br>Craig P. Niedenthal<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr.<br>CoryWatson Crowder & Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35209<br>205-328-2200 | |
| Diffee v. C.R. Bard, Inc. et al<br>4:07-cv-01045 | 5/30/2007 | E.D. MO | C.R. Bard, Inc.<br>Davol, Inc.<br>Tenet Health Systems DI, Inc. | Robert H. Pedroli, Jr.<br>Pedroli and Gauthier<br>7777 Bonhomme Avenue, Suite 2250<br>Clayton, MO 63105<br>314-726-1817 | 8/8/2007 |
| McNeir v. Davol, Inc. et al<br>4:07-cv-03142 | 6/4/2007 | D. NE | Davol, Inc.<br>C.R. Bard | Craig P. Niedenthal<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr<br>Cory, Watson, Crowder & Degaris, PC<br>2131 Magnolia Avenue<br>Birmingham, AL 35205<br>205-328-2200<br><br>Daniel H. Friedman<br>Friedman Law Offices<br>3800 Normal Boulevard, Suite 200<br>Lincoln, NE 68506<br>402-476-1093 | 8/8/2007 |
| Staton v. Davol, Inc. et al<br>2:07-cv-01033 | 6/4/2007 | N.D. AL | Davol, Inc.<br>C.R. Bard | Frank O. Hanson, Jr.<br>Law Offices of Frank O. Hanson, Jr.<br>4401 Gary Avenue<br>Fairfield, AL 35064<br>205-786-3775 | 8/8/2007 |

**Bard® Composix® Kugel Mesh**

**FEDERAL ACTIONS**

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Nichol v. Davol, Inc. et al<br>2:07-cv-00731 | 6/5/2007 | D. NV | Davol, Inc.<br>Boulder City Hospital, Inc.<br>C.R. Bard<br>Doe Davol/C.R. Bard Sales Representative<br>John Does 1-10<br>Roe Corporations 1-10 | Eckley M. Keach<br>Eckley M. Keach, Chtd<br>520 S. Fourth Street<br>Las Vegas, NV 89101<br>702-384-5563<br><br>Robert E. Murdock<br>Murdock & Associates<br>520 S. Fourth Street<br>Las Vegas, NV 89101<br>702-384-4570 | 8/24/2007 |
| Horowitz et al v. Davol, Inc. et al<br>1:07-cv-02392 | 6/13/2007 | E.D. NY | Davol, Inc.<br>C.R. Bard, Inc. | Michael A London<br>Douglas & London<br>111 John Street, 8th Floor<br>New York, NY 10038<br>212-931-9980<br>Fax: 212-931-9979 | 8/8/2007 |
| Horton v. C.R. Bard, Inc. et al<br>3:07-cv-00636 | 6/13/2007 | M.D. TN | C. R. Bard, Inc.<br>Davol, Inc. | Donald D. Zuccarello<br>Nina H. Parsley<br>Law Offices of Donald D. Zuccarello<br>3209 West End Avenue<br>Nashville, TN 37203<br>615-259-8100 | 8/8/2007 |
| Burleson et al v. C.R. Bard, Inc. et al<br>3:07-cv-00643 | 6/14/2007 | M.D. TN | C.R. Bard, Inc.<br>Davol, Inc. | Donald D. Zuccarello<br>Law Offices of Donald D. Zuccarello<br>3209 West End Avenue<br>Nashville, TN 37203<br>615-259-8100 | 8/8/2007 |
| Shepherd v. Davol, Inc. et al<br>4:07-cv-02002 | 6/15/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | 8/8/2007 |
| Bynum v. Davol, Inc. et al<br>4:07-cv-02031 | 6/19/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | 8/8/2007 |
| Young v. Davol, Inc. et al<br>4:07-cv-02040 | 6/20/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |

