**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Meeting Agenda
September 27, 2007, 1:30 P.M.
Jury Assembly Room

1. Introduction of Judge Lisi and staff and Magistrate Judge Almond and staff

2. Estimate of the number of patches implanted and the number of cases that the parties anticipate being filed and/or transferred by the MDL to this Court

3. Appointment:
   (a) Plaintiff's steering committee
   (b) Co-lead counsel
   (c) Liaison counsel

4. Extension of paragraph 5 of practice and procedure order

5. Entry of protective and confidentiality order

6. Order for preservation of evidence

7. Pending motions

8. Next meeting of the Court, Plaintiff's liaison counsel, and Defendant's counsel on October 25, 2007 at 2:00 p.m.