A CERTIFIED TRUE COPY

SEP 13 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP 13 2007

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

Angel Marie Wilson, etc. v. C.R. Bard, Inc., et al., )
M.D. North Carolina, C.A. No. 1:07-532 )

**RHODE ISLAND CASE NUMBER:**
**CA 07-1910**

MDL No. 1842

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Wilson*) on August 10, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiff in *Wilson* filed a notice of opposition to the proposed transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-3" filed on August 10, 2007, is LIFTED. The action is transferred to the District of Rhode Island for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Mary M. Lisi.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-3)**

John Anderson Fagg, Jr.
Moore & Van Allen, PLLC
100 North Tryon Street, Floor 47
Charlotte, NC 28202-4003

Douglas S. Harris
1698 Natchez Trace
Greensboro, NC 27455