UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Kugel Mesh Hernia Patch Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML;
C.A. No. 17-1845 ML

Mary Jane Campbell v. Davol, Inc., et al.
C.A. No. 5:06-5154

**ENTRY OF APPEARANCE**

I, Armando E. Batastini, hereby enter my appearance on behalf of Defendants Surgical Sense, Inc. and WCO Medical Products Corporation in the above-captioned matter.

SURGICAL SENSE, INC. and WCO
MEDICAL PRODUCTS CORPORATION

By their Attorneys,

/s/ Armando E. Batastini

Armando E. Batastini (#6016)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 26th day of September, 2007 and is available for viewing and downloading to the ECF registered counsel of record and paper copies will be sent to those who are non-registered participants:

David A. Hodges, Esq.
Center Place
212 Center Street, 5th Floor
Little Rock, AR 72201-2429

/s/ Armando E. Batastini