# Minutes from Conference Held September 27, 2007

The Court met with counsel and discussed the items listed on the agenda (Docket #17).

The Court informed counsel that the Court's website will include a button designated for the MDL. All orders, agendas and conference minutes will be posted.

The Court discussed the potential total number of actions to be filed through the MDL and the Court's interest in coordinating this case with those pending in Rhode Island Superior Court.

Mr. Migliori addressed the appointment of a Plaintiffs' Steering Committee, co-lead counsel, and liaison counsel. Since no objection had been filed to Mr. Migliori's Petition, the Court will issue an order appointing a Plaintiffs' Steering Committee, co-lead counsel, and designating Mr. Migliori as liaison counsel.

The next item discussed was the request for entry of a protective and confidentiality order. Counsel advised that they are working on this and hope to have an order ready for signature within a week or so.

The parties do not have an agreement on an evidence preservation order. The court urged counsel to try to work out their differences, and stated that if they were not able to do so, they could seek a ruling from Magistrate Judge Almond.

The Court addressed its concerns about pending motions. Counsel advised that they would be able to provide a status report in two weeks. The Court will issue an order regarding pending motions.

Mr. Wilkie, plaintiff's counsel in the Von Essen case, advised that he is pressing his Motion for Remand. The court will take up that Motion.

Mr. Batastini, counsel for defendants other than Davol and Bard, mentioned the motions pending in those cases might be ripe for determination, as well.

The Court advised counsel that some of the items proposed for the September 27 agenda had been purposefully left off and will be considered at the next conference. Those items include: plaintiff fact sheets, designation of bellwether cases for trial, filing of a master complaint, and the request for a consolidated class action complaint.

Mr. Landau also represents defendants other than Bard and Davol, and wanted to alert the Court that those cases may require a different schedule.

Mr. Migliori asked about scheduling a Rule 26(f) conference before the next conference with the Court. The Court urged counsel to work together on the Rule 26(f) issues.

Ms. Dube reminded attorneys on the Plaintiffs' Steering Committee to register with the Court's ECF system. She advised that the form is on the Court's website.

The next conference is scheduled for Tuesday, October 30, 2007, at 2:00 p.m. in Room 307 of the United States District Courthouse, Providence, RI.