UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: KUGEL MESH HERNIA PATCH LITIGATION
As it relates to all cases.

MDL DOCKET NO. 07-1842 ML

PRACTICE AND PROCEDURE ORDER NUMBER 3

This matter came before the Court on September 27, 2007 for an initial pretrial conference. The Court considered items listed on the Meeting Agenda (Docket #17), as well as other matters raised by those in attendance. The court now makes the following orders:

1. **Pending Motions.** Lead counsel and defense counsel shall confer and file with the Court on or before October 12, 2007, a status report concerning all pending motions. In the status report counsel shall (1) identify the case in which the motion is pending; (2) set forth the nature of relief sought in the motion; (3) state whether or not the motion has been resolved by agreement of counsel. If the motion has been resolved, counsel shall file an appropriate stipulation on or before October 15, 2007. If the motion is not resolved by agreement, counsel shall state whether or not it has been fully briefed, and whether oral argument is requested.

2. **Entries of Appearance.** Paragraph 5 from Practice and Procedure Order Number 1 (Docket #2) is hereby extended to apply to all cases transferred to this district by the MDL.

3. **Next Meeting.** The Court will meet with lead counsel and defendants' counsel on October 30, 2007 at 2:00 p.m. in Room 307. Counsel shall submit to the Court a list of proposed agenda items on or before October 19, 2007. The Court will publish the agenda on or before October 26, 2007.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
September 28, 2007