**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**IN RE: KUGEL MESH HERNIA PATCH LITIGATION**
**As it relates to: ALL CASES**

**MDL Docket No. 07-1842-ML**

**Hon. Mary M. Lisi**

## STATUS REPORT

In accordance with Practice and Procedure Order No. 3, entered by Chief Judge Mary M. Lisi on September 28, 2007, liaison and defense counsel have conferred to determine the status of all motions pending in the cases thus far transferred to the MDL. Below please find the list of motions currently pending, the nature of relief sought in the motion, and whether the motion has been resolved by agreement of counsel.

The following matters are unresolved. In all unresolved matters, oral argument is requested.

Montiel: D. RI, Motley Rice LLC
Defendants' motion to dismiss (possibly moot depending on the outcome of discussions regarding the handling of class actions in the CMO), filed 4/30/07, fully briefed

Campbell: W.D. AR, David Hodges and Cindy Hawkins
Defendants Davol and Bard's motion for summary judgment, filed 1/22/07, fully briefed
Defendant Surgical Sense, Inc's motion to dismiss, filed 2/23/07, fully briefed

Von Essen: D. NJ, Pogust & Braslow
Plaintiff's motion to remand, filed 10/31/06, fully briefed
Defense states it has a notice of supplemental authority to file, which will be ready shortly.

Hall: N.D. AL, Heninger Garrison & Davis
Defendants' motion to dismiss counts IV & V, filed 4/9/07

Sayler: N.D. OH, Spangenberg, Shibley & Liber
Defendants' partial motion to dismiss, filed 4/17, fully briefed

Witt: W.D. TX, Cory Watson Crowder & Degaris, with Terry Bryant, local counsel
Defendants' motion to dismiss counts VIII & IX, filed 7/16
Plaintiff states that an Amended Complaint will soon be filed which will likely moot defendants' motion to dismiss.
Defendant states the need for a schedule for opposition and reply

Staton: N.D. AL, Frank O Hanson, Jr.
Defendants' amended motion to dismiss paragraphs 7, 8, 9, and 10 of count I, filed 7/2/07
Plaintiff takes the position that the matter was transferred to the MDL before response was due from Plaintiff, and indicates an intention to file an objection to the motion to dismiss after the stay is lifted in the MDL.
Defendant takes the position that plaintiffs failed to file a timely response before the case was transferred to the MDL.

Nichol: D. NV, Eckley M Keach and Robert E Murdock
Plaintiff's motion to remand, filed 6/8/07, fully briefed
Defendants' motion for leave to file supplemental docs, filed 7/12/07

Horton: M.D. TN, Donald D Zuccarello and Nina Parsley
Plaintiff's motion to strike, filed 6/21/07, amended 6/29/07, fully briefed

Mathein: C.D. IL, Phebus & Koester
Motion to compel, filed 5/18/07
Plaintiff states that defendants have not answered Count 2 of Plaintiff's Amended Complaint, which was filed on 6/6/07
Defendant takes the position that the case was transferred before an answer was due, and there is currently no deadline for filing an answer given the MDL stay.

The following matters have been resolved by agreement of counsel.

Campbell: W.D. AR, David Hodges and Cindy Hawkins
Motion to stay, filed 3/30/07

Mathein: C.D. IL, Phebus & Koester
Motion to stay, filed 6/1/07

Gabbard: S.D. TX, David Willis Alexander
Motion to stay, filed 8/29/07

Wright: S.D. TX, David Willis Alexander
Motion to stay, filed 8/29/07

Rios: S.D. IL, David M Hicks
Motion to stay, under advisement 8/20/07

Nichols: S.D. TX, David Willis Alexander
Motion to stay, filed 8/14/07

Reyna: W.D. TX, Vickery, Waldner & Mallia
Motion to stay, filed 9/11/07

Additionally, we wish to bring to the Court's attention the following cases which have not yet been transferred to the MDL, and have or will have motions pending.

Snyder: D. OR, Miller & Wagner, LLP
Plaintiffs' motion to remand, under advisement 10/1/07
Defendants' motion to stay, under advisement 10/1/07

Rivers: D. CT, Polito & Quinn
Motion to remand, filed 8/22/07 (opposition filed 9/14/07)
Transfer opposed, 9/17/07
Defendants motions to stay, filed 10/3/07

Gayvont: N.D. WV, Wexler Toriseva Wallace
Motion to remand, to be filed

Dated: October 12, 2007

Respectfully Submitted,

/s/ Donald A. Migliori
Donald A. Migliori (RI Bar#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
Telephone: (401)457-7700
Facsimile: (401)457-4408

*MDL 1842 Plaintiffs Liaison Counsel*

/s/ Kirby T. Griffis
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, D.C. 20005
Telephone: (202)898-5800
Facsimile: (202) 682-1639

*MDL 1842 Defendants Liaison Counsel*

**CERTIFICATION**

I hereby certify that on this 12th day of October, 2007, that a true copy of the within *Status Report* has been filed electronically and that it is available for viewing and downloading from the ECF system. I also certify that a true copy of this document was also mailed or electronically mailed to all counsel of record.

/s/Donald A. Migliori

Donald A. Migliori
RI Bar#4936
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
Telephone: (401)457-7700
Facsimile: (401)457-7708