**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION | : | MDL No. 07-1842-ML |
| THIS DOCUMENT RELATES TO: | : | |
| *Debra A. Wiltermood and Michael Wiltermood, v. Davol, Inc., Subsidiary of C.R. Bard, Inc.* | : | |
| U.S.D.C., S.D. IN Terre Haute Division | : | |
| C.A. No. 2:07-cv-00170 | : | |

**NOTICE OF APPEARANCE**

Undersigned, Jamie R. Kendall, hereby enters her appearance as counsel on behalf of Plaintiffs Debra A. Wiltermood and Michael Wiltermood.

Respectfully submitted:

s/ Jamie R. Kendall
William N. Riley (#14941-49)
Jamie R. Kendall (#25124-49A)
Joseph N. Williams (#25874-49)
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Avenue
Indianapolis, Indiana 46204
(317) 633-8787
(317) 633-8797 Fax
E-Mail: wriley@price-law.com
jkendall@price-law.com
jwilliams@price-law.com

Counsel for Plaintiffs