**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **CASE NO.: 07-1842-ML** |
| **THIS DOCUMENT RELATES ONLY TO *VON ESSEN V. DAVOL et. al.*** | § § § | ***Von Essen v. Davol Inc., et al.* C.A. 07-1850** |

**C.R. BARD, INC. AND DAVOL INC.'S SUPPLEMENTAL BRIEFING CONCERNING PLAINTIFF'S MOTION TO REMAND IN *VON ESSEN V. DAVOL ET AL.***

C.R. Bard, Inc. and Davol Inc. ("Davol") submit this Supplemental Briefing Concerning Plaintiff's Motion to Remand in the above captioned matter. Recently, the United States Supreme Court granted *certiorari* review of the United States Court of Appeals for the Second Circuit's decision in *Warner-Lambert Co., LLC v. Kent*, --- S.Ct. ----, 2007 WL 1420397 (U.S. Sep. 25, 2007) (formerly *Desiano v. Warner-Lambert & Co.*, 467 F.3d 85 (2d Cir. 2006). That decision involved what preemptive affect *Buckman Co. v. Plaintiffs' Law Committee*, 531 U.S. 341 (2001), has on a Michigan statute requiring fraud-on-the-FDA to be established as predicate for filing of a products liability action against a pharmaceutical manufacturer. Similar issues are currently before this Court in the *Von Essen* matter.

Date: October 18, 2007

Respectfully submitted,

/s/ Joe G. Hollingsworth
/s/ Kirby T. Griffis

Joe G. Hollingsworth
Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903
Tel.: (401) 331-4660
Fax: (401) 351-4420

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed electronically on October 18, 2007 and is available for viewing and downloading from the ECF system. I hereby further certify that on October 18, 2007, the foregoing was served upon the following counsel via first-class mail.

Derek T. Braslow, Esq.
Pogust & Braslow, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428

/s/ Thomas M. Robinson