**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

## SCHEDULE CTO-6 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | | | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| TEXAS EASTERN | | | | |
| TXE | 1 | 07-638 | Charles Skinner, et al. v. C.R. Bard, Inc., et al. | CA 07-1942 |
| TXE | 1 | 07-639 | Lora Wiechering, et al. v. C.R. Bard, Inc., et al. | CA 07-1943 |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-2903 | James E. McCormick v. Davol, Inc. | CA 07-1944 |