**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Meeting Agenda
October 30, 2007, at 2:00 p.m.
Room 307

1. Filing of a consolidated class action complaint
2. Filing of a master complaint for individual personal injury actions
3. Service and waiver of service
4. Concept of "bellwether trials" and whether they should be used in this litigation
5. Direct filing of cases into this MDL
6. Status of case management order
7. Status of Rule 26(f) discovery conference
8. Schedule of hearings on pending motions
9. Schedule next meeting of the Court, Plaintiffs' liaison counsel, and Defendants' counsel