A CERTIFIED TRUE COPY

OCT 2 3 2007

ATTEST Denise Morgan Stone
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2007

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

Maria Chaparro v. Dr. Baolien Nguyen Tu, et al., )
W.D. Oklahoma, C.A. No. 5:07-964 ) MDL No. 1842

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Chaparro*) on September 27, 2007. In the absence of any opposition, the conditional transfer order was finalized with respect to *Chaparro* on October 15, 2007. The Panel has now been advised that *Chaparro* was remanded to the District Court for Oklahoma County, Oklahoma, by the Honorable Stephen P. Friot in an order filed on October 9, 2007.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-5" filed on September 27, 2007, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel