UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: KUGEL MESH HERNIA PATCH LITIGATION
As it relates to call cases.

MDL DOCKET NO. 07-1842ML

**ORDER**

At the October 30, 2007 status conference, the parties informed Chief Judge Lisi that they had been unable to reach final agreement on the content of a "Plaintiff Fact Sheet." Chief Judge Lisi has directed me to mediate the remaining area(s) of disagreement and, if not resolved, to recommend a resolution to her. In connection with that direction, Co-lead Plaintiffs' Counsel and Defendants' Counsel shall promptly confer in a good faith effort to agree on a "Plaintiff Fact Sheet." If agreement is not reached, each side shall, on or before November 15, 2007, file a Mediation Statement (not exceeding five pages) which identifies the remaining area(s) of disagreement, a proposed resolution and a brief supporting argument. In the Mediation Statement, each side shall identify two attorneys who will participate in a mediation with me by telephone on November 20, 2007 starting at 2:00 p.m. If agreement is not reached at that time, I will recommend the terms of a "Plaintiff Fact Sheet" to Chief Judge Lisi prior to the December 6, 2007 status conference.

SO ORDERED.

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
October 31, 2007