Minute Entry
Lisi, C.J.
October 30, 2007

**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

The monthly status conference was held on October 30, 2007. The conference was transcribed. The Court met with counsel and discussed the items listed on the agenda (docket # 33).

Consolidated Class Action Complaint

The Court and counsel discussed whether a consolidated class action complaint would be filed. Mr. Migliori will prepare an order that requires Plaintiffs to file a consolidated class action complaint within ninety days.

Tutorial

The Court informed counsel that at a future monthly conference counsel should be prepared to present a basic tutorial to the Court on the fundamentals of the product and the claims of product failure.

Direct Filing into MDL

The Court and counsel discussed filing directly into the MDL. Ms. Toriseva informed the Court that it was Plaintiffs' position that a complaint could be filed directly into the MDL only with Defendants' consent. Defendants advised that they would not consent to direct filing into the MDL.

Master Complaint for Personal Injury Actions

The parties do not have an agreement regarding the filing of a master complaint for individual personal injury actions.

Plaintiff's Fact Sheet

Counsel reported that they are close to an agreement on Plaintiff's fact sheet but are at an impasse on one matter – whether the fact sheet should disclose whether an individual plaintiff is contending that the product memory recall ring broke. The parties will continue to discuss the issue. Counsel are to create a draft fact sheet reflecting the items that they agree on and to isolate the area or areas in which they disagree. If needed, the Court will schedule a hearing with Magistrate Judge Almond.

Defendants' Fact Sheet

Counsel to discuss/consider a Defendants' fact sheet.

Bellwether Trials

The parties do not have an agreement regarding whether bellwether trials are appropriate. The Court and counsel will discuss whether bellwether trials are appropriate at a later conference. The Court, however, suggested that the parties consider an early neutral evaluation/settlement conference with Senior Magistrate Judge Lovegreen on representative cases. Counsel will work to identify six to ten representative cases for potential settlement/evaluation.

Fed. R. Civ. P. 26(f)

Counsel will meet next week to make their Rule 26(f) disclosures.

Case Management Order

The parties will submit a proposed case management order to the Court on matters in which they are in agreement. Outstanding case management matters will be discussed at a future monthly conference and a hearing will be scheduled if necessary.

Pending Motions

Montiel Complaint – The consolidated class action complaint may make this motion moot.

Campbell Complaint – Defense counsel to contact Plaintiff's counsel to determine if an assented to motion to remand can be filed.

Mathein Complaint – Defense counsel to contact Plaintiff's counsel to determine whether a stipulation can be reached concerning the timing of the filing of Defendants' answer.

Next Meeting

December 6, 2007, at 1:00 p.m. in room 307 of the United States District Courthouse, Providence, Rhode Island.