UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DAVID AND TERRY STATON

v. CA 07-1855 ML

DAVOL, INC. AND C.R. BARD

# ORDER

Before the Court is Defendants' Motion to Dismiss paragraphs 7, 8, 9 and 10 of Count One of the Complaint. Plaintiffs are hereby ordered to file a response to the Motion on or before November 26, 2007.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
November 9 , 2007