UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LILYAN KATHLEEN HALL
and ALONZO HALL

v. CA 07-1843 ML

DAVOL, INC. and
C.R. BARD, INC.

ORDER

This matter is before the Court on Defendants' Motion to Dismiss Count IV and Count V of the Complaint. Plaintiffs have not filed a responsive pleading to Defendants' Motion to Dismiss. Plaintiffs are hereby ordered to file a response on or before November 23, 2007.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
November 9, 2007