# ATTACHMENT A

# PLAINTIFFS' PROPOSED PFS

CONFIDENTIAL PLAINTIFF INFORMATION

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
----------------------------------------------------------------------X

In re: KUGEL® MESH HERNIA
PATCH PRODUCTS LIABILITY LITIGATION

----------------------------------------------------------------------X

THIS RELATES TO MDL DOCKET NO. 1842
PLAINTIFF: ___________________________
(name(s))

CONFIDENTIAL PLAINTIFF INFORMATION

**PLAINTIFF FACT SHEET**

Each plaintiff who allegedly suffered injury as a result of a Composix Kugel® Patch must complete this Plaintiff Fact Sheet. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. Please answer every question to the best of your knowledge. Do not leave any blanks throughout this Fact Sheet. If you cannot recall all of the details requested, please provide as much information as you can and then state that your answer is incomplete and explain why as appropriate. If you select an "I Don't Know" answer, please state all that you do know about that subject. If any information you need to complete any part of this Fact Sheet is in the possession of your attorney, please consult with your attorney so that you can fully and accurately respond to the questions set out below. If you do not have room in the space provided to complete an answer, please attach as many sheets of paper as necessary to fully answer the questions set out below. If you are completing the Fact Sheet for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can.

You must supplement your responses if you learn that they are incomplete or incorrect in any material respect. Should you need to correct or supplement any response made here, please contact your attorneys, and they will assist you in doing so.

## I. CASE INFORMATION

A. Name of plaintiff (*e.g.*, person who received Composix Kugel® Patch): _______________
_____________________________________________________________________________

B. Name of person completing this form (if different from above): ____________________
_____________________________________________________________________________

C. Provide the following information for the lawsuit that has been filed:

1. Case caption: ________________________________________________
_____________________________________________________

2. Civil action number: ________________________________________

3. Court where case was originally filed: ______________________________
______________________________________________________________

D. If the person completing this Fact Sheet is doing so in a representative capacity (*e.g.*, on behalf of the estate of a deceased person, or on behalf of a minor), please provide the following (**otherwise skip to Section II**):

1. Your current address: ______________________________________
______________________________________________________________

2. State in what capacity you are representing the individual or estate (for example, as executor, as personal representative, etc.):
______________________________________________________________

3. If you were appointed as a representative by a court, then state:

a. Court that appointed you: ______________________________
______________________________________________________

b. Date of appointment: ________________________________

4. If you represent a decedent's estate, then state:

a. Decedent's date of death: ______________________________

b. Home address of decedent at time of death: ________________
______________________________________________________

c. Your relationship to the deceased or represented person: ________

d. If you represent a decedent, please attach a copy of the decedent's death certificate and autopsy report.

E. Name, address, telephone number, fax number and email address of principal attorney representing you:

Name: ________________________________________________________

Firm: ________________________________________________________

Address: ______________________________________________________

Telephone Number: __________________ Fax Number: ____________________

E-mail Address: ________________________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

**THE REST OF THIS FACT SHEET REQUESTS INFORMATION ABOUT THE PERSON WHO RECEIVED THE COMPOSIX KUGEL® PATCH**. Those questions using the term "You" refer to the person who used the Composix Kugel® Patch. Therefore, if you are completing this questionnaire in a representative capacity, please respond to the remaining questions as if they are asking about the person who received the Composix Kugel® Patch. If the individual is deceased, please respond as of the time immediately prior to his or her death unless a different time period is specified.

