# ATTACHMENT B

# PLAINTIFFS’ PROPOSED VIII.B.

B. Are you making a claim that the "memory recoil ring" within the Composix Kugel® Patch that you received failed? Yes _____ No _____
I Don't Know ______

**If Yes:**

1. To the best of your knowledge are you claiming the "memory recoil ring" in your Composix Kugel® Patch broke? Yes _____ No _____
I Don't Know ______

**If Yes:**

i. Please provide the specific details about how you came upon this "ring break" knowledge, including who informed you of this, how you were informed and approximately when you were told this **(please do not detail any information you received from your attorneys, their offices, or any experts they have retained on your behalf).**

______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________

2. Other than, and in addition to, the information provided in VIII.B.1. above, tell us how and/or why you believe that the "memory recoil ring" failed and provide specific details, including who informed you of this, how you were informed and approximately when you were told this **(please do not detail any information you received from your attorneys, their offices, or any experts they have retained on your behalf).**

______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________
______________________________________________________________