**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § | **Chief Judge Mary M. Lisi** |

**DEFENDANT DAVOL INC.'S AND DEFENDANT C.R. BARD, INC.'S OBJECTION TO MAGISTRATE ALMOND'S REPORT & RECOMMENDATION REGARDING PLAINTIFF FACT SHEET**

On November 20, 2007, the parties participated in a telephonic hearing before Magistrate Almond regarding their one remaining area of disagreement over the Plaintiff Fact Sheet – the question concerning ring break. Because the parties could not reach agreement on a compromise position, Magistrate Almond crafted language intended to address various concerns raised by the parties. Defendants do not challenge Magistrate Almond's decision regarding the chief issue that he resolved, *i.e.*, plaintiffs' desire to include an "I don't know" option in the answer. Defendants file this objection solely to request a change that they believe will better elicit relevant information if an "I don't know" answer is given. For the Court's convenience the three versions of the question at issue – Plaintiffs', Defendants', and Magistrate Almonds' – are attached as Attachments A-C.

The chief issue identified as in dispute by Magistrate Almond was whether plaintiffs and their counsel would be able to select "I don't know" in responding to inquiries about whether their memory recoil ring broke or failed. At the hearing, Defendants identified their concern that a plaintiff and his or her counsel may select "I don't know" on the basis that they had some evidence of a ring break or failure, but not enough to select "Yes." In such a case, Defendants

wanted to know what information the plaintiff and counsel *did* have – partial though it may be – suggesting ring break or failure. The version drafted by Magistrate Almond addresses this concern, but the language used – "Please provide the specific circumstances which prevent you from answering yes or no at this time" – may well not induce plaintiffs to provide whatever evidence they do have of ring break. The language focuses on the reason for the plaintiffs' inability to answer the question "Yes" or "No" rather than on what they do know.

Defendant suggests that the language in B(1) be modified to the following: "Please explain what information you *do* have, if any, suggesting that the ring failed, and provide the specific circumstances which prevent you from answering yes or no at this time," and that the language in B(2)(ii) be similarly modified to "Please explain what information you *do* have, if any, suggesting that the ring broke, and provide the specific circumstances which prevent you from answering yes or no at this time," in each case with the parenthetical provided by Judge Almond concerning privileged information.

Dated: November 27, 2007

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

s/ Kirby T. Griffis

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007, the foregoing DEFENDANT DAVOL INC.'S AND DEFENDANT C.R. BARD, INC'S **OBJECTION TO MAGISTRATE ALMOND'S REPORT & RECOMMENDATION REGARDING PLAINTIFF FACT SHEET** was electronically filed with the clerk of court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon the Plaintiffs' Liaison Counsel in the manner indicated below:

Donald Migliori
Motley Rice LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
Fax: (401) 457-7708
Email: dmigliori@motleyrice.com
*via facsimile and electronic mail*

s/ Kirby T. Griffis

# ATTACHMENT A

**Defendants' Proposal**

Do you contend that the "memory recoil ring" within the Composix Kugel® Patch that you received broke? Yes _____ No _____

If yes:

a. If any medical professional other than a person hired by your attorneys as a consultant for your lawsuit has told you that (s)he believes that that your memory recoil ring broke or may have broken, identify them, state what they told you, and when.

______________________________________________________________

______________________________________________________________

______________________________________________________________

b. Other than anything described in (a) above, describe why you believe that the memory recoil ring broke.

______________________________________________________________

______________________________________________________________

______________________________________________________________

Do you contend that the memory recoil ring failed in any way other than by breaking? Yes _____ No _____

If yes:

a. If any medical professional other than a person hired by your attorneys as a consultant for your lawsuit has told you that (s)he believes that that your memory recoil ring failed or may have failed in some way other than by breaking, identify them, state what they told you, and when.

______________________________________________________________

______________________________________________________________

______________________________________________________________

b. Other than anything described in (a) above, describe why you believe that the memory recoil ring failed in some way other than by breaking.

______________________________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________

# ATTACHMENT B

**<u>The PSC's Proposal</u>**

Are you making a claim that the "memory recoil ring" within the Composix Kugel® Patch that you received failed? Yes _____ No _____ I Don't Know ______

**If Yes:**

1. To the best of your knowledge are you claiming the "memory recoil ring" in your Composix Kugel® Patch broke? Yes _____ No _____ I Don't Know ______

   **If Yes:**

   i. Please provide the specific details about how you came upon this "ring break" knowledge, including who informed you of this, how you were informed and approximately when you were told this **(please do not detail any information you received from your attorneys, their offices, or any experts they have retained on your behalf).**

   ________________________________________________________________
   ________________________________________________________________
   ________________________________________________________________
   ________________________________________________________________
   ________________________________________________________________
   ________________________________________________________________
   ________________________________________________________________

2. Other than, and in addition to, the information provided in VIII.B.1. above, tell us how and/or why you believe that the "memory recoil ring" failed and provide specific details, including who informed you of this, how you were informed and approximately when you were told this **(please do not detail any information you received from your attorneys, their offices, or any experts they have retained on your behalf).**

   ________________________________________________________________
   ________________________________________________________________
   ________________________________________________________________
   ________________________________________________________________
   ________________________________________________________________
   ________________________________________________________________
   ________________________________________________________________

# ATTACHMENT C

VIII. INJURIES / DAMAGES

* * *

B. Are you claiming that the “memory recoil ring” in your Composix® Kugel® Hernia Patch failed?

Yes _______
No ________
I don’t know _______

If I don’t know:

1. Please provide the specific circumstances which prevent you from answering yes or no at this time (please do not detail any information you received from your attorneys, their offices or any experts that they have retained on your behalf).

If yes:

2. Are you claiming that the “memory recoil ring” in your Composix® Kugel® Hernia Patch broke?

Yes _______
No ________
I don’t know _______

If yes:

i. Please provide the specific details about how you came upon this “ring break” knowledge, including who informed you of this, how you were informed and approximately when you were told this (please do not detail any information you received from your attorneys, their offices, or any experts they have retained on your behalf).

If I don’t know:

ii. Please provide the specific circumstances which prevent you from answering yes or no at this time (please do not detail any information you received from your attorneys, their offices or any experts that they have retained on your behalf).

3. Other than anything described in response to Question VIII above, please explain why you believe that the “memory recoil ring” in your Composix Kugel® Hernia Patch failed in some way other than by breaking (please do not detail any information you received from your attorneys, their offices or any experts that they have retained on your behalf).