**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re COMPOSIX® KUGEL® HERNIA REPAIR PATCH LITIGATION** | § | |
| | § | **MDL Docket No. 07-1842-MDL** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § | **JUDGE LISI** |
| | § | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTION REGARDING MAGISTRATE ALMOND'S REPORT AND RECOMMENDATION REGARDING PLAINTIFF FACT SHEETS**

On November 20, 2007, the parties participated in a telephonic hearing before Magistrate Almond regarding their one remaining area of disagreement over the Plaintiff Fact Sheet (hereinafter "PFS"). Because the parties could not reach agreement on a middle ground, Magistrate Almond reviewed the parties' divergent positions and established a PFS query which would serve as a compromise. On November 27, 2007, Defendants filed an objection to Magistrate Almond's Report and Recommendation. Plaintiffs' now come and respectfully request that this honorable Court adopt the Report and Recommendation in the original form as submitted by Magistrate Almond.

Defendants' current arguments for more expansive questions were discussed at length between parties prior to the November 20, 2007 teleconference and were again raised by Defendants during the call with Magistrate Almond. Despite this, Magistrate Almond chose to structure the recommended PFS query as he did in an effort to establish a compromised middle ground between the two parties. As this Court succinctly stated during the October 30, 2007 hearing, the reason for the "I Don't Know" is to give Plaintiffs the opportunity to state that they do not know. ***"If they don't know, then they ought to be able to say they don't know***; but at least the Defendants then know this is

somebody we'll have to follow up on because I don't view the fact sheet as foreclosing additional discovery in those cases where you're going to need to do some follow-up…" (Transcript of October 30, 2006 Hearing at page 19) (Emphasis added). Magistrate Almond expanded upon this Court's statement by having Plaintiffs explain in some detail why they "did not know" as a concession to Defendants. In the present filing, Defendants are attempting to eliminate any compromise and to take back the middle ground Magistrate Almond created.

Defendants' objection is a creative endeavor to establish their originally argued position, as they had previously presented it, by masquerading it as a "modification" of Magistrate Almond's compromising language. Through the proposed amendment of Magistrate Almond's recommended language, Defendants are actually attempting to add a new question where Plaintiffs would be again forced to state knowledge they simply may not have at the time the PFS is initially completed.

As such, Plaintiffs do not concur that Defendants' proposed objection language is in a form that is agreeable or which should be required in the face of Magistrate Almond's clear, concise, and well rationalized Report and Recommendation and we respectfully request that this honorable Court adopt Magistrate Almond's Report and Recommendation as originally filed.

Dated: November 28, 2007

/s Donald A. Migliori
Donald A. Migliori (RI Bar#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
Telephone: (401)457-7700
Facsimile: (401)457-4408
*MDL 1842 Plaintiffs' Liaison Counsel*

**CERTIFICATION**

I HEREBY CERTIFY THAT ON THIS THE 28TH DAY OF November, 2007, that a true copy of the within has been filed electronically and that it is available for viewing and downloading from the ECF system. I also certify that a true copy of this document was also mailed or electronically mailed to all counsel of record.

/s Donald A. Migliori
Donald A. Migliori (RI Bar#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
Telephone: (401)457-7700
Facsimile: (401)457-4408
*MDL 1842 Plaintiffs' Liaison Counsel*