**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **CASE NO.: 07-1842-ML** |
| **THIS DOCUMENT RELATES ONLY TO *Campbell v. Davol Inc., et. al.*** | § § § | ***Campbell v. Davol Inc., et al.* C.A. 07-1845** |

## Motion To Remand

Defendants Bard and Davol ("Davol") hereby move for remand of *Campbell v. Davol Inc., et al.* This case involves a product other than the one at issue in this MDL, the Composix® Kugel® Patch. Plaintiff consents to remand.[1]

**Argument**

1. The *Campbell* case was filed on July 28, 2006 in Arkansas state court, and alleged that a Kugel Patch manufactured by Surgical Sense, Inc., had failed causing injury to the plaintiff. Davol timely removed to the Western District of Arkansas.

2. The parties do not dispute that the Composix® Kugel® Patch did not yet exist at the time the Kugel Patch implanted into Ms. Campbell was manufactured, that the Kugel patch and the Composix® Kugel® Patch are different products, or that the Kugel Patch in question in that case was manufactured by a different company, Surgical Sense, Inc.

3. Both Davol and Surgical Sense have filed motions to dismiss, which are now fully briefed.

4. Davol and the plaintiff are in agreement that the *Campbell* case should be remanded to the United States District Court for the Western District of Arkansas.

---

[1] Counsel for Davol has contacted counsel for codefendant SSI and has been unable to learn SSI's position concerning remand.

For the foregoing reasons, Davol, with the consent of the plaintiff, moves for the submission of *Campbell* to the JPML for remand to its court of origin.

Date: December 3, 2007

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Mark T. Nugent
Morrison Mahoney LLP
121 South Main Street, Suite 600
Providence, RI 02903

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.