**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Amended Meeting Agenda
December 6, 2007, at 1:00 p.m.
Room 307

1. Status report on Witt and Mathein complaints

2. Discuss the timing of the completion of Plaintiff fact sheets and service of same on Defendants

3. Report on progress made on identifying six (6) to ten (10) representative ring-break cases for early neutral evaluation or settlement

4. Status report on the parties' discussions concerning a proposed Defendant fact sheet

5. Rule 26(f) disclosure conference – Was it held? Any outstanding issues?

6. Resolution of remaining disputed language in case management order

7. Entry of agreed protective order

8. Status of motions to remand

9. Tolling agreement

10. Open court session every third conference

11. Schedule next meeting of the Court, Plaintiffs' liaison counsel, and Defendants' counsel – January 3, 2008 at 1:00 p.m. or January 8, 2008, at 1:00 p.m.