UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LILYAN KATHLEEN HALL
and ALONZO HALL

v. CA 07-1843 ML

DAVOL, INC.
and C.R. BARD, INC.

MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motion to Dismiss Counts IV and V of the Complaint. Having reviewed the motion and response, this Court makes the following orders:

1. Defendants' Motion to Dismiss is DENIED for the reasons set forth in Plaintiffs' opposition.

2. Plaintiffs are granted leave to file an Amended Complaint, solely with respect to the fraud and misrepresentation claims made in Count V. Plaintiffs shall file their amended complaint, if they so choose, on or before December 21, 2007. If Plaintiffs elect not to file an amended complaint, Defendants may request reconsideration of their Motion as it relates to the fraud and misrepresentation claims in Count V.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
December 5, 2007