AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

In re Composix Kugel Hernia Repair Patch Litigation

**APPEARANCE**

Case Number: MDL Docket No. 07-1842-ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants
Davol Inc.
C.R. Bard, Inc.

I certify that I am admitted to practice in this court, via Case Management Order.

12-7-2007
Date

[signature]
Signature

Katharine R. Latimer
Print Name

Bar Number

1350 I St NW
Address

Washington DC 20005
City State Zip Code

202 898 5850 202 682 1639
Phone Number Fax Number