UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **In re COMPOSIX® KUGEL® HERNIA REPAIR PATCH LITIGATION** | § § § | **MDL Docket No. 07-1842-MDL** |
| **THIS DOCUMENT RELATES TO: WITT v. DAVOL, Inc. *et al:* 1:07-cv-01880-ML-LDA (*transferred from Western District of Texas: 6:07-cv-00163-WSS*)** | § § § | **JUDGE LISI** |

**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COMES the Plaintiff, Robert Witt, by and through his undersigned attorneys and moves that he be allowed to file an Amended Complaint in the above-captioned matter pursuant to § V.B. of the CMO as entered by this Court on December 6, 2007 and pursuant to representations made by Plaintiff's counsel at the *In Chamber's Conference* held on December 6, 2007.

Plaintiff, ROBERT WITT
By his Attorneys,

/s Ernest Cory

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896

Terry Bryant, Esq.
TERRY BRYANT, LLP
8584 Katy Freeway, Suite 100
Houston, TX 77024
713-973-8888
713-973-1188

Dated: December 11, 2007

## CERTIFICATION

I HEREBY CERTIFY THAT ON THIS THE 11TH DAY OF December, 2007, that a true copy of the within has been filed electronically and that it is available for viewing and downloading from the ECF system.

/s Ernest Cory
Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896

Terry Bryant, Esq.
TERRY BRYANT, LLP
8584 Katy Freeway, Suite 100
Houston, TX 77024
713-973-8888
713-973-1188