**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **CASE NO. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO** ***Risley v. Davol Inc., et. al.*****, Case No. 07-1856** | § § § § | **Judge Lisi** **Magistrate Almond** |

**AFFIDAVIT OF LES TORREY**

I, Les Torrey, hereby state as follows:

1. I am over the age of eighteen. I am the manager of documentation for Davol Inc. My duties include the maintenance and retention of corporate documents, including medical device design and manufacturing records.

2. I understand that on or about May 3, 2007, Wendy and Tracy Risley filed a complaint alleging injury from "a Bard Kugel Composix Mesh Patch measuring approximately 10 x 14 cm . . . . The lot number of the patch implanted was 43DOD232." *See* Compl. ¶ 7.

3. Using information readily available to me, I determined that the lot number cited in the Risley complaint is not a Composix® Kugel® patch, but rather a Composix® E/X mesh product, to wit a Composix® E/X Mesh (product code 0123114, 10" x 14" inches).

4. Unlike the Composix® Kugel® patch, the Composix® E/X patch does not contain a memory recoil ring. An example of the Composix® E/X patch can be viewed on Davol Inc.'s website. *See* http://davol.com/HTMLFiles/Hernia/CompositeEX.html (last visited December 6, 2007).

Further Affiant sayeth not.

Les Torrey

Cranston, RI

Subscribed and sworn to before me this 6th day of December, 2007.

Muriel Desmarais
Notary Public

My Commission Expires:
06/29/09