**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**SCHEDULE CTO-11 - TAG-ALONG ACTIONS**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| ARIZONA | | | | |
| AZ | 2 | 07-2150 | Carmella R. Adams Bradbury v. C.R. Bard, Inc., et al | CA 07-2060 |
| MINNESOTA | | | | |
| MN | 0 | 07-4429 | Randall Smerud v. Davol, Inc., et al. | CA 07-2061 |
| MN | 0 | 07-4454 | Richard Clevenger v. Davol, Inc., et al. | CA 07-2062 |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 07-3747 | Maria Torres v. Davol, Inc., et al. | CA 07-2063 |
| TXS | 4 | 07-3803 | Katrina Ann Howland v. Davol, Inc., et al. | CA 07-2064 |
| TXS | 4 | 07-3804 | Blaine O. Allen v. Davol, Inc., et al. | CA 07-2065 |