**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re COMPOSIX® KUGEL® HERNIA REPAIR PATCH LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: *Gayvont v. Davol and Bard,* Civil Action No. 5:07-CV-125 (N.D.W.Va.) (Marshall County, West Virginia, Civil Action No. 07-C-206)** | § § § § | **JUDGE LISI** <br> ***Gayvont v. Davol and Bard*** <br> **C.A. 1:07-CV-1966-ML-LDA** |

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff respectfully requests that the Court grant her motion to remand this action to the Circuit Court of Marshall County, West Virginia. Defendants have not offered any independent evidence that the amount in controversy exceeds the jurisdictional minimum of $5 million, nor has the Plaintiff made any allegation that supports this fact in her complaint. In fact, notwithstanding that defendants have the burden of establishing the jurisdictional minimum by a preponderance of the evidence, defendants have failed even to provide this Court with the number of Composix Kugel Mesh Patches that were actually implanted in West Virginia residents. *See Abrego v. Dow Chem. Co.*, 443 F 3d 676 (9th Cir. 2006) ( Defendant failed to meet its burden of demonstrating that the amount in controversy exceeded the jurisdictional minimum, and therefore the Court granted Plaintiff's Motion to Remand.).

WHEREFORE, Plaintiff respectfully requests that this Court grant her motion to remand this action to the Circuit Court of Marshall County, West Virginia.

Respectfully submitted,

BRENDA GAYVONT, on behalf of herself
and all others similarly situated,

/s/ Donald A. Migliori____ ___

Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

Teresa C. Toriseva
Nancy C. Wilkins
Wexler Toriseva Wallace LLP
1446 National Road
Wheeling, WV
304-238-0066
304-238-0149 FAX

Fred Thompson, III
Rhett D. Klok
Carmen Scott
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216- 9450 FAX

Edward A. Wallace
Mark R. Miller
Wexler Toriseva Wallace LLP
55 Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
312-346-0022 FAX

**CERTIFICATION**

I hereby certify that on this 31 day of December, 2007, that a true copy of the within Motion to Remand has been filed electronically and that it is available for viewing and downloading from the ECF system. I also certify that a true copy of this document was also mailed or electronically mailed to the following:

**Ernest Cory** ecory@cwcd.com

**Kirby T. Griffis** kgriffis@spriggs.com, awinslow@spriggs.com

**Mark T. Nugent** mnugent@morrisonmahoney.com, cmontgomery@morrisonmahoney.com

**Thomas M. Robinson** trobinson@morrisonmahoney.com

**Teresa C Toriseva** tct@wtwlaw.us

**Samuel J. Abate, Jr**
Pepper Hamilton LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

**Larry W. Blalock**
Jackson Kelly PLLC - Wheeling
P.O. Box 871
Wheeling, WV 26003

**Andrew L. Colocotronis**
Baker, Donelson, Bearman, Caldwell & Berkowitz
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902

**Kathleen Ann DeLaney**
Delaney & Delaney LLC
3640 North Washington Blvd.
Indianapolis, IN 46205

**John A. Fagg, Jr**
Moore & Van Allen
100 N. Tryon Street
Suite 4700
Charlotte, NC 28202-4003

**Gary D. Hermann**
Hermann, Cahn & Schneider
Suite 500
1301 East Ninth Street
Cleveland, OH 44114

**Joe G. Hollingsworth**
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005

**James B. Irwin**
Irwin Fritchie
400 Poydras Street
Suite 2700
New Orleans, LA 70130

**Katherine R. Latimer**
1350 I Street, NW
Washington, DC 20005

**D. Mitchell McFarland**
Harrison Bettis Staff McFarland & Weems
500 Dallas Street
Suite 2600
Houston, TX 77002

**Robert H. Pedersen**
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

**Michelle R. Schwarz**
Mandelbaum & Schwarz
2012 Hamilton Lane
Suite 303
Las Vegas, NV 89106

**Lesley Stine**
Saieva, Rousselle & Stine
601 W. Swann Ave., Suite B
Tampa, FL 33606

**Kara T. Stubbs**
Baker Sterchi Cowden & Rice
2400 Pershing Road
Suite 500
Kansas City, MO 64108

**Kevin K. Trout**
Heron Sweet Fox & Trout
2601 NW Expressway
Suite 707 W
Oklahoma City, OK 73112

**Danene J. Tushar**
Fraser Stryker Law Firm
409 South 17th Street
Suite 500 Energy Plaza
Omaha, NE 68102

**Edward A. Wallace**
Wexler Firm
One North LaSalle Street
Suite 2000
Chicago, IL 60602

**David Bowman White**
Gallivan White and Boyd
PO Box 1505
Greenville, SC 29603

**Dennie M. Zankel**
Baker and Sterchi
1010 Market Street
Suite 950
St. Louis, MO 63101

/s/ Donald A. Migliori
Donald A. Migliori
RI Bar#4937
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
Telephone: 401-457-7700
Fax: 401-457-7708