**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Amended Meeting Agenda
January 8, 2008 at 1:00 p.m.
Room 307

1. Tutorial presentations

2. Scope of MDL

3. Representative ring-break cases for early neutral evaluation or settlement:

   A. Progress on Plaintiff Fact Sheets
   B. Scheduling depositions for all sales representatives

4. Defendant's Motion to Remand in Risley case

5. Starting with this monthly meeting and all monthly meetings to follow, parties to prepare for the Court a monthly listing of pending motions and status of each motion

6. Resolution of duplicative lawsuits filed in state and federal court on behalf of the same Plaintiffs

7. Identify monthly meeting for first "open" session

8. Schedule next meeting of the Court, Plaintiffs' liaison counsel, and Defendants' counsel – February 4, 2008 at 1:00 p.m. or February 14, 2008 at 1:00 p.m.