UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § | **CASE NO.: 07-1842-ML** |
| | § | **Judge Lisi** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § | |

## DEFENDANTS' SUBMISSION REGARDING SCOPE OF MDL 1842, *IN RE KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION*

This MDL should apply only to recalled Composix® Kugel® Patches. This Court has discretion to control "the extent and manner of coordination or consolidation of these actions," specifically with regard to which products remain in the MDL. Transfer Order at 3.

### Davol's Hernia Repair Products and the Composix® Kugel® Patch Recall

Davol is the nation's leading manufacturer of hernia repair prostheses, currently selling 20 different mesh hernia repair product lines, with a total of 102 individual hernia repair mesh products.[1] This range includes eight product lines primarily intended for ventral hernia repair, nine that are "bilayered" in the sense that one surface differs from the other in important properties, and five that include a memory recoil ring. Of all of these products, only six models – all from the Composix® Kugel® Patch product line – have been recalled for any cause.

The Composix® Kugel® Patch (the "Patch") comprises a product line of nine models of differing shapes, sizes, and number and configuration of memory recoil rings. The various models are almost exclusively used to repair ventral (*i.e.*, abdominal) hernias, specifically incisional hernias – hernias caused by the failure of the integrity of a prior surgical incision. Davol and Bard voluntarily recalled three of the nine Patch product models almost two years ago, on December 22, 2005, and three additional models on March 17, 2006, following reports

[1] In this context, "mesh" refers to polypropylene mesh, ePTFE, or both, as opposed to "biologic" hernia repair products, which Davol also produces.

that suggested that memory recoil ring welds could fail, causing the rings to break.[2] Following a review of all five product lines with memory recoil rings, including all the Composix® Kugel® Patch, Davol concluded that no recall was needed for four of the product lines, or for three of the Composix® Kugel® Patch models. The FDA has not challenged that conclusion.

As the complaints on file and the briefing to the JPML make clear, this litigation is at its core about the alleged propensity of memory recoil rings in recalled Composix® Kugel® Patches to break. *See Montiel* Motion for Transfer, Coordination, and Consolidation at 2-3 (listing common issues regarding Composix® Kugel® Patch that plaintiffs believed warranted consolidation); Amended Class Action Compl. (*Montiel*) at ¶ 33 (detailing common issues regarding Composix® Kugel® Patch warranting class certification); *see id.* ¶ 30 (defining purported class as including only Composix® Kugel® Patch recipients). The Court should maintain control over this litigation by not allowing claims concerning unrelated products and failure modes into the MDL. The MDL's goals of efficiency and coordination will be best advanced if the parties can focus on the core issues presented by the recalled Composix® Kugel® Patches.

## I. Inguinal Hernia Repair Products Should Not Be Included in the MDL

Approximately half of Davol's product lines are primarily intended for inguinal hernia repair, *i.e.*, repair of hernias in the groin region rather than the abdominal region. None of these products were subject to the recall. Inguinal hernias are the most prevalent problem requiring surgical intervention in the United States, with an estimated 750,000 repairs per year in this country alone. The inguinal region is a separate body compartment than the abdominal region,

[2] On January 10, 2007, Davol recalled additional lots of the same models recalled in March 2006. All nine models are now back on the market with a redesigned ring weld; none of the post-redesign products are or ever have been subject to recall.

and has its own unique anatomy and anatomical concerns. The distinct anatomical and surgical nature of inguinal versus ventral hernia requires that such products be excluded from the MDL.

## II. Products Without PET Rings Should Not Be Included in the MDL

Davol's recalls of certain models of Composix® Kugel® Patch were focused on reports of breaks of the memory recoil ring. Products without such rings obviously are not even theoretically capable of failure in the same regard. Plaintiffs now purport to have identified possible failure modes of meshes in general independent of the memory recoil ring. This raises the potential of expanding the scope and size of this litigation far beyond its original intent and turning it into a catchbasin for anyone who is dissatisfied with their hernia repair by any product. This would enormously complicate the litigation, even if few actual plaintiffs were added to or kept within the MDL as a result, because it would expand the scope of discovery to other products, requiring delays for document collection and production. Fact depositions, expert witness discovery, and case preparation would all become vastly more complicated to the extent that the MDL's scope is extended to embrace products included for reasons other than an alleged propensity for the ring weld to break.

## III. For Products With PET Rings, Only Recalled Composix® Kugel® Patches Should Be Included In The MDL.

There are five product lines with PET rings: the Composix® Kugel® Patch, the Kugel Patch, the Modified Kugel Patch, the Parastomal Patch, and the Ventralex Patch. Two of these, the Kugel Patch and the Modified Kugel Patch, are used almost exclusively for inguinal hernias and are not bilayer products – their "mesh" is polypropylene only. The Parastomal Patch is classified by Davol as a "specialty" product, intended for parastomal hernias – hernias occurring around or through a surgical opening deliberately left in the abdomen. It has a unique shape to accommodate this special application and its PET component is a custom shape. The remaining

ringed product, the Ventralex Patch, consists of three products, a 1.7" circle, a 2.5" circle, and a 3.1" circle, used to repair very small hernias, particularly those occurring through holes created by the surgical insertion of a trocar.

In its review of all ringed products, Davol concluded that none of these products other than the six Composix® Kugel® models already recalled warranted recall in the light of the incidence of reports of ring breaks in those products and simultaneously concluded that recall was unwarranted for three Composix® Kugel® Patch models. These decisions have not been challenged by the FDA. Expansion of this MDL to products and product lines not subject to the recall would unduly expand and complicate the litigation, would require extensive additional discovery, would slow the pace of the litigation for the cases already filed, and would confuse the litigation given that each product would present different liability and causation issues.

Date: January 2, 2008

Respectfully submitted,

/s/ Joe G. Hollingsworth
Joe G. Hollingsworth
Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Mark T. Nugent
Morrison Mahoney LLP
10 Weybosset Street, Ste. 900
Providence, RI 02903

Attorneys for Defendants
C.R. BARD, INC. and DAVOL INC.