# Sealed Document