**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION** | ) ) | **MDL Docket No. 1842** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** Sayler vs. Davol No. 1:07 cv-1853 | ) ) ) | |

**PLAINTIFF'S MOTION TO ATTEND JANUARY 8, 2008 HEARING ON DEFENDANT'S MOTION FOR PARTIAL DISMISSAL BY TELEPHONE**

Plaintiffs' counsel, Rhonda Baker Debevec, Esq., hereby moves for permission to attend by telephone on the basis that the time and expense associated with traveling from Cleveland, Ohio to Providence, Rhode Island is unduly onerous and burdensome. Plaintiffs' counsel certifies that this motion is being made in good faith and not to unduly burden this Court or the other parties. Plaintiffs' counsel further certifies that she will be able to address the issues raised in the Defendant's motion by telephone.

Respectfully submitted,

s/Rhonda Baker Debevec
PETER J. BRODHEAD (0006733)
RHONDA BAKER DEBEVEC (0068260)
NICHOLAS A. DICELLO (0075745)
*Counsel for Plaintiffs*

OF COUNSEL:

SPANGENBERG, SHIBLEY & LIBER
1900 East Ninth Street, Suite 2400
Cleveland, Ohio 44114
(216) 696-3232
FAX: (216) 696-3924
pjb@spanglaw.com
nad@spanglaw.com
rbd@spanglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3 day of January, 2008, that a true copy of the within Motion to Attend January 8, 2008 Hearing on Defendant's Motion for Partial Dismissal By Telephone has been filed electronically and that it is available for viewing and downloading from the ECF system. I also certify that a true copy of this document was also mailed or electronically mailed to the following:

**Ernest Cory** ecory@cwcd.com

**Kirby T. Griffis** kgriffis@spriggs.com, awinslow@spriggs.com

**Mark T. Nugent** mnugent@morrisonmahoney.com, cmontgomery@morrisonmahoney.com

**Thomas M. Robinson** trobinson@morrisonmahoney.com

**Teresa C Toriseva** tct@wtwlaw.us

**Samuel J. Abate, Jr**
Pepper Hamilton LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

**Andrew L. Colocotronis**
Baker, Donelson, Bearman, Caldwell & Berkowitz
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902

**Kathleen Ann DeLaney**
Delaney & Delaney LLC
3640 North Washington Blvd.
Indianapolis, IN 46205

**John A. Fagg, Jr**
Moore & Van Allen
100 N. Tryon Street
Suite 4700
Charlotte, NC 28202-4003

**Gary D. Hermann**
Hermann, Cahn & Schneider
Suite 500
1301 East Ninth Street
Cleveland, OH 44114

**Joe G. Hollingsworth**
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005

**James B. Irwin**
Irwin Fritchie
400 Poydras Street
Suite 2700
New Orleans, LA 70130

**Katherine R. Latimer**
1350 I Street, NW
Washington, DC 20005

**D. Mitchell McFarland**
Harrison Bettis Staff McFarland & Weems
500 Dallas Street
Suite 2600
Houston, TX 77002

**Robert H. Pedersen**
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

**Michelle R. Schwarz**
Mandelbaum & Schwarz
2012 Hamilton Lane
Suite 303
Las Vegas, NV 89106

**Lesley Stine**
Saieva, Rousselle & Stine
601 W. Swann Ave., Suite B
Tampa, FL 33606

**Kara T. Stubbs**
Baker Sterchi Cowden & Rice
2400 Pershing Road
Suite 500
Kansas City, MO 64108

**Kevin K. Trout**
Heron Sweet Fox & Trout
2601 NW Expressway
Suite 707 W
Oklahoma City, OK 73112

**Danene J. Tushar**
Fraser Stryker Law Firm
409 South 17th Street
Suite 500 Energy Plaza
Omaha, NE 68102

**Edward A. Wallace**
Wexler Firm
One North LaSalle Street
Suite 2000
Chicago, IL 60602

**David Bowman White**
Gallivan White and Boyd
PO Box 1505
Greenville, SC 29603

**Dennie M. Zankel**
Baker and Sterchi
1010 Market Street
Suite 950
St. Louis, MO 63101

/s/ Donald A. Migliori
Donald A. Migliori
RI Bar #4936
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
Telephone: 401-457-7700
Fax: 401-457-7708