**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § § | **JUDGE LISI** |

## MOTION TO SEAL

Plaintiffs hereby move this Honorable Court to seal Plaintiffs' Position Paper regarding the scope of MDL-1842, and Appendices C, D, and E, submitted January 2, 2008. These documents were inadvertently filed without seal and Plaintiffs respectfully request that they be sealed pursuant to the Protective and Confidentiality Order dated December 6, 2007.

Counsel of record are authorized to view confidential material in accordance with the Protective and Confidentiality Order. However, out of an abundance of caution, Plaintiffs advised the limited group of lawyers that received the materials not to publicly disseminate the filing.

Plaintiffs deny these documents are properly designated as confidential, but make this filing in accordance with the existing Protective and Confidentiality Order. Plaintiffs seek this remedy so that the Court may review this important material before the January 8, 2008 status conference. Plaintiff intends to file a motion to remove confidential designations on these and several other documents in the state court where these documents were first produced.

January 3, 2008

On behalf of Co-Lead Counsel for Plaintiffs,

/s/ Donald A. Migliori

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 (fax)

*MDL 1842 Plaintiffs' Liaison and Co-Lead Counsel*

Granted in part. Only Exhibits C, D, and E shall be placed under seal.

Mary M. Lisi USDJ 1/3/08