MotleyRice

**Donald A. Migliori**
**Licensed in RI, MA, MN**
DIRECT DIAL 401.457.7709
DIRECT FAX 401.457.7708
DMigliori@motleyrice.com

January 4, 2008

**Via Facsimile**
Honorable Mary M. Lisi
Chief United States District Judge
United States District Court, District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Fax: 401-752-7247

Re: *Saylor v. Davol, Inc.* (C.A. No. 07-1853)

Dear Judge Lisi:

This letter is to advise the Court that the Plaintiffs in the above referenced matter have consented to voluntary dismissal as to the implied warranty and Consumer Sales Practices Act claims. Plaintiffs will file a consent order for the Court's approval. Plaintiffs will also file an Amended Complaint reflecting the same.

This matter is currently set for hearing on January 8, 2008. Plaintiffs respectfully suggest that Defendants' Partial Motion to Dismiss is now moot, obviating the need for further consideration and hearing.

Respectfully,

Donald A. Migliori
MDL 1842 Plaintiffs Liaison Counsel

Cc: Kirby Griffis, Esq.
Mark Nugent, Esq.
Teresa Toriseva, Esq.
Ernest Cory, Esq.
Rhonda Baker Debevec, Esq.