UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jan 09, 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH**
**PRODUCTS LIABILITY LITIGATION**

Jon Snyder, et al. v. Davol, Inc., et al., )
D. Oregon, C.A. No. 3:07-1081 ) MDL No. 1842

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Snyder*) on August 10, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Snyder* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in San Diego, California, on November 29, 2007. The Panel has now been advised that *Snyder* was remanded to the Circuit Court of the State of Oregon for the County of Multnomah by the Honorable James A. Redden in an order filed on January 7, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-3" filed on August 10, 2007, is hereby VACATED insofar as it relates to this action.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman