Minute Entry
Lisi, C.J.
January 8, 2008

**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

The monthly status conference was held on January 8, 2008. The portion of the conference not dealing with the tutorial was transcribed. The Court met with counsel and discussed the items listed on the agenda (docket # 82).

Tutorial

Counsel presented a basic tutorial to the Court on the fundamentals of the various models of hernia patches designed/manufactured/sold by Defendants and the claims of product failure.

Scope of MDL

The Court identified the hernia patch models that will be the subject matter of the MDL. Defendant to label products identified for ease of reference. The Court will issue an order once the products are labeled.

Early Neutral Evaluation/Settlement Cases

Defendant received ten Plaintiff Fact Sheets on January 2, 2008. For these fact sheets, Defendant has thirty days from date of receipt to notify Plaintiff of any deficiencies or to request additional time to do so.

Counsel will attempt to develop a schedule regarding the depositions of sales representatives.

Risely Motion to Remand

The Court will issue an order.

Open Session

The Court will hold an open session conference at the next monthly meeting.

Pending Motions

Counsel to forward to the Court a list of outstanding motions with the monthly agenda items submission.

Duplicative Lawsuits Filed in State and Federal Court on behalf of same Plaintiffs

Counsel identified three matters.

Felkins – Counsel will be dismissing the state court matter and the federal matter will survive.

Edens – The state court matter will survive.

Newsom – Counsel undecided at this time.

Next Meeting

February 14, 2008, at 1:00 p.m. in the Jury Assembly Room (Room 151) in United States District Courthouse, Providence, Rhode Island.