**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § § | **JUDGE LISI** |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO RECONSIDER DENIAL OF PLAINTIFFS' MOTION TO SEAL "PLAINTIFFS' POSITION PAPER REGARDING THE SCOPE OF MDL-1842"**

Plaintiffs oppose Defendants' Motion to Reconsider because the Court sufficiently ruled on this issue on January 3, 2008. After inadvertently filing documents marked "confidential" by Defendants, Plaintiffs moved this Court to seal Appendices C, D, and E to Plaintiffs' Position Paper ("Position Paper") pursuant to the Protective and Confidentiality Order dated December 6, 2007. Out of an abundance of caution, Plaintiffs' moved to seal the Position Paper itself in the same motion.[1] The Court sufficiently ruled on Plaintiffs Motion to Seal at that time. The Court's ruling should not be disturbed.

Plaintiffs take exception to Defendants' suggestion that Plaintiffs misled the Court in this matter. Plaintiffs' Motion to Seal explicitly requested the Court to seal not only Appendices C, D, and E, but also the Position Paper. Further, Plaintiffs based their Motion to Seal on this Court's Protective and Confidentiality Order. This Honorable Court is, of course, well-qualified to interpret and apply its own Protective Order. As such, the Court's ruling of January 3, 2008 stands on its own and does not warrant reconsideration.

Even if the Court determines that portions of Plaintiffs' Position Paper contravene this Court's Protective Order, the entire document does not need to be filed under seal. Despite Defendants' protestations to the contrary, Plaintiffs do not believe any portion of the document

[1] As stated in their Motion to Seal, Plaintiffs deny these documents are properly designated as confidential.

needs be sealed. Moreover, the limited references to the appendices do not require that the Position Paper itself be sealed, since there is nothing in them that would destroy the confidential designation that has been given to the documents.[2] However, Plaintiffs would be willing, if this Court so desires, to resubmit their Position Paper with references to Appendices C, D and E redacted.

Dated: January 23, 2008

Respectfully submitted,

/s/ Donald A. Migliori
Donald A. Migliori (RI Bar #4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 FAX

*MDL 1842 Plaintiffs' Liaison and Co-Lead Counsel*

[2] As previously expressed to the court, Plaintiffs have begun the steps necessary to remove the confidential designations on these and other documents.

## CERTIFICATION

I hereby certify that on this 23rd day of January, 2008, that a true copy of the foregoing Plaintiff's Opposition to Defendant's Motion to Reconsider has been filed electronically and that it is available for viewing and downloading from the ECF system. I also certify that a true copy of this document was also mailed or electronically mailed to the following:

**Ernest Cory** ecory@cwcd.com

**Kirby T. Griffis** kgriffis@spriggs.com

**Mark T. Nugent** mnugent@morrisonmahoney.com

**Thomas M. Robinson** trobinson@morrisonmahoney.com

**Teresa C Toriseva** tct@wtwlaw.us

**Samuel J. Abate, Jr**
Pepper Hamilton LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

**Andrew L. Colocotronis**
Baker, Donelson, Bearman, Caldwell & Berkowitz
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902

**Kathleen Ann DeLaney**
Delaney & Delaney LLC
3640 North Washington Blvd.
Indianapolis, IN 46205

**John A. Fagg, Jr**
Moore & Van Allen
100 N. Tryon Street
Suite 4700
Charlotte, NC 28202-4003

**Gary D. Hermann**
Hermann, Cahn & Schneider
Suite 500
1301 East Ninth Street
Cleveland, OH 44114

**James B. Irwin**
Irwin Fritchie
400 Poydras Street
Suite 2700
New Orleans, LA 70130

**D. Mitchell McFarland**
Harrison Bettis Staff McFarland & Weems
500 Dallas Street
Suite 2600
Houston, TX 77002

**Robert H. Pedersen**
Watkins & Eager
P.O. Box 650
Jackson, MS 39205-0650

**Michelle R. Schwarz**
Mandelbaum & Schwarz
2012 Hamilton Lane
Suite 303
Las Vegas, NV 89106

**Lesley Stine**
Saieva, Rousselle & Stine
601 W. Swann Ave., Suite B
Tampa, FL 33606

**Kara T. Stubbs**
Baker Sterchi Cowden & Rice
2400 Pershing Road
Suite 500
Kansas City, MO 64108

**Kevin K. Trout**
Heron Sweet Fox & Trout
2601 NW Expressway
Suite 707 W
Oklahoma City, OK 73112

**Danene J. Tushar**
Fraser Stryker Law Firm
409 South 17th Street
Suite 500 Energy Plaza
Omaha, NE 68102

**David Bowman White**
Gallivan White and Boyd
PO Box 1505
Greenville, SC 29603

**Dennie M. Zankel**
Baker and Sterchi
1010 Market Street
Suite 950
St. Louis, MO 63101

**Peter J. Brodhead**
Spangenberg, Shibley & Liber
2400 National City Center
Cleveland, OH 44114-3400

**Nicholas A. DiCello**
Spangenberg, Shibley & Liber
2400 National City Center
1900 East Ninth Street
Cleveland, OH 44114

**Gary D. Hermann**
Hermann, Cahn & Schneider
Suite 500
1301 East Ninth Street
Cleveland, OH 44114

**Jeffrey S. Moeller**
Hermann, Cahn & Schneider
Suite 500
1301 East Ninth Street
Cleveland, OH 44114

/s/ Donald A. Migliori
Donald A. Migliori
RI Bar#4936
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
Telephone: 401-457-7700
Fax: 401-457-7708