**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | § **JUDGE LISI** |

**PLAINTIFFS' MOTION FOR THE ENTRY OF A PRESERVATION ORDER**

Plaintiffs, by and through their attorneys, respectfully request that the Court grant this Motion For The Entry Of A Preservation Order and enter the attached Plaintiffs' Proposed Order For The Preservation Of Evidentiary Documents And Certain Discoverable Materials. In support of this Motion, Plaintiffs have submitted simultaneously herewith their Memorandum in support of this Motion.

DATED: January 28, 2008

Respectfully submitted,

By: /s/ Donald A. Migliori
Donald A. Migliori (#4936)
Vincent L. Greene (#5971)
Leah J. Donaldson (#7711)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

Teresa C. Toriseva
Nancy C. Wilkins
WEXLER TORISEVA WALLACE LLP
1446 National Road
Wheeling, WV
304-238-0066
304-238-0149 FAX

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARS P.C.
2131 Magnolia Ave.
Birmingham, AL 35209
205-328-2200
205-326-7896 Fax

Edward A. Wallace
Mark R. Miller
WEXLER TORISEVA WALLACE LLP
55 Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
312-346-0022 FAX

Fred Thompson, III
Rhett D. Klok
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216- 9450 FAX

*MDL 1842 Plaintiffs' Lead Counsel*

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing **Plaintiff's Motion for Entry of a Preservation Order** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: January ____, 2008 By: /s/ Donald A. Migliori ___

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX