# EXHIBIT
# 2

# LEGAL HOLD NOTICE

## DO NOT DESTROY SPECIFIED DOCUMENTS

Dear Colleague:

Davol, Inc. and C.R. Bard, Inc. ("Bard") may soon be involved in litigation regarding the Composix Kugel Products.

In connection with this potential litigation, it is imperative that you retain all records that relate in any way to the Composix Kugel Products. Normal records-retention policies regarding the destruction of such documents must be immediately suspended. The obligation to retain records applies to records currently in existence as well as to records created in the future.

You must retain all records, including memoranda, correspondence, electronic data and any information contained in Company supported databases. Compliance with this records-retention directive is mandatory.

The scope of the material that must be retained is very comprehensive. It includes all records of all written or graphic matter, however produced or reproduced, of every kind and description, including writings, communications, graphs, sound and video tapes or recordings, photographs, magnetic discs, E-mails, invoices, calendars, etc. Three kinds of records merit special attention:

**E-mail and electronic information records**: E-mail and "electronic information" of any kind must be preserved (i.e., any information created, stored, or accessible by means of computer technology). Do not delete any E-mail (or attachments to any E-mail) in your "in-box" or "out-box" or any E-mail that you may receive or send in the future. Also do not delete any E-mail or other records that you have stored on your computer's hard-drive or on a Company server. If your E-mail system is programmed to erase E-mail after a certain length of time, preserve your E-mail by (1) transferring your E-mail to a personal folder, or (2) transferring your E-mail to a disc. Please be sure any attachments to your E-mails are transferred or printed as well. Do NOT make decisions about whether an e-mail or other document is 'important'; preserve ALL documents that have to do with the Composix Kugel Patch.

**Duplicate Records**: All duplicate copies of records must be preserved. Counsel will determine the status and treatment of duplicates.

**"Personal" Files**: There is no distinction between "official" Company files and your "personal" files. All potentially relevant records you wrote, compiled, or received must be preserved, including any copies you have saved separately from any "official" or "Company" file, including records stored off-site.

Please do not review, sort, categorize, analyze, index, summarize, digest, or screen records in your possession or custody. You should instead just identify the relevant records and retain them as they now are being kept. It is advantageous to assure that the records are preserved in exactly the way they were maintained in the ordinary course of business and disadvantageous to disturb that order. Please inform your administrative assistants and other staff not to discard or delete any documents or other electronic information related to these products.

Please do not mark up "identified" records and do not create additional records relating to this records collection and review effort.

Attorneys from Bard's Law Department and/or outside counsel will be contacting you to determine whether you have any records that may be relevant to this potential litigation. In the event your

records are required for review, the lawyers handling this potential litigation will make arrangements for segregating and copying your records.

Please share this notice with those members of your department who may also have files or information related to these products.

**Do not discuss this matter with anyone except with the Law Department's direction.**

Please refer any questions you may have about the preservation and collection of records, to Brian J. Leddin, Law Department (tel: 908-277-8347) or Sabina Downing, Law Department (tel: 908-277-8298).

# LEGAL HOLD NOTICE

## DO NOT DESTROY SPECIFIED DOCUMENTS

Dear Colleague:

Davol, Inc. and C.R. Bard, Inc. ("Bard") are now currently involved in litigation regarding the Composix Kugel Products.

We have previously notified you that it is imperative that you retain all records that relate in any way to the Composix Kugel Products. Normal records-retention policies regarding the destruction of such documents must be immediately suspended. The obligation to retain records applies to records currently in existence as well as to records created in the future.

You must retain all records, including memoranda, correspondence, electronic data and any information contained in Company supported databases. Compliance with this records-retention directive is mandatory.

The scope of the material that must be retained is very comprehensive. It includes all records of all written or graphic matter, however produced or reproduced, of every kind and description, including writings, communications, graphs, sound and video tapes or recordings, photographs, magnetic discs, E-mails, invoices, calendars, etc. Three kinds of records merit special attention:

**E-mail and electronic information records**: E-mail and "electronic information" of any kind must be preserved (i.e., any information created, stored, or accessible by means of computer technology). Do not delete any E-mail (or attachments to any E-mail) in your "in-box" or "out-box" or any E-mail that you may receive or send in the future. Also do not delete any E-mail or other records that you have stored on your computer's hard-drive or on a Company server. If your E-mail system is programmed to erase E-mail after a certain length of time, preserve your E-mail by (1) transferring your E-mail to a personal folder, or (2) transferring your E-mail to a disc. Please be sure any attachments to your E-mails are transferred as well. Do NOT make decisions about whether an e-mail or other document is 'important'; preserve ALL documents that have to do with the Composix Kugel Patch.

**Duplicate Records**: All duplicate copies of records must be preserved. Counsel will determine the status and treatment of duplicates.

**"Personal" Files**: There is no distinction between "official" Company files and your "personal" files. All potentially relevant records you wrote, compiled, or received must be preserved, including any copies you have saved separately from any "official" or "Company" file, including records stored off-site.

Please do not review, sort, categorize, analyze, index, summarize, digest, or screen records in your possession or custody. You should instead just identify the relevant records and retain them as they now are being kept. It is advantageous to assure that the records are preserved in exactly the way they were maintained in the ordinary course of business and disadvantageous to disturb that order. Please inform your administrative assistants and other staff not to discard or delete any documents or other electronic information related to these products.

Attorneys from Bard's Law Department and/or outside counsel will be contacting you to determine whether you have any records that may be relevant to this litigation. In the event your records are required for review, the lawyers handling this litigation will make arrangements for segregating and copying your records.

Please share this notice with those members of your department who may also have files or information related to these products.

Please refer any questions you may have about the preservation and collection of records, to Brian J. Leddin, Law Department (tel: 908-277-8347) or Sabina Downing, Law Department (tel: 908-277-8298).