**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § | **JUDGE LISI** |
| | § | |

**MOTION TO AMEND CASE MANAGEMENT ORDER**

Plaintiffs hereby respectfully move to amend the Case Management Order ("CMO"). The parties have conferred and agree on these proposed amendments to the CMO.

The Amended CMO contains two changes. First, the caption has been changed to accurately reflect section IV, paragraph A of the CMO. Additionally, the Amended CMO adds a date by which Defendant's Lead Counsel must send a deficiency letter to Plaintiffs' Liaison Counsel and Plaintiffs' individual representative counsel to Section VI, paragraph D, subsection v. As agreed by the parties, for half of the cases pending as of December 6, 2007, Defendants shall provide deficiency letters on or before April 1, 2008. For the remaining pending cases, Defendants shall provide deficiency letters by May 1, 2008. For all cases filed after December 6, 2007, Defendants shall send a deficiency letter within thirty (30) days of receipt of the PFS.

For the reasons listed above, the Plaintiffs respectfully request that the court adopt the Amended Case Management Order as set forth in the attached *Exhibit A.*

Dated January 28, 2008

Respectfully submitted,

/s/ Donald A. Migliori
Donald A. Migliori (RI Bar #4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 FAX

*MDL 1842 Plaintiffs' Liaison and Co-Lead Counsel*