**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § § § | **JUDGE LISI** |

**PLAINTIFFS' FIRST MOTION TO COMPEL**

Plaintiffs, by their attorneys, respectfully request that the Court compel Defendants to provide available dates for the deposition of Daniel W. LaFever, President of Davol, Inc., and also compel Defendants to provide the names and location of every Davol, Inc. sales representative with information relating to the ten (10) bellwether cases so that those individuals can also be promptly deposed. Finally, Plaintiffs respectfully request that the Court compel Defendants to produce Defendants' 30(b)(6) witnesses, which were noticed on January 11, 2008.

In accordance with this Court's Case Management Order of December 6, 2007, Plaintiffs have in good faith attempted to meet and confer regarding these issues. With respect to the noticed 30(b)(6) depositions, Plaintiffs served the notices and noted that they were willing to set up a mutually convenient time and location for the depositions. On January 16, 2008, Plaintiffs' counsel, Donald Migliori, sent a letter to defense counsel, Kirby Griffis, requesting available dates for the deposition of Davol's President, Daniel W. LaFever, and the names and locations of all Davol sales representatives with information relating to the ten (10) cases selected for early resolution. Plaintiffs' counsel did not receive a response to their letter.

With respect to the noticed 30(b)(6) depositions, Plaintiffs' counsel followed up by email and phone on January 18, 2008, but Defendant's counsel had no available dates. Again, regarding the noticed 30(b)(6) depositions, on January 25, 2008, Plaintiffs followed up with a

detailed phone message, which has yet to be returned. (Please see Exhibits A and B for the Notices of Deposition and the Migliori letter respectively).

By failing to even respond, it appears Defendants are taking advantage of the goodwill and courtesy that was extended to them regarding this discovery. Moreover, Plaintiffs are mindful that the Court's deadlines with respect to discovery must be met. Accordingly, Plaintiffs respectfully request the Court to order Defendants to provide dates certain for the deposition of Davol's President, Daniel W. LaFever, provide the information requested regarding the sales representatives (so that they can be promptly deposed), and to set dates certain for the Rule 30(b)(6) deposition Notice.

DATED: January 29, 2008

Respectfully submitted,

/s/ Donald A. Migliori

Donald A. Migliori (#4936)
Vincent L.Greene (#5971)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

Teresa C. Toriseva
Nancy C. Wilkins
WEXLER TORISEVA WALLACE LLP
1446 National Road
Wheeling, WV
304-238-0066
304-238-0149 FAX

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARS P.C.
2131 Magnolia Ave.
Birmingham, AL 35209
205-328-2200
205-326-7896 Fax

Edward A. Wallace
Mark R. Miller
WEXLER TORISEVA WALLACE LLP
55 Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
312-346-0022 FAX

Fred Thompson, III
Rhett D. Klok
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216- 9450 FAX

## CERTIFICATE OF SERVICE

I, Donald A. Migliori, hereby certify that a copy of the foregoing **Plaintiffs' First Motion To Compel** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: January 29, 2008

/s/ Donald A. Migliori

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX