# Exhibit A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re COMPOSIX® KUGEL® HERNIA REPAIR PATCH LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-MDL** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § | **JUDGE LISI** |

**NOTICE OF 30(b)(6) VIDEOTAPE DEPOSITION**

| | |
|---|---|
| **TO:** | **Kirby Griffis, Esquire** |
| **DEPONENT:** | **Corporate Representative(s) of Davol, Inc. who is most knowledgeable about the below described topics** |
| **DATE:** | **To Be Determined** |
| **TIME:** | **To Be Determined** |
| **PLACE:** | **To Be Determined** |

Please take notice that, pursuant to the Federal Rules of Civil Procedure 30(b)(5) and (6), Plaintiffs will take the deposition(s) of the person(s) most knowledgeable for Defendant Davol, Inc. (hereinafter "Defendant"), who will be required to testify concerning the topics described below. You are hereby requested to designate one or more officers, directors, or managing agents, or other persons with the most knowledge of the topics related to the same.

Pursuant to Rule 30(b)(5) and (6) said Defendant has the duty to "designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf," and that "the person so designated shall testify as to matters known or reasonably available to the organization."

**1. Records Manager**

a. Description - The person or persons charged with the responsibility of developing, maintaining, and/or enforcing records management policies for the company. This person or persons must be prepared to discuss the following topics:

i. Records retention policies and procedures.

ii. Records retention auditing.

iii. Procedures for complying with discovery requests.

iv. Procedures concerning employees bringing work off premises.

v. Records retention policy training.

vi. Procedures for informing employees to preserve documents relevant to potential litigation.

vii. Data entry and database maintenance of MFGPro.

viii. Data entry and database maintenance of AS400 Wholesaler database

ix. Data entry and database maintenance of Recall database

b. Duces Tecum (Documents are to be produced for the time period of January 1, 2000 through the present.)

i. Records retentions policy manual.

ii. Records retention compliance audits.

iii. Documents relating to use of outside documents storage facilities.

iv. Certificates of Destruction.

v. Document destruction logs.

vi. Records retention training manuals.

**2. Director of MIS**

a. Description - The person or persons responsible for design, implementation, and maintenance of computer systems within the organization. This person or persons must be prepared to discuss the following topics:

i. The identity, staffing and function of any information technology or management information systems department.

ii. Use of computers by each relevant department.

iii. Software and hardware used by the company.

iv. Backup procedures.

v. System upgrades.

vi. Computers used by outside sales force.

vii. Use of e-mail by the company.

viii. Implementation of record retention requirements in computer systems used by the company.

ix. Information technology or management information systems services provided by any outsource providers or third-parties.

b. Duces Tecum (Documents are to be produced for the time period of January 1, 2000 through the present.)

i. All documents regarding or relating to computer infrastructure of the company.

ii. All documents regarding or relating to e-mail system in use by the company.

iii. All documents regarding or relating to backup procedures for the company.

iv. All documents regarding or relating to location of backups.

v. All documents regarding or relating to systems upgrade.

vi. All documents regarding or relating to server upgrade.

vii. All documents regarding or relating to document imaging systems used in the company.

**3. Procedures for informing employees to preserve documents relevant to potential litigation.**

The oral examination will continue from day to day until completed.

Deponent(s) should bring with him a copy of any and all documents in his possession and/or available to him which in any way pertain to this matter.

**RESPECTFULLY SUBMITTED**, this 11th day of January, 2008.

For Co-Lead Counsel for Plaintiffs,

By: /s Jon C Conlin

Jon C. Conlin
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896 (fax)

*MDL 1842 Plaintiffs' Discovery Committee Chair*

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 (fax)

*MDL 1842 Plaintiffs' Liaison Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL® HERNIA REPAIR PATCH LITIGATION** | § § § | **MDL Docket No. 07-1842-MDL** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § | **JUDGE LISI** |

**NOTICE OF 30(b)(6) VIDEOTAPE DEPOSITION**

| | |
|---|---|
| **TO:** | **Kirby Griffis, Esquire** |
| **DEPONENT:** | **Corporate Representative(s) of C.R. Bard, Inc. who is most knowledgeable about the below described topics** |
| **DATE:** | **To Be Determined** |
| **TIME:** | **To Be Determined** |
| **PLACE:** | **To Be Determined** |

Please take notice that, pursuant to the Federal Rules of Civil Procedure 30(b)(5) and (6), Plaintiffs will take the deposition(s) of the person(s) most knowledgeable for Defendant C.R. Bard, Inc. (hereinafter "Defendant"), who will be required to testify concerning the topics described below. You are hereby requested to designate one or more officers, directors, or managing agents, or other persons with the most knowledge of the topics related to the same.

Pursuant to Rule 30(b)(5) and (6) said Defendant has the duty to "designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf," and that "the person so designated shall testify as to matters known or reasonably available to the organization."

**1. Records Manager**

a. Description - The person or persons charged with the responsibility of developing, maintaining, and/or enforcing records management policies for the company. This person or persons must be prepared to discuss the following topics:

i. Records retention policies and procedures.

ii. Records retention auditing.

iii. Procedures for complying with discovery requests.

iv. Procedures concerning employees bringing work off premises.

v. Records retention policy training.

vi. Procedures for informing employees to preserve documents relevant to potential litigation.

vii. Data entry and database maintenance of Trackwise database.

viii. Data entry and database maintenance of Easy Track database

b. Duces Tecum (Documents are to be produced for the time period of January 1, 2000 through the present.)

i. Records retentions policy manual.

ii. Records retention compliance audits.

iii. Documents relating to use of outside documents storage facilities.

iv. Certificates of Destruction.

v. Document destruction logs.

vi. Records retention training manuals.

**2. Director of MIS**

a. Description - The person or persons responsible for design, implementation, and maintenance of computer systems within the organization. This person or persons must be prepared to discuss the following topics:

i. The identity, staffing and function of any information technology or management information systems department.

ii. Use of computers by each relevant department.

iii. Software and hardware used by the company.

iv. Backup procedures.

v. System upgrades.

vi. Computers used by outside sales force.

vii. Use of e-mail by the company.

viii. Implementation of record retention requirements in computer systems used by the company.

ix. Information technology or management information systems services provided by any outsource providers or third-parties.

b. Duces Tecum (Documents are to be produced for the time period of January 1, 2000 through the present.)

i. All documents regarding or relating to computer infrastructure of the company.

ii. All documents regarding or relating to e-mail system in use by the company.

iii. All documents regarding or relating to backup procedures for the company.

iv. All documents regarding or relating to location of backups.

v. All documents regarding or relating to systems upgrade.

vi. All documents regarding or relating to server upgrade.

vii. All documents regarding or relating to document imaging systems used in the company.

**3. Procedures for informing employees to preserve documents relevant to potential litigation.**

The oral examination will continue from day to day until completed.

Deponent(s) should bring with him a copy of any and all documents in his possession and/or available to him which in any way pertain to this matter.

**RESPECTFULLY SUBMITTED**, this 11th day of January, 2008.

For Co-Lead Counsel for Plaintiffs,

By: /s Jon C Conlin

Jon C. Conlin
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, Alabama 35209
205-328-2200
205-326-7896 (fax)

*MDL 1842 Plaintiffs' Discovery Committee Chair*

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 (fax)

*MDL 1842 Plaintiffs' Liaison Counsel*