# Exhibit B

MotleyRice

**Donald A. Migliori**
**Licensed in RI, MA, MN**
DIRECT DIAL 401.457.7709
DIRECT FAX 401.457.7708
DMigliori@motleyrice.com

January 16, 2008

**Via Facsimile and Electronic Mail**
Kirby Griffis, Esq.
Spriggs & Hollingsworth
1350 I Street, N.W.
Washington, DC 20005
Fax: 202-682-1639

Re: *In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION*
Cases affected: *Alford v. Davol, Inc.* (1:07-cv-1963), *Edgar v. Davol, Inc.* (1:07-cv-1849., *McNeir v. Davol, Inc.* (1:07-cv-1863), *Tompkins v. Davol, Inc.* (1:07-cv-0191), *Jones v. Davol, Inc.* (1:07-cv-0190), *Collins v. Davol, Inc.* (1:07-cv-1912), *Swallow v. Davol, Inc.* (1:07-cv-0426), *Hyland v. Davol, Inc.* (1:07-cv-1851), *Smith v. Davol, Inc.* (1:07-cv-1937), *Wilkins v. Davol, Inc.* (1:07-cv-1870)

Dear Mr. Griffis:

This letter pertains to the ten (10) cases set for bellwether treatment in MDL 1842. Please indicate available dates when Daniel W. LaFever, President of Davol, Inc, is available for deposition.

In addition, please provide the names and locations of each and every Davol, Inc. sales representative with information pertaining to the ten (10) cases set forth above. For each sales representative named, please provide their current employment status.

Thank you for your attention to this matter.

Very truly yours,

Donald A. Migliori

DAM/ld

Cc: Mark Nugent, Morrison Mahoney