**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| | § | |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | § § § | **JUDGE LISI** |

**PLAINTIFFS' MOTION FOR THE ENTRY OF AN ORDER DETAILING THE FORM AND FORMAT OF DOCUMENTS TO BE PRODUCED BY DEFENDANTS**

Plaintiffs, by and through their attorneys, respectfully request that the Court grant this ***Motion for the Entry of an Order Detailing the Form and Format of Documents to be Produced by Defendants*** and enter the attached Plaintiffs' Proposed Order Detailing the Form and Format of Documents to be Produced within this litigation. In support of this Motion, Plaintiffs have submitted simultaneously herewith their Memorandum in support of this Motion.

DATED: January 30, 2008

Respectfully submitted,

By: /s/ Donald A. Migliori ___

Donald A. Migliori (#4936)
Vincent L. Greene (#5971)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
CORY WATSON CROWDER & DEGARS P.C.
2131 Magnolia Ave.
Birmingham, AL 35209
205-328-2200
205-326-7896 Fax

Teresa C. Toriseva
Nancy C. Wilkins
WEXLER TORISEVA WALLACE LLP
1446 National Road
Wheeling, WV
304-238-0066
304-238-0149 FAX

Edward A. Wallace
Mark R. Miller
WEXLER TORISEVA WALLACE LLP
55 Monroe Street, Suite 3300
Chicago, Illinois 60603
312-346-2222
312-346-0022 FAX

Fred Thompson, III
Rhett D. Klok
MOTLEY RICE LLC
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
843-216-9000
843-216- 9450 FAX

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing Plaintiff's ***Motion for the Entry of an Order Detailing the Form and Format of Documents to be Produced by Defendants*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: January 30, 2008 By: /s/ Donald A. Migliori ___

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX