# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL® MESH HERNIA PATCH LITIGATION** | § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | § | |
| | § | **Judge Mary M. Lisi** |
| | § | **Magistrate Judge Lincoln D. Almond** |
| | § | |

**PLAINTIFFS' PROPOSED ORDER DETAILING**
**THE FORM AND FORMAT OF DOCUMENTS TO BE PRODUCED**

Pursuant to the court's duty to supervise pretrial proceedings in this case, including discovery, and pursuant to the court's inherent power, the court hereby orders, effective immediately, that C.R. Bard, Inc. and Davol Incorporated, their officers, agents, employees and attorneys (collectively, "Defendants") and plaintiffs and their attorneys:

***Document Production***

1. Defendants will produce all electronic documents in their native format and as they were originally maintained by Defendants.

2. Defendants shall produce all electronic documents and/or electronically gathered materials with the following descriptive Metadata:

| **Coding Field** | **Description** |
|---|---|
| BegBates; EndBates: | (Doc # start and Doc # end). This should use the standard Bates # fashion in accordance with those used by Defendants in previous productions |
| BegAttach; EndAttach: | Each e-mail with an attachment associated with it should have the metadata file to include the email and its attachments with its parent-child relationship. The beginning and ending Bates numbers of the collection to which the document and any attachments thereto are associated (i.e., for an email that is bates stamped ABC0001 - ABC0002, with two attachments bates stamped ABC0003 - ABC0004 and ABC0005 - ABC0008, the BegAttach and EndAttach for all three documents would be ABC0001 - ABC0008). |

| | |
|---|---|
| DocDate: | The date of the document, formatted as follows: MM/DD/YYYY, with leading zeros as appropriate (e.g., 03/01/2006). For emails, the field will reflect the date the email was sent; for other documents, the field will reflect the last date on which the document was saved. |
| DocType: | The type of document (e.g., email, Microsoft Word 2000, Microsoft Excel, etc.). |
| Document Title: | The title of the document, if any. |
| AuthorName: | The author(s) of a document. |
| To: | The recipient(s) of a document. |
| CC: | The person(s) who received copies of a document. |
| BCC: | The person(s) who received blind copies of a document. |
| Custodian: | The name of the individual whose electronic or hardcopy custodial file contained the document at issue. |
| Source: | The location from which the electronic document was retrieved (e.g. John Smith's hard drive, Jane Doe's laptop, Davol's P.R. facility file share network, etc.) |
| Importance: | For Outlook emails, "High," "Low," or "Normal." |
| Sensitivity: | For Outlook emails, "Normal," "Private," "Personal," or "Confidential." |
| Marginalia: | For hard-copy documents, yes or no indication of whether the document at issue contains handwritten notations, notes, or marginalia. |
| Redacted (Yes or no): | Indication of whether the document at issue is redacted. |
| Confidential (Yes or no): | Indication of whether the document at issue was designated as confidential as of the date of production. |
| Foreign Language (Yes or no): | Indication of whether the document at issue would need translation into English. |
| Complete or Incomplete doc: | With an explanation field describing how document is incomplete if that is the designation. |

4. All metadata fields should be provided on an individual doc/document level.

5. All "hard," paper, and/or physical files shall be produced such that they are scanned in at least a 300 dpi with Group IV compression.

6. OCR/Extracted Text. Defendants shall produce corresponding Optical Character Recognition (OCR) text files for all hard-copy documents and any electronic documents that require redaction prior to production. For documents that exist natively in electronic format that have not been redacted and that are produced as images, the Pfizer Entities shall produce

extracted text files reflecting the full text that has been electronically extracted from the original, native electronic files. The OCR/extracted text shall be provided in ASCII text format and shall be labeled and produced on Production Media in accordance with the provisions of paragraph 2. The text files will be associated with the unique Bates Number of the first page of the corresponding document followed by the extension ".txt." The OCR/extracted text files shall be provided in a manner suitable for importing the information into a commercially available document management or litigation support software.

7. Withholding or Redacting Productions in Response to Discovery Requests. To clarify any misunderstanding concerning the Court's December 6, 2007 Case Management Order, any party that withholds or redacts the production of requested documents or materials, regardless of the manner in which they are kept or maintained, on the ground of any privilege, confidentiality, or application of the work-product doctrine must specify in writing, as to each document or thing not produced, the specific privilege(s) or doctrine(s) it is relying upon to withhold each document ("Privilege Log"). Each Privilege Log shall describe each document or thing for which a privilege or the work product doctrine is asserted in sufficient detail to reasonably permit the party seeking discovery to assess whether or not to dispute any such assertion of privilege or application of the work product doctrine. This will include but is not limited to information regarding the document's subject, date, author, and all recipients, the authors' and recipients' titles, the specific privilege asserted, and the factual basis for the privilege. Each party withholding or redacting materials shall provide opposing Liaison Counsel a copy of the party's Privilege Log in electronic form contemporaneously with each production whenever possible, and within twenty-one (21) days absent agreement of the parties.

8. Use of KWIC Search Terms to Identify Discoverable Materials. Defendants shall use the full KWIC search terms proposed by Plaintiffs and provided as Exhibit 11 to Plaintiffs' *Motion for the Entry of an Order Detailing the Form and Format of Documents to be Produced by Defendants* when determining the relevance of discoverable materials for the purpose of production of electronic documents in response to discovery requests search by Plaintiffs in MDL – 1842.

Date:

Entered: ________________________________________