# EXHIBIT 2

Spriggs 2 Hollingsworth
YEARS

Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Kirby T. Griffis
202.898.5828
kgriffis@spriggs.com

September 20, 2007

***VIA FACSIMILE, ORIGINAL TO FOLLOW BY FEDERAL EXPRESS***

Donald A. Migliori, Esq.
Motley Rice, LLC
321 S. Main Street, 2nd Floor
PO Box 6067
Providence, RI 02940-6067

Dear Mr. Migliori:

Enclosed is our initial production of documents. The documents are produced electronically as TIFF images, and are accompanied by a custodian file associating individual or departmental custodians with the relevant Bates ranges of documents. The documents are produced in the manner in which they were kept.

The production consists of Composix® Kugel® Patch documents from the files of Davol and C.R. Bard responsive to document production requests in *Warren* through the date of the final recall in January 2007, and after that date includes Composix® Kugel® Patch documents related to design, redesign, and product specifications, as well as medical device report records and the files associated with them. Voluminous sales data which predominantly pertain to other products have not been included in the production, as their processing to remove irrelevant materials would be unduly burdensome and not reasonably calculated to lead to the discovery of admissible evidence. Sales data focused on the Composix® Kugel® Patch are included in the production.

The document production does not include, because not reasonably accessible in terms of burden and costs, the following: (1) Documents requiring forensic-recovery methods or for which applications other than those used to create material in the ordinary course of business must be employed to confirm whether responsive material exists; (2) "Documents" constituting electronic voice communications (or recordings thereof); (3) "Documents" that could be obtained only by suspending the ordinary functioning of computers, databases, and similar systems must be suspended, including the routine and automatic alteration of database information, metadata, and the like; (4) Documents from disaster-recovery media and other

Spriggs 2 Hollingsworth
YEARS



media and sources that are not reasonably accessible; (5) "Documents" constituting deleted, shadowed, echoed, fragmented, or residual data or file attributes, properties, and metadata; and (6) Electronic data in the possession of entities other than C.R. Bard, Inc. or Davol, Inc.

Documents were identified for production through interviews with persons involved in the design, production, manufacture, testing, regulatory compliance, and sale of the Composix® Kugel® Patch. Relevant documents in their possession, hard-copy and electronic, were retrieved from them. For the electronic documents, employees identified the files that contained documents relating to the Composix® Kugel® Patch, and these were copied for production processing. In addition, searches were run outside of those identified folders to identify any documents that may not have been in such folders. The terms searched were "Composix Kugel," "CK," "XL," "Kugel Ring," "Ring Break," "Broken Rings," "CompKugel," and "ComKugel." E-mails were gathered and additional searches run in a similar fashion.

Documents have been withheld from the production for privilege and other appropriate protections, and some documents are produced in part, with redactions for privilege, FDA-required confidentiality, or relevance. We will provide privilege and redaction logs on or before October 31.

Very truly yours,

Kirby Griffis

Enclosures