# EXHIBIT 6

CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.
ATTORNEYS AT LAW

JON CONLIN
205-271-7147
FAX 205-324-7896
JCONLIN@CWCD.COM

2131 MAGNOLIA AVE.
BIRMINGHAM, AL 35205
205-328-2200
WWW.CWCD.COM

January 17, 2008

Kirby T. Griffis, Esq.
Spriggs & Hollingsworth
1350 I Street N.W., 9th Floor
Washington, DC 20005

**Re: MDL – 1842 Master Discovery**

Dear Kirby:

I write on behalf of the MDL -1842 Plaintiff Steering Committee. Enclosed are the Plaintiffs' Master Interrogatories and Requests for Production.

On January 6, 2008, Plaintiffs wrote you requesting that you inform us whether you would voluntarily agree to an expansion of the limited search terms Defendants' were using to identify discoverable material and whether you would agree to include the production of metadata as we detailed in the MDL -1842 response to discovery requests and document production. To date, Plaintiffs have received no response, either written or verbal, from you regarding these matters.

In light of the service of the enclosed Master Discovery Requests and the Court's recent rulings on the scope of MDL – 1842, and our Rule 26(f) discussions, Plaintiffs consider this issue ripe for briefing if parties can not reach an agreement. In yet another attempt to address these issues with Defendants prior to burdening the Court with a motion, Plaintiffs request, for the second time, that you inform us if your responses to the Master Production will be made in the manner described in our January 6, 2008 correspondence (enclosed). We require a reply by January 23, 2008 in order to assure that the Court may be briefed prior to the February 14, 2008 hearing.

Additionally, review of the production made for the state court cases has demonstrated Defendants' propensity to designate every one of the 282,010 pages as confidential and to unnecessarily redact documents, including all references to products other than the recalled Composix Kugel Patch models. In light of the Court's recent rulings on the scope of MDL – 1842, and the fact that we have a protective order in place that should allay any concerns about confidentiality, Plaintiffs' request that you voluntarily agree to make the production of MDL – 1842 responsive documents without

any redactions, except where there are valid claims of attorney-client privilege or the redacted material relates solely to patient specific personal identification. As with the preceding production matters, Plaintiffs consider this issue ripe for briefing if parties can not reach an agreement and require a reply to our request by by January 23, 2008 in order to assure that the Court may be briefed prior to the February 14, 2008 hearing.

Should you have any questions about any of the above, please do not hesitate to contact me.

Sincerely,

Jon C. Conlin

Enclosures

cc: MDL - 1842 Plaintiff Steering Committee