# EXHIBIT 7

Spriggs 25 YEARS Hollingsworth

Telecopy Transmission Cover Sheet

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

January 23, 2008

FROM: KIRBY T. GRIFFIS

NUMBER OF PAGES: 3 (INCLUDING COVER SHEET)

ACCOUNT NUMBER: 0193.0009

DELIVER TO THE FOLLOWING:

| NAME | FIRM/COMPANY | TELECOPY NO. | PHONE NO. |
|---|---|---|---|
| JON C. CONLIN, ESQ. | CORY, WATSON, CROWDER & DEGARIS, P.C. | (205) 324-7896 | (205) 328-2200 |

For any problems or questions, please notify Arvette Winslow at (202) 789-3713.

MESSAGE:

Please see attached.

Original will follow by first-class mail.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

Spriggs 25 YEARS Hollingsworth

Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Kirby T. Griffis
202.898.5828
kgriffis@spriggs.com

January 23, 2008

***VIA FACSIMILE, ORIGINAL TO FOLLOW BY U.S. MAIL***

Jon Conlin, Esq.
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
2nd Floor
Birmingham, Alabama 35205

Dear JC:

I write in response to your letter of January 17, 2008, regarding MDL discovery issues.

First, you requested that we run nearly 400 pages of search terms in order to identify responsive documents. You clarified by telephone that you want those terms run in all data stores at Bard and Davol. As we have explained to you previously, we have already undertaken an extensive document production by a different methodology which is inconsistent with that you propose. As you have made no demonstration that this would be appropriate in terms of its burden and expense, we decline.

Second, you requested that we produce metadata for all electronic documents, and you give a list of such "metadata." We will provide the following metadata with regard to e-mails: Author, Recipient, CC, BCC, Sent date. Your remaining requests appear to consist of multiple items that are objective coding, not metadata, or data that we have already provided to you. For the few remaining items, you have offered no rationale or justification for why provision of such information is likely to lead to the discovery of admissible evidence and is reasonable balanced against the burden of providing it. We thus decline to comply with your full request for "metadata" except as set forth above.

Third, you requested that all documents scanned from hard copy be provided in 300 dpi with Group IV compression. All documents from Bard and Davol were scanned to those specifications.

Spriggs 25 YEARS Hollingsworth



Fourth, you requested that MDL production be made without any redactions other than for privilege or patient identifying information. We agree that some removal of redactions of "other product" information for products that are in the MDL and for which you have a plaintiff who claims injury is appropriate, but will not otherwise waive our rights or abandon our obligations to redact nonresponsive and other nondiscoverable information.

Very truly yours,

Kirby Griffis