# EXHIBIT 10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL® MESH HERNIA PATCH LITIGATION** | § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | § | |
| | § | **Judge Mary M. Lisi** |
| | § | **Magistrate Judge Lincoln D. Almond** |
| | § | |

**AFFIDAVIT OF SUZANNE SMITH**

I affirm that the following statements are true and based on my personal knowledge.

1. My name is Suzanne Smith.

2. I am employed as an analyst at Areté Legal, Inc. 400 Lydia Street, Pittsburgh, PA 15106

3. I have worked at Areté Legal, Inc for nearly 3 three years. My anniversary date is February 9th. I have been assigned to work on numerous litigation projects involving products liability.

4. Areté Legal has been engaged by the Plaintiff's Steering Committee (PSC) in the Bard/ Davol Kugel Mesh Hernia Patch Litigation, MDL Docket # 07-1842-MDL.

5. As part of Areté's engagement, Areté has agreed to provide a Search Term Analysis and Recommendations Report (Report) to the PSC. I was the analyst assigned to provide that report.

6. The Report consisted of Areté Legal's analysis of the search terms used in the Kugel Patch litigation, recommendations for additional e-data recovery, and the justification for our recommendations.

7. All data presented was derived from the Kugel Patch production collection delivered to Areté on 10/05/2007 or from analysis of the search term list used by Defendants to derive that collection. The basis for the analysis and recommendations was literally the very words the defendants use in the ordinary course of business.

8. All of Areté's processes have been rigorously tested and are repeatable.

9. The Kugel Patch document collection consists of 37,246 documents and 282,010 pages delivered to Areté on 10/05/2007. There are 61 sources with material in electronic document, email, and physical media types.

10. Defendants relied on the presence of 8 terms to determine the relevance of material.

These terms are:
composix kugel
ck
xl
kugel ring
ring break
broken rings
compkugel
comkugel

11. Defendant's term list did not include variations, plurals or common misspellings of the terms.

Example #1: The term **xl** has several variations that actually exist in the produced collection:

extra large
x-large
x large
x-l
xlg
xlck
xlkc

Example #2: The term "broken rings" appears on the list, but the singular "broken ring" does not.

12. After analyzing every word of every document in the Kugel Patch production, and taking into account the term list the defendants, Areté Legal was able to determine several additional significant terms and concepts within this collection. Based on qualitative and quantitative assessments, Areté Legal determined that 'ring' is a key concept in this collection. In other words, "ring" is a salient term within this document collection.

13. The next step in Areté Legal's investigation involved looking at the context in which ring and rings occurred in the collection. We looked for collocations of ring and rings, or words that appeared on either the immediate left or immediate of right of the terms. This analysis identified 120 terms that regularly occur in close proximity to ring and rings.

**14.** Next, Areté searched the collection for "ring" within proximity of these 120 terms and "rings" within proximity of these 120 terms. The results indicated that the top 3 most frequent terms are: ring breakage, ring break, and ring breaks, respectively.

**15.** In order to provide a comprehensive assessment of documents that contain language comparable to 'ring breakage', Areté Legal identified synonyms, near synonyms and variations, plus lemma of both the terms 'ring' and 'break'. Terms referring to the device, as well as device parts, are captured as "ring synonyms" and language that refers to the manners in which the device failed are captured in "break synonyms."

**16.** The following are examples in KWIC format (key word in context) of language in documents that would not have been produced but for the chance occurrence of one of Defendant's other searches:

- *pm to hutchinson tom subject ck **ring breakage** in canada tom i just wanted*
- *fective in mitigating any addition **weld breaks** the division needs to address*
- *all 5 of the confirmed **weld breaks** occurred prior to the expanded*
- *in the process three recoil **ring fractures** were noticed the pt received*
- *groin area several years ago the **mesh broke** loose didn t hold and he*
- *he asked if there were **ring breaks** on non recalled lots i said*
- *mesh vi possible consequences of **product failure** on patient safety i e possibl*
- *or lot numbers she reports the **mesh failed** 2 weeks after surgery a advised*
- *puerto rico a maxine perry 725 **mesh tore** brqf6157 puerto rico a maxine perry*
- *rico a maxine perry 726 mesh **patch malfunctioned** unknown puerto rico*
- *a k stevens 504 broken recoil **ring punctured** kidney colon or intestine*
- *robust safety factor the proposed **weld collapse** parameter would be 0 018 and*
- *t date dec 11 2002 kugel **monofilament break** 030 rm00302 request 4995*
- *diagram used as part of the **kugel failure** tnvestigation scope effects of*
- *0010202 unk skin ulcer part of **ring protruding** 84096 5 8 06 200600151 si*
- *2 1 06 unk piece of **mesh tore** away patient pain n a 1*
- *the explanted mesh and that the **mesh had folded** over and there was bowel*
- *he said it was the inner **ring that had broken** not the outer ring*
- *yes no comments theoretically the **ring will protrud**e into the abdominal wall*
- *may very well be that the **ring is bending** or in these cases crimping*
- *rough 724 sutures tore through 725 **mesh patch malfunctioned** 726 wouldn't lay fla*
- *across the weld was implicated in **weld break failures** conclusions it can be*
- *straight shots m mdr 309 memory **recoil ring cracked** n none reported*
- *testing showed that three of the **products tested failed** to meet the process*
- *rico tbd g kirksey 64 **broken recoil ring piercing** intestine infection*
- *was received in 2004 for the **mesh getting stuck in a hole** in the bowel*
- *beyond the local area of the **mesh however if the ring migrates** anteriorly*
- *upwards into the tissue above the **mesh the surgeon removed the broken** part*
- *sutured upper left of photo the **patch also appeared to be somewhat kinked***
- *recall other sizes of the kugel **patches and why the broken** recoil ring does*

