**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | **MDL Docket No. 07-1842-ML** |
| | § | |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | § § | **JUDGE LISI** |
| | § | |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF DANIEL LAFEVER AND MOTION FOR PROTECTIVE ORDER**

Defendants hereby request this Court to deny Plaintiffs' Motion to Compel Deposition of Davol President Daniel LaFever and to grant instead Defendants' Motion for Protective Order with regards to the deposition of Mr. LaFever. Plaintiffs have not deposed any other Davol executive or otherwise undertaken less burdensome and oppressive discovery, such as depositions of lower-level employees. They also have not shown that the President possesses unique and superior personal knowledge of the relevant facts. For these reasons as well as those set forth in the accompanying Memorandum of Law, this Court should deny Plaintiffs' Motion to Compel and grant Defendants' Motion for Protective Order.

Dated: February 7, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
1350 I St., N.W.
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008, the foregoing OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF DANIEL LAFEVER AND MOTION FOR PROTECTIVE ORDER was electronically filed with the Clerk of Court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon Plaintiffs' Liaison Counsel in the manner indicated below:

Donald Migliori
MOTLEY RICE, LLC.
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(electronic notice)*

/s/ Kirby T. Griffis