**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Meeting Agenda
Open Session Conference
February 14, 2008 at 1:00 p.m.
Jury Assembly Room – (Room 151)

1. Plaintiff's Motion to Remand in the Gayvont case

2. Status update on discovery matters in representative ring break cases for early neutral evaluation/settlement cases

3. Resolution of duplicative lawsuits filed in state and federal court on behalf of same Plaintiffs

4. Settlement notification

5. Defendants' request re: disclosure of MDL cases involving products other than Composix Kugel patch or Composix E/X

6. Status of Defendants' labeling products identified as the subject matter of the MDL

7. Pending motions listing

8. Next meeting of the Court, Plaintiffs' liaison counsel, and Defendants' counsel March 10, 2008 at 1:00

## *In re Kugel Mesh Hernia Patch Products Liability Litigation* – MDL No. 1842

## PENDING MOTIONS AS OF FEBRUARY 5, 2008

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|
| 12/6/07 | Mathein – 07-1848 | Plaintiff | ▪ Practice & Procedure Order No. 5 states: "Defendants shall respond in accordance with the guidelines set forth in CMO on Plaintiffs' motions in Mathein case concerning an answer to their Amended Complaint and concerning Rule 26(a) discovery."<br>▪ Defendants' filed an answer and provided a letter to Plaintiffs' addressing this matter | Yes | |
| 12/31/07 | Gayvont – 07-1966 | Plaintiffs | ▪ Plaintiffs' Motion to Remand to State Court<br>▪ Defendants' Response filed 1/15<br>▪ Plaintiffs' Reply filed 1/25 | Yes | |
| 1/28/08 | All Cases | Plaintiffs | ▪ Plaintiffs' Motion for Entry of a Preservation Order<br>▪ Response due 2/14 | No | |
| 1/29/08 | All Cases | Plaintiffs | ▪ Plaintiffs' Motion to Compel<br>▪ Seeking deposition dates for President of Davol, names of sales representatives for 10 bellwether cases, and produce 30(b)(6) witnesses<br>▪ Partial response by Defendants, re: dates for Davol 30(b)(6) witnesses<br>▪ Response due 2/15 | No | |
| 1/30/08 | All Cases | Plaintiffs | ▪ Plaintiffs' Motion for Entry of Order Detailing the Form and Format of Documents to be Produced by Defendants<br>▪ Response due 2/19 | No | |