**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Amended Meeting Agenda
Open Session Conference
February 14, 2008 at 1:00 p.m.
Jury Assembly Room – (Room 151)

1. Plaintiff's Motion to Remand in the Gayvont case

2. Status update on discovery matters in representative ring break cases for early neutral evaluation/settlement cases

3. Resolution of duplicative lawsuits filed in state and federal court on behalf of same Plaintiffs

4. Settlement notification

5. Defendants' request re: disclosure of MDL cases involving products other than Composix Kugel patch or Composix E/X

6. Status of Defendants' labeling products identified as the subject matter of the MDL

7. Pending motions listing

8. Discuss Smith v. C.R. Bard, Inc.

9. Next meeting of the Court, Plaintiffs' liaison counsel, and Defendants' counsel March 10, 2008 at 1:00