From: "Griffis, Kirby T." <kgriffis@spriggs.com>
To: "Jon C. Conlin" <jconlin@cwcd.com>; "Klok, Rhett" <rklok@motleyrice.com>; "Migliori, Don" <dmigliori@motleyrice.com>
Cc: "Gausepohl, Dana" <DGausepohl@spriggs.com>
Sent: 12/21/07 3:28 PM
Subject: Sales force hold memo

JC & Rhett - Dana tells me that you brought up yesterday that the sales force doesn't appear on the employee hold distribution that I sent to you. I'm sorry for the omission. The sales force was orally given hold instructions on 1/25/07 and received a written hold memo on 8/7/07. Again, whether individual employees received hold instructions prior to those dates I do not know.

Kirby