Spriggs 25 Hollingsworth
YEARS

Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Kirby T. Griffis
202.898.5828
kgriffis@spriggs.com

January 28, 2008

***VIA FACSIMILE, ORIGINAL TO FOLLOW BY U.S. MAIL***

Donald A. Migliori, Esq.
Motley Rice, LLC
321 S. Main Street, 2nd Floor
PO Box 6067
Providence, RI 02940-6067

Jon Conlin, Esq.
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue
2nd Floor
Birmingham, Alabama 35205

Dear Don and JC:

We write to apprise plaintiffs of the steps we have taken in the past and are taking now that are relevant to paragraph 2 of Judge Lisi's Order of January 24, 2008.

**Document hold**: We have electronically issued a document hold notice similar to those previously provided to you to all employees believed to be in possession of possibly responsive documents, instructing them to preserve and not delete or discard any documents, electronic or paper, concerning the following products: Composix Kugel Patch, Ventralex Patch, Composix E/X, Kugel Patch, Parastomal Patch, Modified Kugel Patch, Composix L/P, Composix Mesh, Spermatex Pre-Shaped Mesh, and Polysoft Mesh.[1] Compliance with the hold order would prevent any document involving these products from being deleted, discarded, or destroyed.

In addition, and although they are beyond the scope of what is necessary reasonably to preserve documents, we are doing the following:

**E-mails**: As you are aware, we were prior to the Order preserving e-mails at Davol, Bard, and at the Puerto Rico facility by suspending the ordinary rotation of e-mail backup tapes by pulling an e-mail backup tape from the rotation at least every 30 days. We continue to do so.

**Electronic documents**: Similarly, we have previously suspended the ordinary rotation of backup tapes of other electronic documents by pulling a tape from the rotation at least every 30 days at all three locations, and we continue to do so.

**Copying of electronic documents**: For many of the persons to whom we issued the hold notice described above, we have already copied data files (not programs) from their workstation or laptop computer using a standardized process designed to ensure that all likely sources of

[1] No other Davol product meets the criteria of paragraph 1 of the January 24, 2008 Order.

Spriggs 25 YEARS Hollingsworth



potentially discoverable material are captured. We are currently taking steps to do so for the remainder of the persons to whom the memo was distributed, including sales personnel. We have also, as previously described to you, electronically copied paths and folders in shared servers containing responsive material, and are currently taking steps to ascertain whether any additional paths and folders should be copied in the light of the expansion of the MDL to include additional products.

Should you believe that Davol and Bard are required to take document preservation steps in addition to those described above, please notify me immediately so that we may discuss the matter.

Very truly yours,

Kirby Griffis

Spriggs 25 YEARS Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

# Telecopy Transmission Cover Sheet

January 28, 2008

FROM: KIRBY T. GRIFFIS

NUMBER OF PAGES: 3 (INCLUDING COVER SHEET)

ACCOUNT NUMBER: 0193.0020

DELIVER TO THE FOLLOWING:

| NAME | FIRM/COMPANY | TELECOPY NO. | PHONE NO. |
|---|---|---|---|
| DONALD A. MIGLIORI, ESQ. | MOTLEY RICE LLC | (401) 457-7708 | (401) 457-7700 |
| JON C. CONLIN, ESQ. | CORY, WATSON, CROWDER & DEGARIS, P.C. | (205) 324-7896 | (205) 271-7147 |

For any problems or questions, please notify Arvette Winslow at (202) 789-3713.

**MESSAGE:**

PLEASE SEE ATTACHED.

Original will follow by Federal Express

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THE COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

******************************
*** MULTI TX/RX REPORT ***
******************************

TX/RX NO 0761
PGS. 3
TX/RX INCOMPLETE
-----
TRANSACTION OK
(1) #65314014577708
(2) #65312053247896
ERROR INFORMATION
-----

Spriggs 25 Hollingsworth YEARS

Telecopy Transmission Cover Sheet

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

**January 28, 2008**

**From:** Kirby T. Griffis

**Number of Pages:** 3 (including cover sheet)

**Account Number:** 0193.0020

**Deliver to the Following:**

| NAME | FIRM/COMPANY | TELECOPY NO. | PHONE NO. |
|---|---|---|---|
| Donald A. Migliori, Esq. | Motley Rice LLC | (401) 457-7708 | (401) 457-7700 |
| Jon C. Conlin, Esq. | Cory, Watson, Crowder & DeGaris, P.C. | (205) 324-7896 | (205) 271-7147 |

For any problems or questions, please notify Arvette Winslow at (202) 789-3713.

**MESSAGE:**

Please see attached.

Original will follow by Federal Express