**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § § | **JUDGE LISI** |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR THE ENTRY OF AN ORDER DETAILING THE FORM AND FORMAT OF DOCUMENTS TO BE PRODUCED**

Defendants oppose Plaintiffs' Motion because the order they seek is unreasonable and would greatly slow and hinder discovery. Plaintiffs have, without making any argument against Defendants' primary methodology for ascertaining responsive documents, proposed a completely incompatible alternative that would be unworkable, unreasonable, and would be unduly burdensome to Bard. Plaintiffs motion with regard to metadata is almost entirely moot or seeks information that does not exist, and with regard to the two items that are actually in dispute, the information sought is unreliable and the burden of producing it not justified. Thus, this Court should deny Plaintiffs' Motion for the Entry of an Order Detailing the Form and Format of Documents to be Produced.

Dated: February 21, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
1350 I St., N.W.
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2008, the foregoing DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR THE ENTRY OF AN ORDER DETAILING THE FORM AND FORMAT OF DOCUMENTS TO BE PRODUCED was electronically filed with the Clerk of Court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon Plaintiffs' liaison counsel in the manner indicated below:

Donald Migliori
MOTLEY RICE, LLC.
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(electronic notice)*

/s/ Kirby T. Griffis