UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: KUGEL MESH HERNIA PATCH LITIGATION
As it relates to all cases.

MDL CASE NO. 07-1842 ML

ORDER

Any party who wishes to place an item on the agenda for the March 10, 2008 monthly meeting shall do so by submitting a request in writing to the Court on or before March 3, 3008. The Court will issue the agenda on or before March 6, 2008.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
February 22, 2008