UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: KUGEL MESH HERNIA
REPAIR PATCH LITIGATION

THIS DOCUMENT RELATES TO: MDL Docket No. 07-1842 ML

Alford, No. 1:07-CV-01963 ML
Edgar, No. 1:06-CV-01849 ML
McNair, No. 1:07-CV-01863 ML
Tompkins, No. 1:07-CV-00191 ML
Jones, No. 1:07-CV-01921 ML
Collins, No. 1:07-CV-01912 ML
Swallow, No. 1:07-CV-00426 ML
Hyland, No.1:07-CV-01851 ML
Smith, No. 1:07-CV-01937 ML
Wilkins, No. 1:07-CV-01870 ML

ORDER

This matter is before the Court on Defendants' Objection to the Magistrate Judge's ruling on Defendants' Motion for ex parte contacts with Plaintiffs' treating physicians. As Plaintiffs correctly note, a magistrate judge's determination on a non-dispositive motion should not be overturned unless the ruling is "clearly erroneous or contrary to law." Fed. R. Civ. P. 72(a).

This Court has reviewed Magistrate Judge Almond's Memorandum and Order, Defendants' Objection, and Plaintiffs' Response. This Court concludes that the

Magistrate Judge's ruling is sound and reasonable and in no way "clearly erroneous or contrary to law." Accordingly, Defendants' Objection is DENIED.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
February 25 , 2008