**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO LOIS PATILLO, *et al.*, No. 08-00009** | § § § | **JUDGE LISI** |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

Defendants C.R. Bard, Inc. and Davol Inc. ("Defendants"), through counsel, submit this opposition to Plaintiffs' Motion to Remand ("Motion") this case to the Superior Court of Rhode Island, Providence County. As provided for more fully in their accompanying memorandum of law, Defendants state:

1. It is too soon to determine whether federal law is implicated at this stage of the litigation; therefore, Defendants neither admit nor deny this allegation.

2. Denied. Federal diversity jurisdiction exists because none of the Plaintiffs are from Rhode Island, and Defendants properly removed this action under 28 U.S.C. § 1441(b) (2008) because Davol had not been served.

3. Admitted. Defendant Davol Inc. is a resident of Rhode Island for purposes of determining its citizenship for removal purposes.

4. Defendants do not allege that Davol was fraudulently joined to this action.

5. Admitted. Defendants have been properly served with other complaints and are litigating cases in Rhode Island Superior Court. Defendants are also litigating cases that originated in Rhode Island Superior Court and that were properly removed to this Court.

Defendants further state that this Court has already held that the plain language of 28 U.S.C. § 1441(b) permits removal when, as here, a forum defendant has not been properly joined *and* served. (*See* Pls.' Emergency Mots. to Remand Hr'g Tr. 17:10-14, July 3, 2007.)

For the foregoing reasons, Plaintiffs' Motion to Remand should be denied.

Date: February 25, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
1350 I St., N.W.
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, a true and correct copy of the foregoing was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. I further certify that a true and correct copy of this filing was served upon Plaintiffs' counsel and MDL Plaintiffs' liaison counsel as indicated below:

| | |
|---|---|
| Jeffrey M. Padwa<br>PADWA LAW<br>303 Jefferson Blvd.<br>Warwick, RI 02888<br><br>*(electronic notice)* | Donald Migliori<br>MOTLEY RICE, LLC<br>321 S. Main Street<br>PO Box 6067<br>Providence, RI 02940-6067<br>*(electronic notice)* |

/s/ Kirby T. Griffis