RECEIVED
JAN 2 1 2008
C.R. BARD INC.
LAW DEPT.

**PADWA LAW**

Civil Justice Attorney

Jeffrey M. Padwa

Licensed to Practice in RI & MA

January 10, 2008

**SENT BY CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

C.R. Bard, Inc.
Chief Executive Officer
Timothy M. Ring
730 Central Ave.
Murray Hill, NJ 07974

**RE: Lois Patillo, et als v. Davol, Inc. and C.R. Bard, Inc.**
**Providence County Superior Court, C.A. No. 07-6960**

Dear Mr. Ring:

Enclosed please find the following:

- Copy of Summons,
- Civil Case Coversheet, and
- Copy of Complaint in the above referenced matter.

Very truly yours,

PADWA LAW

Jeffrey M. Padwa

JMP/bfi
Enclosures

303 Jefferson Blvd., Warwick, Rhode Island 02888

Telephone: (401) 921-4800
Fax: (401) 921-4805

Website: www.padwalaw.com
Email: jeffrey@padwalaw.com

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

Lois Patillo, Rhonda Beaver, Larry Campbell, James Clark, Florence Dietterick, Sondra Dworkin, Phillip Fisher Rhoda Forry, Linda Garrett, Anna Hancharik, David Haslam, Eleanor Henry, Rex Hepner, Robin Holtzman, Elizabeth Hosage, Mary Hunter, Laura Juice, Roger Jumper, Sherwood Kepner, Kevin Kestner, Thomas Kleinfelter, Elizabeth Krause, Robert Leaman, Theresa Martin, Tracy McGowan, William Meyers, Elma Migueis, Lester Puterbaugh, Helen Richardson, Jaime Rivera, Josephe Rohm, Ronald Scott, Jessica Stovall, Bernadine Templeton, and Arlene Woodson

Plaintiff

CIVIL ACTION, FILE No. 07-6960

v.

Defendant

**Summons**

C.R. Bard, Inc.

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Jeffrey M. Padwa, Esq. Plaintiff's attorney, whose address is PADWA LAW, 303 Jefferson Blvd., Warwick, RI 02888 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]

CLERK

Dated: 1/10/08

**(Seal of the Superior Court)**

STATE OF RHODE ISLAND
SUPERIOR COURT
CIVIL CASE COVER SHEET

CASE #

THIS FORM MUST BE FILED WITH EACH ORIGINAL DOCUMENT THAT COMENCES A CIVIL PROCEEDING IN THE CLERK'S OFFICE. IF THE CASE IS A DISTRICT COURT APPEAL, THIS FORM MUST BE FILED WITH THE APPEAL IN THE DISTRICT COURT AND WILL BE TRANSFERRED WITH OTHER DOCUMENTS TO THE SUPERIOR COURT.

| | |
|---|---|
| Lois Patillo, et als. | Davol, Inc. and C.R. Bard, Inc. |
| PLAINTIFF ID# | DEFENDANT ID# |

NATURE OF PROCEEDING - CHECK ONE APPLICABLE CASE TYPE UNDER MAIN CATEGORIES LISTED BELOW.

CIVIL ACTION

| | | |
|---|---|---|
| ( ) AA AGENCY APPEAL | ( ) EX EXCESSIVE TAX | ( ) PR PARTITION |
| ( ) AB ASSAULT & BATTERY | ( ) FF FORFEITURE | ( ) RC REINSTATE CHARTER |
| ( ) AE ASBESTOS CASES | ( ) FG FOREIGN JUDGMENT | ( ) PT PROMISSARY NOTE |
| ( ) AI ANTI-TRUST | ( ) FS FRIENDLY SUIT | ( ) RY REAL PROPERTY |
| ( ) BA BOOK ACCOUNT | ( ) ID PER INJURY/PROP DAM/VEH | ( ) SA SEXUAL ABUSE |
| ( ) BP BILL OF RIGHTS-POLICE OFF | ( ) IJ INJUNCTIVE RELIEF | ( ) SF SPECIFIC PERFORMANCE |
| ( ) CH CIVIL RIGHTS/JOB DISCRIM | ( ) IP INTERPLEADER | ( ) SX SEXUAL HARASSMENT |
| ( ) CI CRIMINAL INJURY COMP | ( ) LC LEAD CASE | ( ) TD CONTRACT DAMAGES |
| ( ) CL COMMON LAW ASSIGNMENT | ( ) LS LIBEL/SLANDER | ( ) TE TRESPASS & EJECTMENT |
| ( ) CM COMMON LAW LIEN | ( ) ME MALPRACTICE/LEGAL | ( ) TO TITLE CLEARING |
| ( ) CS CONVERSION | ( ) MM MALPRACTICE/MEDICAL | ( ) TV TRUSTEE/APPT CONVEY TITLE |
| ( ) CV CRIMINAL CONVERSION | ( ) MO MALPRACTICE/OTHER | ( ) TG TRUSTEE/ACCOUNTING |
| ( ) CH CIVIL RIGHTS/JOB DISCRIMIN | ( ) OV OTHER CIVIL ACTION | ( ) UM UNINSURED MOTORIST |
| ( ) DJ DECLARATORY JUDGMENT | ( ) PB PROPERTY DAMAGES | ( ) WM WRIT OF MANDAMUS |
| ( ) DG RECOVERY OF DAMAGES | ( ) PG PROPERTY DAMAGES/VEH | ( ) WR WRIT OF REPLEVIN |
| ( ) DB DEBT ON JUDGMENT | ( ) PI PERSONAL INJURY | ( ) WD WRONGFUL DEATH |
| ( ) DD DECEPTIVE TRADE PRACTICE | ( ) PJ PERSONAL INJURY/VEHICLE | |
| ( ) DN DENIAL OF PROBATE CLAIM | XX PL PRODUCT LIABILITY | |

