**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| DIANE ANDREWS<br><br>V.<br><br>C.R. BARD, INC. and<br>DAVOL., INC. | MDL Docket No. 07-1842-ML |

RE: CA 07-010 ML

**SUBSTITUION OF COUNSEL**

Plaintiff hereby moves to substitute counsel and requests that the below listed attorneys be entered as attorney of record for the Plaintiff, Diane Andrews:

1. Albert C. Flanders
   Pollack & Flanders, LLP
   15 Broad Street
   Suite 900
   Boston, MA 02109
   Tel: (617) 259-3000
   Fax: (617) 259-3050
   aflanders@pollackandflanders.com

2. Michael Gallant
   Pollack & Flanders, LLP
   1250 Connecticut Ave
   Suite 200
   Washington, DC 20038
   Tel: (202) 261-6513
   Fax: (202) 261-3508
   mgallant@pollackandflanders.com

Plaintiff further moves to remove counsel listed below as counsel of record:

1. David Macari
   Law Offices of David Macari
   1285 A S. Country Trail
   East Greenwich, RI 02818

DIANE ANDREWS
By Her Attorneys

__________________________________
Albert C. Flanders
Pollack & Flanders, LLP
15 Broad Street
Suite 900
Boston, MA 02109
Tel: (617) 259-3000
Fax: (617) 259-3050

---

**CERTIFICATION**

I hereby certify that on the 22nd day of February 2008, a copy of the foregoing was filed with the Court. Service of the same has been made upon the following via first class mail, postage prepaid to:

Mark T. Nugent
Thomas M. Robinson
Morrison Mahoney, LLP
10 Weybosset Street, Suite 900
Providence, RI 02903-7141

Kirby T. Griffis
Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street N.W.
Washington, DC 20005

__________________________________
Albert C. Flanders