UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: KUGEL MESH HERNIA PATCH LITIGATION
As it relates to all cases.

MDL CASE NO. 07-1842 ML

PRACTICE AND PROCEDURE ORDER NUMBER 7

This matter came before the Court on February 14, 2008 for a status conference. The Court considered items listed on the Amended Meeting Agenda (Docket #363). The Court now makes the following orders:

1. **Smith v. C.R. Bard, Inc.** The Smith case will remain in the group of ten (10) representative ring-break cases set for early neutral evaluation/settlement.

2. **Consolidated Class Action.** Plaintiffs shall file an Amended Consolidated Class Action which removes reference to the Horton v. Davol, Inc., et al matter (CA 07-1945).

3. **Plaintiffs' Steering Committee.** The Court removes Christopher A. Seeger of Seeger Weiss LLP as a member of the Plaintiffs' Steering Committee and adds Stephanie Hatzakos of Milberg Weiss to the Plaintiffs' Steering Committee.

4. **Proposed Agenda Items and Pending Motions List.** In consultation with Lead Defense Counsel, Plaintiffs' Liaison Counsel shall submit to the Court a list of

proposed agenda items and a current list and status of all motions on or before March 3, 2008. The Court will publish the agenda on or before March 6, 2008.

5. **Next Meeting.** The Court will meet with lead counsel and defendants' counsel on March 10, 2008 at 1:00 p.m. in Room 307.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
February 29 , 2008