**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO MARY ALTINE, *et al.*, No. 08-00037 LEAH THOMAS, No. 08-00038** | § § § | **JUDGE LISI** |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO REMAND**

Defendants C.R. Bard, Inc. and Davol Inc. ("Defendants"), through counsel, submit this opposition to Plaintiffs' Motion to Remand ("Motion") this case to the Superior Court of Rhode Island, Providence County. As provided for more fully in their accompanying memorandum of law, Defendants state that federal diversity jurisdiction exists because none of the Plaintiffs are from Rhode Island, and Defendants properly removed this action under 28 U.S.C. § 1441(b) (2008) because Davol had not been served. This Court has already held that the plain language of 28 U.S.C. § 1441(b) permits removal when, as here, a forum defendant has not been properly joined *and* served. (*See* Pls.' Emergency Mots. to Remand Hr'g Tr. 17:10-14, July 3, 2007.)

For the foregoing reasons, Plaintiffs' Motion to Remand should be denied.

Date: March 3, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
1350 I St., N.W.
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2008, a true and correct copy of the foregoing was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. I further certify that a true and correct copy of this filing was served upon Plaintiffs' counsel and MDL Plaintiffs' liaison counsel as indicated below:

David Morowitz
THE LAW OFFICE OF DAVID MOROWITZ, LTD.
155 South Main Street
Providence, RI 02903
*(electronic notice)*

Anthony E. Pletcher
WATTS LAW FIRM LLP
555 North Carancahua
Tower II, 14th Floor
Corpus Christi, TX 78478
*(electronic notice)*

Donald Migliori
MOTLEY RICE, LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(electronic notice)*

/s/ Kirby T. Griffis