**CT CORPORATION**
A WoltersKluwer Company

# Service of Process Transmittal

01/28/2008
CT Log Number 513022624

RECEIVED
JAN 3 0 2008
C.R. BARD, INC.
LAW DEPT

**TO:** Stephen Long, General Counsel
C. R. Bard, Inc.
730 Central Avenue
New Providence, NJ 07974

**RE:** **Process Served in Rhode Island**

**FOR:** Davol Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mary and Paul Altine, Pltfs. vs. Davol, Inc. and C.R. Bard, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Civil Cover Sheet, Complaint |
| **COURT/AGENCY:** | Superior Court Providence/Bristol, RI<br>Case # 08-0363 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - Re: Composix Kugel Mesh Patch inserted on 7/7/03 resulting in personal injuries |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/28/2008 at 15:45 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days - exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | David Morowitz, Esq.<br>The Law Office of David Morowitz, Ltd.<br>155 South Main Street<br>Providence, RI 02903<br>401-274-5556 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 790434528460 |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>10 Weybosset Street - 9th Floor<br>Providence, RI 02903 |
| **TELEPHONE:** | 401-861-7400 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

X *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. 08-0363

Altine, Mary and Paul
**Plaintiff**

Davol, Inc. and C.R. Bard, Inc.
**Defendant**

## *Summons*

TO BE SERVED UPON:

CT Corporation System
10 Weybosset Street
Providence, RI 02903

*To the above-named Defendant:* Davol, Inc.

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon David Morowitz, Esq. Plaintiff's attorney, whose address is 155 South Main Street, Ste. 304 Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

A true copy attest

#6070

Date / /

Dated: 1/28/08

**(Seal of the Superior Court)**

FROM: Joanne Casale (401)861-7400
Rhode Island CT Reps
10 Weybosset Street - 9th Floor

Providence, RI 02903

TO: **Stephen Long (908)277-8267**
**C. R. Bard, Inc.**
**730 Central Avenue**

**New Providence, NJ 07974**

Ref: SOP/0621800/513022579/Joanne Casale

DELIVERY ADDRESS (FedEx-EDR)

FedEx Revenue Barcode

CAD#: 8263189
SHIP DATE: 28JAN08
WEIGHT: 1 LB

** 2DAY **

**WED**
**A1**
Deliver by:
**30JAN08**

**TRK # 7904 3452 8460** FORM 0201

**EWR**

**07974** -NJ-US

# SB KBCA

CLS120707

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
01/28/2008
CT Log Number 513022579

RECEIVED
JAN 30 2008
C.R. BARD, INC.
LAW DEPT

**TO:** Stephen Long, General Counsel
C. R. Bard, Inc.
730 Central Avenue
New Providence, NJ 07974

**RE:** **Process Served in Rhode Island**

**FOR:** Davol Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Leah Thomas, Pltf. vs. Davol, Inc. and C.R. Bard, Inc., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Civil Cover Sheet, Complaint |
| **COURT/AGENCY:** | Superior Court Providence/Bristol, RI<br>Case # 08-0364 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - Re: Composix Kugel Mesh Patch inserted on 11/23/04 resulting in personal injuries |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Providence, RI |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/28/2008 at 15:45 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 Days - exclusive of day of service |
| **ATTORNEY(S) / SENDER(S):** | David Morowitz, Esq.<br>The Law Office of David Morowitz, Ltd.<br>155 South Main Street<br>Providence, RI 02903<br>401-274-5556 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 790434528460 |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 10 Weybosset Street - 9th Floor<br>Providence, RI 02903 |
| **TELEPHONE:** | 401-861-7400 |

Page 1 of 1 / JC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

X *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. 08-0364

Thomas, Leah
**Plaintiff**

Davol, Inc. and C.R. Bard, Inc.
**Defendant**

## *Summons*

TO BE SERVED UPON:

CT Corporation System
10 Weybosset Street
Providence, RI 02903

*To the above-named Defendant:* Davol, Inc.

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon David Morowitz, Esq. Plaintiff's attorney, whose address is 155 South Main Street, Ste. 304 Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]

A true copy attest
[signature] #6070
Date 1/28/08

Dated: 1/28/08

**(Seal of the Superior Court)**

FROM: Joanne Casale (401)861-7400
Rhode Island CT Reps
10 Weybosset Street - 9th Floor

Providence, RI 02903

FedEx Revenue Barcode

TO: **Stephen Long (908)277-8267**
**C. R. Bard, Inc.**
**730 Central Avenue**

**New Providence, NJ 07974**

CAD#: 8283189
SHIP DATE: 28JAN08
WEIGHT: 1 LB

Ref: SOP/0621800/513022579/Joanne Casale

DELIVERY ADDRESS (FedEx-EDR)

** 2DAY **

**WED**
**A1**
Deliver by:
**30JAN08**

**TRK # 7904 3452 8460**

FORM
0201

**EWR**

**07974** -NJ-US

# SB KBCA

CLS120707