STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

RECEIVED JAN 30 2008 C.R. BARD, INC. LAW DEPT

# SUPERIOR COURT

X *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. 08-0363

Altine, Mary and Paul
**Plaintiff**

Davol, Inc. and C.R. Bard, Inc.
**Defendant**

## *Summons*

TO BE SERVED UPON:

C.R. Bard, Inc.
c/o Judith Reinsdof
730 Central Avenue
Murray Hill, NJ 07974

*To the above-named Defendant:*

C.R. Bard, Inc.

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon David Morowitz, Esq. Plaintiff's attorney, whose address is 155 South Main Street, Ste. 304 Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: 1/28/08

**(Seal of the Superior Court)**

CERTIFIED MAIL

7001 0320 0001 6249 8607

First Class Mail

JAN 28

The Law Office of
David Morowitz, Ltd.
The Packet Building
155 South Main Street, Suite 304
Providence, RI 02903

TO:

C.R. Bard, Inc.
c/o Judith Reinsdof
730 Central Avenue
Murray Hill, NJ 07974

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

RECEIVED
JAN 30 2008
C.R. BARD, INC.
LAW DEPT

# SUPERIOR COURT

X ***Providence County***
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ ***Kent County***
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ ***Newport County***
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ ***Washington County***
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. 08-0364

Thomas, Leah

**Plaintiff**

Davol, Inc. and C.R. Bard, Inc.

**Defendant**

## *Summons*

TO BE SERVED UPON:

C.R. Bard, Inc.
c/o Judith Reinsdof
730 Central Avenue
Murray Hill, NJ 07974

*To the above-named Defendant:* C.R. Bard, Inc.

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon David Morowitz, Esq. Plaintiff's attorney, whose address is 155 South Main Street, Ste. 304 Providence, RI 02903 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature]

CLERK

Dated: 1/28/08

(Seal of the Superior Court)

CERTIFIED MAIL

7006 2150 0002 4492 3678

JAN 3 0 2008

First Class Mail

The Law Office of
David Morowitz, Ltd.
The Packet Building
155 South Main Street, Suite 304
Providence, RI 02903

TO:

C.R. Bard, Inc.
c/o Judith Reinsdof
730 Central Avenue
Murray Hill, NJ 07974