**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Meeting Agenda
March 10, 2008 at 1:00 p.m.
Room 307

1. Resolution of duplicative lawsuits filed in State and Federal court on behalf of the same Plaintiffs

2. Status update on discovery matters

3. Amendments to the case management order:
   a. status of briefing issues on settlement notification and approval process
   b. advise Court of resolution of liaison counsel notification issue

4. Exclusion of Mathein matter from master class action complaint

5. Pending motions update

6. Motions set for hearing
   a. Plaintiffs' motion for entry of a preservation order (Judge Lisi)
   b. Plaintiffs' motion to compel (Magistrate Judge Almond)
   c. Defendants' motion for a protective order (Magistrate Judge Almond)
   d. Plaintiffs' motion to remand in Patillo (Judge Lisi)

7. Schedule next meeting of the Court, Plaintiffs' liaison counsel, and Defendants' counsel April 8, 2008 at 1:00 or April 10, 2008 at 1:00.