**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION
MULTIDISTRICT LITIGATION (MDL 1842)

Altine, et al. v. Davol, Inc, et al.
Thomas, et al. v. Davol, Inc., et al.

~~MDL DOCKET~~ NO. 07-1842-ML
C.A. No. 08-37-ML
~~C.A. No. 08-38-ML~~

**ALTINE AND THOMAS PLAINTIFFS' MOTION TO REMAND DUE TO IMPROPER REMOVAL FROM STATE COURT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiffs, Mary Altine and Paul Altine in C.A. No. 08-37-ML and Leah Thomas in C.A. 08-38-ML, file their motion to remand these two case to Rhode Island Superior Court from which Defendants improperly removed them. Plaintiffs' counsel have joined these two motions pursuant to Practice and Procedure Order No. 1 ¶ 9.

Denied. Mary M. Lisi USDJ 3/4/08

1. On January 18, 2008, Plaintiffs filed their original complaints against Defendants Davol and Bard. *See* Notices of Removal ¶ 1 and Complaint attached thereto.

2. The Complaints averred that Davol's principal place of business was in Rhode Island. Complaint ¶ 1.2.

3. Just seven days later on January 25, 2008, before either Defendant was served with suit, both Davol and Bard filed Notices of Removal. Notices of Removal ¶¶ 2, 3. The Notices conceded Davol's principal place of business in Rhode Island. Notices of Removal ¶ 10. The Civil Cover Sheets specifically indicate that Davol has Rhode Island citizenship.

4. Plaintiffs seek remand to Rhode Island state court on the basis that removal is improper under 28 U.S.C. § 1441(b) where, as here, one of the removing

defendants is a Rhode Island citizen and, also, no defendant had been served prior to removal.

5. For these reasons, Plaintiffs request that the Court grant this motion, remand these case back to the Superior Court of Rhode Island, and grant Plaintiffs all other proper relief.

Submitted by:

David Morowitz, Esq. #3892
**THE LAW OFFICE OF DAVID MOROWITZ, LTD.**
155 South Main St.
Providence, RI 02903
(401) 274-5556 [telephone]
(401) 273-8543 [facsimile]

Mikal C. Watts
TX SBN: 20981820
Anthony E. Pletcher
TX SBN: 16069800
Robert J. Patterson
TX SBN: 15604500
Austin W. Anderson
TX SBN: 24045189
**WATTS LAW FIRM LLP**
555 North Carancahua
Tower II, 14th Floor
Corpus Christi, Texas 78478
(361) 887-0500 [telephone]
(361) 887-0055 [facsimile]

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25 2008, a copy of the foregoing Plaintiff's Motion to Remand has been made upon the following in the manner listed below:

**By hand delivery and e-mail to:**

Mark T. Nugent, #2637
Thomas Robinson #6193
**MORRISON MAHONEY, LLP**
121 South Main Street, Suite 600
Providence, RI 02903
(401) 331-4660 [telephone]
(401) 351-4420 [facsimile]

**By e-mail delivery only to:**

Kirby T. Griffis
Dana Alan Gausepohl
Michael L. Junk
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, NW, 9th Floor
Washington, DC 20005
(202) 898-5800 [telephone]
(202) 862-1639 [facsimile]

**ATTORNEYS FOR DEFENDANTS DAVOL INC. AND C.R. BARD, INC.,**

**David Morowitz, Esquire**