**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

## SCHEDULE CTO-15 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| ALABAMA NORTHERN | | | | |
| ALN | 5 | 08-98 | Carol Whelchel v. Davol, Inc., et al. | CA 08-2361 |
| ALABAMA SOUTHERN | | | | |
| ALS | 1 | 08-32 | Evelyn Carolyn Kirby v. Davol, Inc., et al. | CA 08-2362 |
| CALIFORNIA EASTERN | | | | |
| CAE | 2 | 08-126 | Jae Phoenix v. Davol, Inc., et al. | CA 08-2363 |
| FLORIDA MIDDLE | | | | |
| FLM | 8 | 08-180 | Gerard Destin v. Davol, Inc., et al. | CA 08-2364 |
| FLM | 8 | 08-222 | Jason M. Cohn v. Davol, Inc., et al. | CA 08-2365 |
| ILLINOIS SOUTHERN | | | | |
| ILS | 3 | 07-703 | Jerrie O'Dell v. C.R. Bard, Inc., et al. | CA 08-2366 |
| LOUISIANA EASTERN | | | | |
| LAE | 2 | 08-752 | Earl Ivey v. Davol, Inc., et al. | CA 08-2367 |
| MINNESOTA | | | | |
| MN | 0 | 08-192 | Brenda Stubstad v. Davol, Inc., et al. | CA 08-2368 |
| MN | 0 | 08-309 | Kristina Ouverson v. Davol, Inc., et al. | CA 08-2369 |
| OHIO NORTHERN | | | | |
| OHN | 1 | 08-143 | Scott Beal v. Davol, Inc., et al. | CA 08-2370 |
| PENNSYLVANIA EASTERN | | | | |
| PAE | 5 | 08-560 | Jacqueline White v. Davol, Inc., et al. | CA 08-2371 |
| TENNESSEE EASTERN | | | | |
| TNE | 1 | 07-229 | Grace Murrey, et al. v. C.R. Bard, Inc., et al. | CA 08-2372 |
| TEXAS SOUTHERN | | | | |
| TXS | 4 | 08-317 | Jessie Ann Gifford v. Davol, Inc., et al. | CA 08-2373 |
| WEST VIRGINIA SOUTHERN | | | | |
| WVS | 2 | 08-59 | Frances Landers, et al. v. Davol, Inc., et al. | CA 08-2374 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-15)**

David Willis Alexander
WILLIAMS KHERKHER HART BOUNDAS LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Ronald A. Apelt
APELT & HRENKO
23220 Chagrin Boulevard
Suite 300
Beachwood, OH 44122

Larry W. Blalock
JACKSON KELLY PLLC
P.O. Box 871
Wheeling, WV 26003

J. Brent Burney
BURNEY & BURNEY
107 Grant Street SE
P.O. Box 1474
Decatur, AL 35602

Andrew L. Colocotronis
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
900 South Gay Street
2200 Riverview Tower
P.O. Box 1792
Knoxville, TN 37902

Timothy M. Connelly
ECKLAND & BLANDO LLP
10 South 5th Street
Suite 500
Minneapolis, MN 55402

Kennan George Dandar
DANDAR & DANDAR PA
550 North Reo Street
Suite 106
P.O. Box 24597
Tampa, FL 33623-4597

George A. Daugherty
DAUGHERTY LAW OFFICES
22 Reynolds Avenue
Elkview, WV 25071

Albert F. Good
P.O. Box 2106
Charleston, WV 25328-2106

Barbara K. Gotthelf
MCCARTER & ENGLISH L LP
1735 Market Street
Suite 700
Philadelphia, PA 19103-7397

Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Suite 900
Washington, DC 20005

Gary D. Hermann
HERMANN CAHN & SCHNEIDER
1301 East Ninth Street
Suite 500
Cleveland, OH 44114

David M. Hicks
DAVID M HICKS & ASSOCIATES
7720 Stonebridge Golf Drive
Maryville, IL 62062

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Deanne R. Jockish
BAKER STERCHI COWDEN & RICE LLC
1010 Market Street
Suite 950
St. Louis, MO 63101

**MDL No. 1842 - Involved Counsel List (CTO-15) (Continued)**

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

John M. Kvartek
CLARK PARTINGTON HART LARRY BOND & STACKHOUSE
125 West Romano Street
Suite 800
P.O. Box 13010
Pensacola, FL 32591-3010

Chris M. Limberopoulos
LIMBEROPOULOS LAW FIRM PA
400 North Ashley Drive
Suite 2150
Tampa, FL 33602

Jennifer M. Mankins
JACKSON KELLY PLLC
P.O. Box 553
Charleston, WV 25322-0553

Steven A. Martino
TAYLOR-MARTINO
P. O. Box 894
Mobile, AL 36601-0894

Crawford S. McGivaren, Jr.
CABANISS JOHNSTON GARDNER DUMAS & O'NEAL
700 Park Place Tower
2001 Park Place North
P.O. Box 830612
Birmingham, AL 35283-0612

John D. McMahan
MCMAHAN LAW FIRM
323 High Street
Chattanooga, TN 37403

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Michael F. Ram
LEVY RAM & OLSON LLP
639 Front Street
4th Floor
San Francisco, CA 94111

Gregory Schell
GREGORY L SCHELL LLC
230 South Broad Street
Suite 1050
Philadelphia, PA 19102

John D. Sileo
320 N. Carrollton Avenue
Suite 200
New Orleans, LA 70119

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED JUDGES LIST (CTO-15)**

Hon. C. Lynwood Smith, Jr.
U.S. District Judge
207 U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Hon. William Brevard Hand
Senior U.S. District Judge
John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Frank C. Damrell, Jr.
U.S. District Judge
Robert T. Matsui U.S. Courthouse
15th Floor, 501 I Street
Sacramento, CA 95814-7300

Hon. Susan C. Bucklew
U.S. District Judge
1430 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

Hon. Elizabeth A. Kovachevich
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue, 17th Floor
Tampa, FL 33602

Hon. G. Patrick Murphy
U.S. District Judge
255 Melvin Price Federal Building & U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Ivan L. Lemelle
U.S. District Judge
C-525 U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Hon. Patrick J. Schiltz
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Hon. James Knoll Gardner
U.S. District Judge
United States District Court & Federal Building
504 W. Hamilton Street
Suite 4701
Allentown, PA 18101

Hon. Harry S. Mattice
U.S. District Judge
104 Joel W. Solomon Federal Building & United State Courthouse
900 Georgia Avenue
Chattanooga, TN 37402

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Joseph R. Goodwin
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED CLERKS LIST (CTO-15)**

Perry D. Mathis, Clerk
U.S. Post Office & Courthouse
101 Holmes Avenue, N.E.
Huntsville, AL 35801

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Patricia L. McNutt, Clerk
U.S. District Court
P.O. Box 591
Chattanooga, TN 37401-0591

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546