**Bard® Composix® Kugel Mesh**

**FEDERAL ACTIONS**

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Cossentino v. Davol, Inc. et al<br>4:07-cv-02041 | 6/20/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Eaves v. Davol, Inc. et al<br>4:07-cv-02044 | 6/20/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Gabbard v. Davol, Inc. et al<br>4:07-cv-02046 | 6/20/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Wright v. Davol, Inc. et al<br>4:07-cv-02048 | 6/20/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Fox v. Davol, Inc. et al<br>4:07-cv-02055 | 6/20/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Theoret v. Davol, Inc. et al<br>2:07-cv-01157 | 6/20/2007 | N.D. AL | Davol, Inc.<br>C.R. Bard, Inc. | Leigh King Forstman<br>PITTMAN DUTTON KIRBY & HELLUMS PC<br>1100 Park Place Tower<br>2001 Park Place North<br>Birmingham, AL 35203<br>205-322-8880 | |
| Kirk v. Davol, Inc. et al<br>7:07-cv-00111 | 6/29/2007 | E.D. NC | Davol, Inc.<br>C.R. Bard, Inc. | Gary K. Shipman<br>Shipman & Associates, LLP<br>11 S. Fifth Ave.<br>Wilmington, NC 28401<br>910-762-1990 | 8/14/2007 |
| Rios v. C.R. Bard, Inc. et al<br>3:07-cv-00483 | 7/2/2007 | S.D. IL | C.R. Bard, Inc.<br>Davol, Inc. | David M. Hicks<br>David M. Hicks & Associates<br>Generally Admitted<br>7720 Stonebridge Golf Drive<br>Maryville, IL 62062<br>618-343-0901 | 8/14/2007 |

**Bard® Composix® Kugel Mesh**

## FEDERAL ACTIONS

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Irving v. Davol, Inc. et al<br>4:07-cv-00107 | 7/3/2007 | E.D. NC | Davol, Inc.<br>C.R. Bard, Inc. | Carmaletta L. Henson<br>Henson & Fuerst, P.A.<br>P. O. Box 7008<br>Rocky Mount, NC 27804<br>252-443-2111<br><br>Craig P. Niedenthal<br>Ernest Cory<br>Jon C. Conlin<br>Stephen R. Hunt, Jr.<br>CoryWatson Crowder & Degaris<br>2131 Magnolia Avenue<br>Birmingham, AL 35209<br>205-328-2200 | 8/14/2007 |
| Wiltermood et al v. Davol, Inc. et al<br>2:07-cv-00170 | 7/10/2007 | S.D. IN | Davol, Inc.<br>C.R. Bard, Inc. | Larry J. Wagner<br>WAGNER CRAWFORD GAMBILL & TROUT<br>416 South Sixth Street<br>P O Box 1897<br>Terre Haute, IN 47808-1897<br>(812) 238-1408 | 8/14/2007 |
| Wilson v. C.R. Bard, Inc et al<br>1:07-cv-00532 | 7/16/2007 | M.D. NC | C.R. Bard, Inc.<br>Davol, Inc. | DOUGLAS S. HARRIS<br>1698 NATCHEZ TRACE<br>GREENSBORO, NC 27455<br>336-288-0284 | |
| Periman v. Davol, Inc. et al<br>6:07-cv-03222 | 7/17/2007 | W.D. MO | Davol, Inc.<br>C.R. Bard, Inc. | Angela DeSanctis Myers<br>Mathew W. Placzek<br>Placzek & Francis<br>1722 S. Glenstone<br>Ste. J<br>Springfield, MO 65804<br>(417) 883-4000 | |
| Rutherford v. Davol, Inc. et al<br>2:07-cv-01199 | 7/18/2007 | W.D. LA | Davol, Inc.<br>C.R. Bard, Inc. | Matthew E Lundy<br>Lundy & Davis (LC)<br>P O Box 3010<br>Lake Charles, LA 70602-3010<br>337-439-0707 | |