## II. PERSONAL INFORMATION

A. Prefix (Mr., Ms., Rev., Dr., etc.): _____ / First name: ____________________

Last name: __________________________ / Suffix (Sr., Jr., etc.): __________

Middle name: ______________________________________________________

Maiden name (if any): _______________________________________________

B. Other names by which you have been known (from prior marriages or otherwise): _____
________________________________________________________________________

C. Male _____ Female _____

D. Social Security number: ___________________________________________________

E. Date and place of birth: ____________________________________________

F. Present home address: ______________________________________________________
________________________________________________________________________

1. How long have you lived at this address? _______________________________
________________________________________________________________________

2. Identify family members who currently reside with you:______________________________________________________________
________________________________________________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

G. Identify each prior home address where you have lived during the last ten (10) years:

| Prior Address | Dates You Lived At This Address |
|---|---|
| | |
| | |
| | |
| | |

H. Are you currently married? Yes _____ No _____

**If Yes, please provide**:

1. Spouse's name: ________________________________________

2. Spouse's date of birth: ____________________________________

3. Spouse's occupation: _____________________________________
________________________________________________________

4. Date of marriage: ________________________________________

5. Were you married before this:

Yes _____ No _____

6. **If Yes, please tell us:**

i. Spouse's name:__________________

ii. Approximate dates of the marriage: ___________________

iii. Result of the marriage: ____________________

CONFIDENTIAL PLAINTIFF INFORMATION

I. Identify all schools you attended, starting with high school:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or Primary Field |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

J. Please provide the following information for your employment history over the past ten (10) years:

| Employer/Company | Address | Occupation/ Job Title | Dates of Employment |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CONFIDENTIAL PLAINTIFF INFORMATION

K. Have you ever missed work for more than ten (10) consecutive days for reasons related to your health? Yes _____ No _____

**If no, skip to Part II.L., below.**
**If yes:**

1. Provide the dates of your absence from work: ______________________
______________________________________________________________

2. Identify by name and address your employer at that time: ______________
_______________________________________________________________
_______________________________________________________________

3. Describe the health condition that prevented you from working, including whether/how the condition resolved such that you were allowed to return to work: ____________________________________________________
_______________________________________________________________
_______________________________________________________________
_______________________________________________________________
_______________________________________________________________

L. Have you ever served in any branch of the military? Yes _____ No _____

**If no, skip to Part II.M, below.**
**If yes:**

1. Branch and dates of service: ______________________________________

2. If Yes, were you ever discharged for any reason relating to your medical, physical, or psychiatric condition?__________________________________

3. If Yes, state what that condition was: ______________________________

_______________________________________________________________

M. Have you ever been rejected from military service for any reason relating to your health or physical condition? Yes _____ No _____

**If no, skip to Part III, below.**
**If yes:**

1. Describe the reason(s) you were rejected from military service. _________
_______________________________________________________________
_______________________________________________________________
_______________________________________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

## III. CLAIM INFORMATION

A. Did you receive a Composix Kugel® Patch? Yes ______ No_____

I Don't Know ______

**If no, state what product you did receive that you claim injured you, and answer all subsequent questions as if they referred to that product rather than to a Composix Kugel® Patch.**

**If yes, or if you do not know for sure whether you received a Composix Kugel® Patch, please give the following information for each Composix Kugel® Patch you received or believe you may have received (attach additional sheets as necessary):**

1. The date the Composix Kugel® Patch was implanted in you: ___________

2. Provide the size, product code or model number, and lot number of the Composix Kugel® Patch you received (NOTE that a traceability label that clearly identifies the product code and lot number usually accompanies any Composix Kugel® Patch and will be affixed to your surgeon's "Op Report" or surgical notes): ______________________________________
______________________________________________________________
______________________________________________

3. Describe the medical condition for which you received the Composix Kugel® Patch: ___________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

4. Identify who diagnosed you with that medical condition: ______________
______________________________________________________________
______________________________________________________________

5. Identify the doctor and hospital or other facility that implanted the Composix Kugel® Patch: ____________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

6. Prior to implantation, were you given any written or verbal warnings, instructions, or other information regarding the Composix Kugel® Patch and/or potential complications of your surgery? Yes ___ No ___

I Don't Know ____

CONFIDENTIAL PLAINTIFF INFORMATION

**If yes:**

a. Provide the date you received the warnings, instructions, or other information: ______________________________

b. Identify by name and address the person(s) who provided the warnings, instructions, or other information: ____________
______________________________
______________________________
______________________________
______________________________

c. What warnings, instructions, or other information did you receive?
______________________________
______________________________
______________________________
______________________________