- *mesh and eptfe layers of the* ***product or in some cases the ring was bent***
- *were confident that we were recalling any* **products with risk of ring weld breakage** *trend*

**17.** It is Areté Legal's opinion, which was reported to PSC, that the limitations of this list resulted in a deficient production. It is highly likely that relevant documents were not collected and produced.

**18.** Areté provided PSC with several examples of relevant language that would not have been captured by Defendant's term list.

**19.** In addition to providing analysis of Defendant's term list, Areté also provided recommendations for additional ways to search for relevant data.

**20.** Context of Relevant material is established not only by word collocations, or when words routinely occur next to each other, but also by whether or not terms typically occur within close proximity to one another throughout a collection of documents. Therefore, Areté Legal included proximity variables to determine the relationship between terms or concepts within this collection. We included a proximity variable that required a ring synonym must occur within ten words of a break synonym. This is the proximity that we recommend based on the findings below:

| | **SIDE BY SIDE** | **WITHIN 3** | **WITHIN 10** |
|---|---|---|---|
| **TOTALS** | 37,678 occurrences in 7237 files | 66,367 occurrences in 9298 files | 138,168 occurrences in 11,493 files |
| **TERM** | Ring break | Ring within 3 of break | Ring within 10 of break |
| **EXAMPLES** | we are now up to 32 "ring break" complaints | products implanted with an intact "ring will break" after placement | wip test method weak spot in "ring stock missed by final insp y n break" obviously |
| | received that a complainant reporting a "ring break" meant that the product had some defect regarding the ring but that the ring itself was not broken | unable to determine what caused the "ring to break" dr reported that recoil ring breakage did cause colonic and small intestine fistula | a normal "ring will tend to break" at the welded joint so it is possible that the ring saw either some type of unusual stress or was possibly exposed to a sharp object |

**21.** A proximity variable of 10 increases the likelihood that more relevant material will be identified and thus was Areté's recommendation to PSC.

**22.** Based on this linguistic evaluation, Areté legal recommended that Defense search for relevant material using 18,163 terms.

**23.** In anticipation of Defendants' argument that the KWIC (key word in context) search terms proposed Areté Legal will add a great amount of time (and thus cost) to the identification, collection, and production process, Plaintiffs requested that we run time trials to demonstrate that it would not be unduly burdensome. The results are as follows:

**Test #1 - Oracle Search**

Arête Legal Language Processing Specialists used Oracle 10g to index and search PDF documents that are currently live on the Kugel Document Kiosk.

| | |
|---|---|
| Document Count: | 34,245 |
| Time to Index: | 9 hours approx. |
| Search time for Plaintiffs' Recommended Terms: | 15 min 17 sec |
| Search time for current Defense Terms: | 6 sec approx |

**Test #2 - LinguaLex**

Areté Legal Language Processing Specialists analyzed the entire current production you made to Plaintiffs using (a) Plaintiffs complete list of recommended terms as listed on the included attachment and (b) the 8 terms used by the Defendants. The test was run against the text for the live documents on the Kugel Document Kiosk in the format which you originally provided them.

| | |
|---|---|
| Document Count: | 34,424 |
| None (No Index required) | |
| Search time for Plaintiffs' Recommended Content: | 8 min 14 sec |
| Search time for current Defense Terms: | 4 min 59 sec |

**24.** The above statements are the basis upon which Areté Legal based its opinions and recommendations to PSC.

Affirmed on January 25, 2008
In Pittsburgh, Pennsylvania

Suzanne Smith