MISCELLANEOUS PETITION

| | | |
|---|---|---|
| ( ) AC ARBITRATION/CONFIRM | ( ) GJ GRAND JURY INVESTIGATION | ( ) PX PETITION TO EXPUNGE |
| ( ) AD ARBITRATION AWARD | ( ) HC HABEAS CORPUS | ( ) PY PETITION INVENT (WIRE TAP) |
| ( ) AS ASSESSMENT OF DAMAGES | ( ) LN LEVEL COMMUN NOTIFICATION | ( ) RB ARBITRATION REFERRAL |
| ( ) CE CONDEMNATION | ( ) ML MECHANICS LIEN | ( ) RP RULE 5A PETITION |
| ( ) CN CONFIRM COMPROMISE | ( ) MW MATERIAL WITNESS | ( ) RV RECEIVERSHIP |
| ( ) CP CONTEMPT | ( ) OM OTHER MISC PETITION | ( ) SO SEXUAL VIOLENT PREDATOR |
| ( ) DI DISCLAIMER | ( ) OW OUT OF STATE WITNESS | ( ) TA APPOINTMENT OF TRUSTEE |
| ( ) DS DISSOLUTION OF CORP | ( ) PC POST CONVICTION RELIEF | ( ) TC TITLE CLEARING (TAX TITLE) |
| ( ) DT DECLINATION OF TRUSTEE | ( ) PD PETITION TO TAKE DEPO | ( ) TL FORECLOSURE/TAX LIEN |
| ( ) EN END PARTNERSHIP | ( ) PM PETITION FOR IMMUNITY | ( ) TS TRUSTEE SUCCESSOR |
| ( ) FC FORFEITURE OF CHARTER | ( ) PO PETITION FOR CONSTABLE | ( ) VC VACATE ARBITRATION |
| ( ) FL FORECLOSURE RIGHTS REDEM | ( ) PS PERFORM SURGERY | |

PROBATE APPEAL

| | | |
|---|---|---|
| ( ) GD GUARDIANSHIP | ( ) OA OTHER PROBATE APPEAL | ( ) WL WILL |
| ( ) NC NAME CHANGE | ( ) TU TRUST | |

DISTRICT COURT APPEAL

( ) DISTRICT COURT APPEAL

TRIAL XX YES ( ) NO IF YES: x(x) JURY ( ) NON-JURY

ATTORNEY NAME & REGISTRATION# Jeffrey M. Padwa #5130 DATE: 12/21/07
PRO SE/NAME:

(REV05 05)

U.S. POSTAGE
$6.28
FCM LG ENV
02904
Date of sale
01/10/08
02 1P00
02312555
APC
FC0071200103661

9171 1660 5510 3005 0239 75
RETURN RECEIPT REQUESTED

FIRST CLASS MAIL

C.R. Bard, Inc.
Chief Executive Officer
Timothy M. Ring
730 Central Ave.
Murray Hill, NJ 07974

TEAR HERE

FIRST CLASS

**CT** CORPORATION
A WoltersKluwer Company

# Service of Process Transmittal

01/11/2008
CT Log Number 512971136

RECEIVED
JAN 14 2008
C.R. BARD, INC.
LAW DEPT

**TO:** Stephen Long, General Counsel
C. R. Bard, Inc.
730 Central Avenue
New Providence, NJ 07974

**RE:** **Process Served in Rhode Island**

**FOR:** Davol Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Lois Patillo, et al. Pltfs. vs. Davol, Inc. and C.R. Bard, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Civil Case Cover Sheet, Complaint |
| **COURT/AGENCY:** | Superior Court Providence/Bristol, RI<br>Case # 07-6960 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - Re: Composix Kugel Mesh Patch |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/11/2008 at 14:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days - exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | Jeffrey M. Padwa, Esq.<br>Padwa Law<br>303 Jefferson Blvd.<br>Warwick, RI 02888<br>401-921-4800 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 798849999240 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 10 Weybosset Street - 9th Floor<br>Providence, RI 02903 |
| **TELEPHONE:** | 401-861-7400 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.