**Bard® Composix® Kugel Mesh**

**FEDERAL ACTIONS**

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Divjack et al v. C.R. Bard et al<br>1:07-cv-01046 | 7/20/2007 | E.D. CA | C.R. Bard, Inc.<br>Davol, Inc. | Rodney A Klein<br>Rodney A Klein Law Offices<br>2300 Bell Executive Lane<br>Sacramento, CA 95825<br>916-929-8424<br><br>Lawrence Steven Paikoff<br>Legal Services For Prisoners With Children<br>100 McAllister Street<br>San Francisco, CA 94102<br>(916) 929-6000 | |
| Allison v. Davol, Inc. et al<br>4:07-cv-02393 | 7/24/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Andres v. Davol, Inc. et al<br>4:07-cv-02397 | 7/24/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Byrd v. Davol, Inc. et al<br>4:07-cv-02399 | 7/24/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Cattell v. Davol, Inc. et al<br>4:07-cv-02400 | 7/24/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Collins v. Davol, Inc. et al<br>4:07-cv-02402 | 7/24/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Dillon v. Davol, Inc. et al<br>4:07-cv-02405 | 7/24/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |

**Bard® Composix® Kugel Mesh**

**FEDERAL ACTIONS**

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Knotts v. Davol, Inc. et al<br>4:07-cv-02408 | 7/24/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Davidson v. Davol, Inc. et al<br>4:07-cv-02411 | 7/24/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Lewis v. Davol, Inc. et al<br>4:07-cv-02414 | 7/24/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Newsome v. Davol, Inc. et al<br>4:07-cv-02416 | 7/24/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Nichols v. Davol, Inc. et al<br>4:07-cv-02419 | 7/24/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Snyder et al v. Davol, Inc. et al<br>3:07-cv-01081 | 7/25/2007 | D. OR | Davol, Inc.<br>C.R. Bard, Inc.<br>Legacy Health System | David K. Miller<br>Sy Michael Rose<br>Miller & Wagner, LLP<br>2210 N.W. Flanders Street<br>Portland, OR 97210<br>(503) 299-6116 | |
| Phares v. Davol, Inc. et al<br>4:07-cv-02421 | 7/25/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Riebe v. Davol, Inc. et al<br>4:07-cv-02422 | 7/25/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |

**Bard® Composix® Kugel Mesh**

**FEDERAL ACTIONS**

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Shepherd v. Davol, Inc. et al<br>4:07-cv-02423 | 7/25/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Wilson v. C.R. Bard, Inc et al<br>4:07-cv-02424 | 7/25/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Roberts v. Davol, Inc. et al<br>4:07-cv-02425 | 7/25/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Wurtz-Bright v. Davol, Inc. et al<br>4:07-cv-02427 | 7/25/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Sanchez v. Davol, Inc. et al<br>1:07-cv-21928 | 7/26/2007 | S.D. FL | Davol, Inc.<br>C.R. Bard, Inc. | Alejandro Alvarez<br>355 Palermo Avenue<br>Coral Gables, FL 33134<br>305-444-7675 | |
| Reyna v. Davol, Inc. et al | 7/30/2007 | W.D. TX | Davol, Inc. | Michael P. Mallia<br>Vickery, Waldner & Mallia, LLP<br>One Riverway<br>Suite 1150<br>Houston, TX 77056-1920<br>(713) 526-1100 | |