7. Was the Composix Kugel® Patch that you received explanted or removed in whole or in part? Yes _____ No _____ I Don't Know ______

**If no, skip to Part III.A.8., below.**
**If yes:**

a. Did a medical doctor advise you to have the Composix Kugel® Patch or any part of it removed prior to the actual explant? Yes _____ No _____ I Don't Know _______

**If yes:**

i. Provide the date that any doctor advised you to have the Composix Kugel® Patch or any part of it removed: ______
______________________________
______________________________

ii. What reason did the doctor give for his/her recommendation that the Composix Kugel® Patch be removed? ______________________
______________________________
______________________________
______________________________

iii. Identify by name and address the doctor who advised you to have the Composix Kugel® Patch or any part of it removed: ______________________
______________________________
______________________________
______________________________

CONFIDENTIAL PLAINTIFF INFORMATION

b. If **NO DOCTOR ADVISED** that you have the Composix Kugel® Patch removed prior to the removal procedure, explain why you had the Patch or any part of it removed: ______________________

______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________

c. Provide the date(s) the Composix Kugel® Patch or any part of it was removed: ________________________________________

______________________________________________________
______________________________________________________

d. Identify by name and address the doctor, hospital, or other facility that explanted or removed any part of the Composix Kugel® Patch:

______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________

e. Do you know where your explanted Composix Kugel® Patch currently is: Yes _____ No _____

**If yes:**

i. Please identify who is in possession of your explanted Composix Kugel® Patch:_____________

_________________________________________

**If No,**

i. Do you know whether your patch was destroyed?

Yes_____ No____ I Don't Know____

If Yes, please tell us how you know and who

destroyed it:_______________________________

_________________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

f. Has the explanted Composix Kugel® Patch or other material been returned to Davol Inc. and/or C.R. Bard, Inc.?
Yes ____ No ____ I do not know _____

**If yes:**

i. Provide the date the Composix Kugel® Patch or other materials were returned: ______________________________
________________________________________________

ii. Identify by name and address the person(s) who returned the explanted Composix Kugel® Patch or other materials:

________________________________________________
________________________________________________
________________________________________________
________________________________________________

iii. Identify by name and address the person(s) who received the explanted Composix Kugel® Patch or other materials:

________________________________________________
________________________________________________
________________________________________________
________________________________________________

8. **IF YOUR COMPOSIX KUGEL® PATCH HAS <u>NOT</u> BEEN EXPLANTED**, please answer the following questions.

a. Has any doctor or other health care practitioner advised you to have the Composix Kugel® Patch removed? Yes _____

No _____

**If yes:**

i. Provide the date that any doctor advised you to have the Composix Kugel® Patch or any part of it removed: ______
________________________________________________
________________________________________________

ii. What reason did the doctor give for his/her recommendation that the Composix Kugel® Patch be removed? ______________________________
________________________________________________
________________________________________________
________________________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

iii. Identify by name and address the doctor who advised you to have the Composix Kugel® Patch or any part of it removed: ____________________________________
________________________________________
________________________________________
________________________________________
________________________________________

iv. Why have you not had the Composix Kugel® Patch removed? ____________________________________
________________________________________
________________________________________
________________________________________

b. Has any doctor or other health care practitioner advised you not to have the Composix Kugel® Patch removed? Yes _____

No _____

**If yes:**

i. Identify by name and address any doctor or other health care practitioner who has advised you not to have the Composix Kugel® Patch removed: ____________________
________________________________________
________________________________________
________________________________________
________________________________________

ii. Provide the date you were so advised: __________________

iii. What reason did the doctor give for his/her recommendation that the Composix Kugel® Patch not be removed? ____________________________________
________________________________________
________________________________________
________________________________________
________________________________________
________________________________________

c. Do you intend to have the Composix Kugel® Patch removed?
Yes _____ No _____ I Don't Know _______