**Bard® Composix® Kugel Mesh**

## FEDERAL ACTIONS

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Duy et al v. Davol, Inc. et al<br>4:07-cv-00574 | 8/10/2007 | W.D. MO | Davol, Inc.<br>C.R. Bard, Inc. | Derek H. Potts<br>Timothy L. Sifers<br>Potts Law Firm, LLC<br>715 May Street<br>Suite 100<br>Kansas City, MO 64105<br>(816) 931-2230<br><br>Jeffrey M. Kuntz<br>Thomas P. Cartmell<br>Thomas Joseph Preuss<br>Wagstaff & Cartmell, LLP<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>(816) 701-1100 | |
| Kane v. Davol, Inc. et al<br>4:07-cv-00575 | 8/10/2007 | W.D. MO | Davol, Inc.<br>C.R. Bard, Inc. | Derek H. Potts<br>Timothy L. Sifers<br>Potts Law Firm, LLC<br>715 May Street<br>Suite 100<br>Kansas City, MO 64105<br>(816) 931-2230<br><br>Jeffrey M. Kuntz<br>Thomas P. Cartmell<br>Thomas Joseph Preuss<br>Wagstaff & Cartmell, LLP<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>(816) 701-1100 | |

**Bard® Composix® Kugel Mesh**

**FEDERAL ACTIONS**

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Rorvig v. Davol, Inc. et al<br>4:07-cv-00577 | 8/10/2007 | W.D. MO | Davol, Inc.<br>C.R. Bard, Inc. | Derek H. Potts<br>Timothy L. Sifers<br>Potts Law Firm, LLC<br>715 May Street<br>Suite 100<br>Kansas City, MO 64105<br>(816) 931-2230<br><br>Jeffrey M. Kuntz<br>Thomas P. Cartmell<br>Thomas Joseph Preuss<br>Wagstaff & Cartmell, LLP<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>(816) 701-1100 | |
| Van Hoose v. Davol, Inc. et al<br>4:07-cv-00576 | 8/10/2007 | W.D. MO | Davol, Inc.<br>C.R. Bard, Inc. | Derek H. Potts<br>Timothy L. Sifers<br>Potts Law Firm, LLC<br>715 May Street<br>Suite 100<br>Kansas City, MO 64105<br>(816) 931-2230<br><br>Jeffrey M. Kuntz<br>Thomas P. Cartmell<br>Thomas Joseph Preuss<br>Wagstaff & Cartmell, LLP<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>(816) 701-1100 | |

**Bard® Composix® Kugel Mesh**

**FEDERAL ACTIONS**

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Whitfield v. Davol, Inc. et al<br>6:07-cv-03261 | 8/10/2007 | W.D. MO | Davol, Inc.<br>C.R. Bard, Inc. | Derek H. Potts<br>Timothy L. Sifers<br>Potts Law Firm, LLC<br>715 May Street<br>Suite 100<br>Kansas City, MO 64105<br>(816) 931-2230<br><br>Jeffrey M. Kuntz<br>Thomas P. Cartmell<br>Thomas Joseph Preuss<br>Wagstaff & Cartmell, LLP<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>(816) 701-1100 | |
| Vanboenschoten v. Davol, Inc. et al<br>3:07-cv-02774 | 8/13/2007 | D. SC | Davol, Inc.<br>C.R. Bard, Inc. | Gary Walton Popwell, Jr<br>Lee Eadon Isgett and Popwell<br>PO Box 1505<br>Columbia, SC 29202<br>803-799-9811 | |
| Adams v. Davol, Inc. et al<br>4:07-cv-02630 | 8/14/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Brown v. Davol, Inc. et al<br>4:07-cv-02633 | 8/14/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Castro v. Davol, Inc. et al<br>4:07-cv-02634 | 8/14/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Edens v. Davol, Inc. et al<br>4:07-cv-02635 | 8/14/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |

**Bard® Composix® Kugel Mesh**

## FEDERAL ACTIONS

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Johnson v. Davol, Inc.<br>4:07-cv-02637 | 8/14/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Kasem v. Davol, Inc. et al<br>4:07-cv-02631 | 8/14/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Whetro v. Davol, Inc. et al<br>4:07-cv-02638 | 8/14/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Nelson v. Davol, Inc. et al<br>1:07-cv-01883 | 8/14/2007 | D. RI | Davol, Inc. | Anthony J. Bruscato<br>P.O. Box 2374<br>Monroe, LA 71207<br>US<br>318-325-7577 | |
| Albright et al v. C.R. Bard, Inc. et al<br>1:07-cv-01886 | 8/14/2007 | D. RI | C.R. Bard, Inc.<br>Davol, Inc. | Joseph F. Roda<br>Roda & Nast PC<br>801 Estelle Drive<br>Lancaster, PA 17601<br>US<br>717-892-3000 | |
| Rivers v. C.R Bard, Inc. et al<br>3:07-cv-01245 | 8/15/2007 | D. CT | C.R. Bard, Inc.<br><br>Davol, Inc.<br><br>Lawrence & Memorial Hosp, Inc.<br><br>Lawrence & Memorial Corp. | Michael J. Quinn<br>Polito & Quinn<br>567 Vauxhall St. Ext.<br>Suite 230<br>Waterford, CT 06385<br>860-447-3300 | |

**Bard® Composix® Kugel Mesh**

**FEDERAL ACTIONS**

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Skillman v. Davol, Inc. et al<br>4:07-cv-00604 | 8/21/2007 | D. MO | Davol, Inc.<br>C.R. Bard, Inc. | Derek H. Potts<br>Timothy L. Sifers<br>Potts Law Firm, LLC<br>715 May Street<br>Suite 100<br>Kansas City, MO 64105<br>(816) 931-2230<br><br>Jeffrey M. Kuntz<br>Thomas P. Cartmell<br>Thomas Joseph Preuss<br>Wagstaff & Cartmell, LLP<br>4740 Grand Avenue<br>Suite 300<br>Kansas City, MO 64112<br>(816) 701-1100 | |
| Barsamian v. Davol, Inc. et al<br>6:07-cv-01248 | 8/22/2007 | D. KS | Davol, Inc.<br>C.R. Bard, Inc. | Deborah B. McIlhenny<br>Hutton & Hutton<br>8100 E. 22nd St., North-Bldg. 1200<br>P. O. Box 638<br>Wichita, KS 67201-638<br>316-688-1166 | |
| Ohlinger v. Davol, Inc. et al<br>4:07-cv-00394 | 8/24/2007 | E.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | Michael Ray Lipscomb<br>Law Offices Michael Lipscomb<br>1321 Central Avenue<br>Suite A-2<br>Hot Springs, AR 71901<br>501/623-0900 | |
| Scott v. Davol, Inc. et al<br>1:07-cv-00211 | 8/28/2007 | N.D. MS | Davol, Inc.<br>C.R. Bard, Inc. | William Monroe Quin, II<br>LANGSTON LAW FIRM, P.A.<br>P O Box 787<br>Booneville, MS 38829-0787<br>662-728-3138 | |
| Nunley v. Davol, Inc. et al<br>4:07-cv-02766 | 8/28/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |

**Bard® Composix® Kugel Mesh**

## FEDERAL ACTIONS

| CASE NAME | FILED | VENUE | DEFENDANTS NAMED | PLAINTIFFS' COUNSEL | DATE TRANSFERRED TO RHODE ISLAND |
|---|---|---|---|---|---|
| Townsend v. Davol, Inc. et al<br>4:07-cv-02767 | 8/28/2007 | S.D. TX | Davol, Inc.<br>C.R. Bard, Inc. | David Willis Alexander<br>Attorney at Law<br>1989 Kingston Cove<br>League City, TX 77573<br>832-372-2926 | |
| Chaparro v. Baolien Nguyen Tu et al<br>5:07-cv-00964 | 8/29/2007 | W.D. OK | Baolien Nguyen Tu<br><br>Integris Southwest Medical Center, Inc.<br><br>CR Bard, Inc.<br><br>Davol, Inc. | Dan L Holloway<br>Kenyatta R Bethea<br>Marissa T Osenbaugh<br>Holloway Bethea & Osenbaugh PLLC<br>3035 NW 63rd<br>Suite 102 N<br>Oklahoma City, OK 73116<br>405-246-0600 | |