**If yes,**

i. Provide the approximate date when it will be removed: ___
________________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

ii. Identify by name and address the doctor, hospital, or other facility that will perform the explant surgery: ___________
_____________________________________________
_____________________________________________
_____________________________________________

B. Did you learn about the recall of certain Composix Kugel® Patches?
Yes _____ No _____

**If no, skip to Part III.C., below.**
**If yes:**

1. Provide the approximate date that you learned of the recall: ___________
_____________________________________________

2. Describe the circumstances by which you learned of the recall: _________
_____________________________________________
_____________________________________________
_____________________________________________

C. Do you claim that you suffered physical and/or bodily injury or symptoms resulting from your use of the Composix Kugel® Patch? Yes _____ No _____

**If no, skip to Part III.D., below.**
**If yes, provide the following information:**

| **Description of Bodily Injury** | **Approx. Date of Onset** | **Approx Date of Medical Attention** | **Treating Physician and Treatment Rendered** |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

CONFIDENTIAL PLAINTIFF INFORMATION

| | | | |
|---|---|---|---|
| | | | |

1. Provide the date that you believed that any of the above bodily injuries were caused by the Composix Kugel® Patch that you received: ____________________________________________

2. Has any doctor attributed the above bodily injuries to your use of or any defect in the Composix Kugel® Patch? Yes _____ No ______

   I Don't Know ______

   **If yes:**

   a. Provide the date that a doctor or other health care practitioner first advised you that these bodily injuries or symptoms were caused by the Composix Kugel® Patch that you received: ____________________________________________

   b. Identify by name and address the doctor, hospital, or other facility that attributed these bodily injuries or symptoms to your use of or any defect in the Composix Kugel® Patch: ____________________________________________

D. Do you claim to have suffered any emotional distress or psychological injuries from your implantation of the Composix Kugel® hernia Patch, and any pain and suffering you may have experienced as a result of this implant, for which you are **NOT** currently seeing, or have seen, a psychiatrist, psychologist or any other mental healthcare professional?
Yes _____ No _____

E. Are you are currently seeing, or have you seen, a psychiatrist, psychologist or any other mental healthcare professional as a result of your implantation of the Composix Kugel® Patch. Yes _____ No _____

**If no, skip to Part III.F., below.**
**If yes:**

CONFIDENTIAL PLAINTIFF INFORMATION

1. Describe your psychiatric and/or psychological injuries: ______________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________
______________________________________________

2. Provide the date(s) that these injuries occurred: ____________________
______________________________________________

3. Provide the date that you believed that these injuries were caused by the Composix Kugel® Patch that you received: ________________________
______________________________________________

4. Provide the following information for any doctor, psychiatrist, psychologist, or other mental health professional who has treated you or is now treating and/or advising you about your injuries:

   a. Dates of treatment: ______________________________

   b. Name: ______________________________________
   ______________________________________________

   c. Address: ____________________________________
   ______________________________________________
   ______________________________________________

5. Has any doctor, psychiatrist, psychologist, or other mental health professional attributed these injuries to your use of or any defect in the Composix Kugel® Patch? Yes _____ No _____

   I Don’t Know ______

**If no, skip to Part III.F., below.**
**If yes:**

   a. Provide the date that a doctor or other health care practitioner first advised you that these injuries were caused by the Composix Kugel® Patch that you received: ____________________

   b. Identify by name and address the doctor, hospital, or other facility that attributed these injuries to your use of or any defect in the Composix Kugel® Patch: ____________________________
   ______________________________________________
   ______________________________________________
   ______________________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

F. Do you claim that you have experienced lost wages or lost earning capacity resulting from your use of the Composix Kugel® Patch? Yes _____ No _____

**If no, skip to Part III.G., below.**
**If yes:**

1. Identify the employer: ______________________________________________
______________________________________________

2. State the total amount of time which you have lost from work as a result of the injuries you believe were caused by your use of the Composix Kugel® Patch: ______________________________________________
______________________________________________
______________________________________________

3. State the total amount of lost income: ______________________________
______________________________________________

**[Attach additional sheets as necessary to provide the same information for any other lost income or lost earning capacity for any a additional employers.]**

G. Have you expended any out-of-pocket expenses as a result of your Composix Kugel® Patch? Yes_____ No_____

**If yes:**

1. Please identify and itemize all out-of-pocket expenses you have incurred:
______________________________________________
______________________________________________
______________________________________________
______________________________________________

H. Has anyone filed a loss of consortium claim in connection with your lawsuit regarding the Composix Kugel® Patch? Yes _____ No _____

**If no, skip to Part IV, below.**
**If yes,**

1. Identify by name and address the person who filed the loss of consortium claim: ______________________________________________
______________________________________________
______________________________________________

2. State that person's relationship to you: ______________________________

CONFIDENTIAL PLAINTIFF INFORMATION

## IV. PRIOR CLAIM INFORMATION

A. Have you ever filed a lawsuit other than the present suit, relating to any bodily injury within the past twenty (20) years? Yes ____ No ____

**If Yes**, please explain the nature of the case, where it was filed, and identify your lawyer:______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

B. Have you applied for workers' compensation, social security, or state or federal disability benefits within the past **twenty (20)** years? Yes ____ No ____

**If Yes, then as to each application, separately state:**

1. Date (or year) of application: ________________________________________
2. Type of benefits: ___________________________________________________
3. Nature of claimed injury/disability: ____________________________________
4. Period of disability: ________________________________________________
5. Amount awarded: __________________________________________________
6. Basis of your claim: ________________________________________________
7. Was claim denied? Yes ______ No _____
8. To what agency or company did you submit your application: ______________________________________________________________
9. Claim/docket number, if applicable: ____________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

## V. MEDICAL BACKGROUND

A. Provide your current: Age _______ / Height _______ / Weight _______

B. At the time you received the Composix Kugel® Patch, please state:
Your age ________ / Your approximate weight _________

C. In chronological fashion, describe any and all prior surgeries BEFORE implantation of the Composix Kugel® Patch; identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery; and provide the corresponding date(s) or timeframe(s) for each:

| Approx. Date | Description of Surgery | Doctor or Healthcare Provider Involved |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**[Attach additional sheets as necessary to provide the same information for any and all surgeries leading up to implantation of the Composix Kugel® Patch.]**

D. In chronological fashion, describe any and all surgeries or procedures you have undergone AFTER receiving the Composix Kugel® Patch; identify by name and address the doctor(s), hospital(s) or other healthcare provider(s) involved with each surgery or procedure; and provide the corresponding date(s) or timeframe(s) for each:

| Approx Date | Description of Surgery | Doctor or Healthcare Provider Involved |
|---|---|---|
| | | |
| | | |

CONFIDENTIAL PLAINTIFF INFORMATION

| | | |
|---|---|---|
| | | |
| | | |
| | | |

**[Attach additional sheets as necessary to provide the same information for any and all surgeries subsequent to implantation of the Composix Kugel® Patch.]**

E. To the extent not already provided in the charts at Part V.C. and Part V.D., above, provide the name, address, and telephone number of every doctor, hospital, or other health care provider from which you have received medical advice and/or treatment for the past twenty (20) years, with the exception of psychiatrists, psychologists, or mental healthcare professionals:

| Name and Specialty | Address | Approx Dates/Years of Visits |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

CONFIDENTIAL PLAINTIFF INFORMATION

F. To the best of your knowledge, have you ever been told by a doctor or any other health care provider, that you have suffered, may have suffered, or presently do suffer from any of the following:

1. Hernias (other than the one you had repaired with the Composix Kugel® Patch) Yes _____ No _____

2. Recurrent Hernia(s) Yes _____ No _____

3. Recurrent or Chronic Infections Yes _____ No _____

   Specify location and nature of infection: ______________________________

4. Fistulas Yes _____ No _____

5. Adhesions Yes _____ No _____

6. Bowel Obstruction Yes _____ No _____

7. Bowel Perforation Yes _____ No _____

8. Peritonitis/Sepsis Yes _____ No _____

9. Malnutrition Yes _____ No _____

10. Anemia Yes _____ No _____

11. Chronic Obstructive Pulmonary Disease (COPD) Yes _____ No _____

12. Emphysema Yes _____ No _____

13. Connective Tissue Disorder Yes _____ No _____

14. Collagen Disorder Yes _____ No _____

15. Aneurysm Yes _____ No _____

16. Muscle or Muscle-Wasting Disorder Yes _____ No _____

   Specify condition: ______________________________________________

17. Hypertension or high blood pressure Yes _____ No _____

18. Hypotension or low blood pressure Yes _____ No _____

19. Obesity Yes _____ No _____

20. Heart Attack or Congestive Heart Failure Yes _____ No _____

CONFIDENTIAL PLAINTIFF INFORMATION

21. Stroke Yes _____ No _____

22. Diabetes Yes _____ No _____

23. Thyroid dysfunction Yes _____ No _____

24. Crohn's disease Yes _____ No _____

25. Irritable bowel syndrome Yes _____ No _____

26. Diverticulitis Yes _____ No _____

27. Any other disease of the gut, intestines, or bowel Yes _____ No _____

Specify condition: ____________________________________________

28. Neuromuscular disease or disorder Yes _____ No _____

Specify condition: ____________________________________________

29. Immune system disease or dysfunction Yes _____ No _____

If yes, specify: ____________________________________________

30. Any alcohol or chemical dependency addiction Yes _____ No _____

If yes, specify: ____________________________________________

**If you responded "yes" to any of the above, for each condition, please provide the following information, attaching additional sheets as needed**:

i. Condition: ____________________________________________

1. Date of onset: ____________________________________________
2. Date of diagnosis: ____________________________________________
3. Person making diagnosis: ____________________________________________
____________________________________________
4. Type of treatment (including but not limited to medication amount and/or dosage): ____________________________________________
____________________________________________
____________________________________________
____________________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

G. To the extent not previously disclosed in response to Part V.F., above, list each prescription medication you have taken within the last 10 years, the pharmacy where you received/filled the medication, and the reason you took the medication, and the dosage.

| Medication | Pharmacy | Reason for Medication |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CONFIDENTIAL PLAINTIFF INFORMATION

## VI. INSURANCE INFORMATION

A. Provide the following information for any past or present medical insurance coverage within the last ten (10) years:

| Name of Insurance Company | Policy Number | Name of Policy Holder/Insured (if different than you) | Approx. Dates of Coverage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

B. Have you ever been denied life insurance for reasons relating to your health?

Yes ______ No _______ I Don't Know_____

**If Yes, please state when the denial occurred, the name of the life insurance company, and the company's reason for denial**: ______________________________
__________________________________________________________________________
__________________________________________________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

## VII. COMMUNICATIONS WITH DEFENDANTS

A. Have you or anyone acting on your behalf that you are aware of, other than your attorney, ever communicated directly with C.R. Bard, Inc. or Davol Inc. in any way concerning the Composix Kugel® hernia patch? Yes _____ No _____ I Don't Know ______

**If no, skip to Part VII.B., below.**
**If yes,**

1. Provide the date of any communication: ______________________________
2. Identify by name and address the person making the communication: _______
______________________________________________________________
______________________________________________________________
3. Identify by name and address the person with whom you (or anyone else) communicated at C.R. Bard, Inc. and/or Davol Inc.: ____________________
______________________________________________________________
______________________________________________________________

4. Describe the method of communication (e.g., telephone, letter, e-mail, etc.): _
_______________________________________________
_______________________________________________

5. Describe the substance of the communication: ________________________
_______________________________________________
_______________________________________________
_______________________________________________

B. Have you or anyone acting on your behalf, that you are aware of, other than your attorney ever received a communication directly from C.R. Bard, Inc. or Davol Inc. in any way concerning the Composix Kugel® hernia patch? Yes _____ No _____

I Don't Know ________

**If no, skip to Part VIII, below.**
**If yes,**

1. Provide the date of any communication: ___________________________

2. Identify by name and address the person with C.R. Bard, Inc. and/or Davol Inc. making the communication: ______________________________
_______________________________________________
_______________________________________________

3. Identify by name and address the person to whom the communication from C.R. Bard, Inc. and/or Davol Inc. was directed: _________________
_______________________________________________
_______________________________________________

4. Describe the method of communication (e.g., telephone, letter, e-mail, etc.): _______________________________________________
_______________________________________________

5. Describe the substance of the communication from C.R. Bard, Inc. and/or Davol Inc.: _______________________________________
_______________________________________________
_______________________________________________
_______________________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

## VIII. INJURIES/DAMAGES

A. Are you claiming any injury as a result of your use of the Composix Kugel® hernia patch?

Yes_____ No_____

**If Yes,**

1. Please describe in detail your physical injury(ies) you claim were caused as result of your use of Composix Kugel® hernia patch:

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

B. Are you making a claim that the "memory recoil ring" within the Composix Kugel® Patch that you received failed? Yes _____ No _____ I Don't Know ______

**If Yes:**

1. To the best of your knowledge are you claiming the "memory recoil ring" in your Composix Kugel® Patch broke? Yes _____ No _____ I Don't Know ______

**If Yes:**

i. Please provide the specific details about how you came upon this "ring break" knowledge, including who informed you of this, how you were informed and approximately when you were told this **(please do not detail any information you received from your attorneys, their offices, or any experts they have retained on your behalf).**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

CONFIDENTIAL PLAINTIFF INFORMATION

2. Other than, and in addition to, the information provided in VIII.B.1. above, tell us how and/or why you believe that the "memory recoil ring" failed and provide specific details, including who informed you of this, how you were informed and approximately when you were told this **(please do not detail any information you received from your attorneys, their offices, or any experts they have retained on your behalf).**

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

## IX. POTENTIAL WITNESSES

A. Please identify all persons who you believe possess information concerning your injury(ies) and current medical conditions, other than your healthcare providers, and please state their name address and his/her/their relationship to you (Attach Additional Sheets if Necessary):

Name:________________________________________________

Address:________________________________________________

________________________________________________

Relationship to you:________________________________________

Name:________________________________________________

Address:________________________________________________

________________________________________________

Relationship to you:________________________________________

Name:________________________________________________

Address:________________________________________________

________________________________________________

Relationship to you:________________________________________

## X. AUTHORIZATIONS FOR RECORDS & DOCUMENT PRODUCTION

CONFIDENTIAL PLAINTIFF INFORMATION

**A. Authorizations.**

Provide TEN (10) SIGNED ORIGINAL copies of the medical records authorization form attached as Ex. A, , authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain medical records from each health care practitioner who has examined you, treated you, or consulted with other health care practitioners regarding your medical or mental condition.

Provide FIVE (5) SIGNED ORIGINAL copies of the medical records authorization form attached as Ex. B, leaving blank the name to whom the release is directed, authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain medical records from any health care practitioner, who has examined you, treated you, or consulted with other health care practitioners regarding your medical, dental or mental condition, at or in affiliation with a Veteran's Administration facility.

Provide FIVE (5) SIGNED ORIGINAL copies of the records authorization form attached as Ex. C, leaving blank the name to whom the release is directed, authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain copies of any and all records from insurance carriers with regard to the payment of any medical or healthcare-related expenses incurred by you or on your behalf.

Provide FIVE (5) SIGNED ORIGINAL copies of the records authorization form attached as Ex. D, leaving blank the name to whom the release is directed, authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain copies of your employment information, including any and all records from your past employers.

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached as Ex. E authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain copies of your Social Security administration records, including any and all records from your past claim submissions.

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached as Ex. F authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain all documents discussing, describing or memorializing your requests for disability insurance or workers' compensation benefits.

Provide executed copies of each of the records authorization forms attached as Ex. G authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain your Federal and State income tax returns for each of the years from ten (10) years prior to your injury to the present.

If you have served in the military, provide an executed copy of the records authorization form attached as Ex. H authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain your military personnel, service, and health records.

CONFIDENTIAL PLAINTIFF INFORMATION

**B. DOCUMENTS.** State whether you have any of the following documents in your possession, custody, and/or control. If you do, please provide a true and correct copy of any such documents with this completed Fact Sheet.

1. If you were appointed by a court to represent the plaintiff in this lawsuit, produce any documents demonstrating your appointment as such.

i. Not Applicable _____

ii. The documents are attached _____ [OR] I have no documents _____

2. If you represent the estate of a deceased person in this lawsuit, produce a copy of the decedent's death certificate.

i. Not Applicable _____

ii. The documents are attached _____ [OR] I have no documents _____

3. Produce all documents in your possession concerning any occasion on which you saw a doctor or other health care provider regarding any injury or physical or psychological complaint for which you claim compensation in this lawsuit, including but not limited to all medical reports and records; psychological assessments and records; and laboratory findings and reports.

i. The documents are attached _____ [OR] I have no documents _____

4. Produce all medical and hospital bills or receipts, and documents in your possession reflecting any and all payments made for same, including, but not limited to, any hospital and health care professional bills incurred because of the injuries you allege you have incurred as a result of your use of the Composix Kugel® Patch.

a. The documents are attached _____ [OR] I have no documents _____

5. Produce any communications in your possession (sent or received) concerning the Composix Kugel® Patch, including but not limited to e-mails, blogs, newsletters, etc.

i. The documents are attached _____ [OR] I have no documents _____

6. Produce any notes, diaries, or other documents evidencing your physical or mental condition, including but not limited to the injuries for which you claim relief in this lawsuit.

CONFIDENTIAL PLAINTIFF INFORMATION

i. The documents are attached _____ [OR] I have no documents _____

7. Produce any Composix Kugel® Patch packaging, labeling, advertising, or any other Composix Kugel® Patch-related items in your possession.

i. The documents are attached _____ [OR] I have no documents _____

8. Produce all documents in your possession evidencing or relating to any correspondence or communication between Davol Inc. and/or C.R. Bard, Inc. and any of your doctors, healthcare providers, and/or you relating to the Composix Kugel® Patch.

i. The documents are attached _____ [OR] I have no documents _____

9. Produce any and all documents in your possession relating to the recall of the Composix Kugel® Patch that you received and/or reviewed at any time prior to filing this lawsuit.

i. The documents are attached _____ [OR] I have no documents _____

10. Produce any and all documents in your possession reflecting, describing, or in any way relating to any instructions or warnings you received prior to implantation of the Composix Kugel® Patch concerning the risks and/or benefits of your hernia repair surgery, including but not limited to any risks and/or benefits associated with the Composix Kugel® Patch.

i. The documents are attached _____ [OR] I have no documents _____

11. Produce any and all documents reflecting the size, model number, and lot number of the Composix Kugel® Patch(es) you received.

i. The documents are attached _____ [OR] I have no documents _____

12. If you underwent surgery to explant in whole or in part the Composix Kugel® Patch that you received, produce any and all documents in your possession relating to any evaluation of the Composix Kugel® Patch(es) and any other material that was(were) surgically removed from you.

i. The documents are attached _____ [OR] I have no documents _____

CONFIDENTIAL PLAINTIFF INFORMATION

**SWORN DECLARATION**

Plaintiff, ______________________________________, deposes and states as follows:

I declare under penalty of perjury that all of the information provided in this Fact Sheet is true and correct to the best of my knowledge, information and belief; I have supplied all the documents requested in Part X of this Fact Sheet to the extent that such documents are in my possession, custody, or control; and I have supplied the records authorizations requested in and attached to this Fact Sheet.

Dated: ________________________ ______________________________________

Signature

CONFIDENTIAL PLAINTIFF INFORMATION