**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO *Smith v. C.R. Bard, Inc. et al.*, No. 1:07-cv-1937** | § § § | **JUDGE LISI** |

**ASSENTED TO MOTION TO SUBSTITUTE PARTIES**

Pursuant to Fed. R. Civ. P. 25(a)(1), Plaintiff by counsel, hereby moves to substitute Darlene "Dolly" Percy as the Expected Administrator of the Estate of Hadley Smith. Defendants assent to this motion.

Dated: March 5, 2008

For Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 Fax

For Defendants:

/s/ Kirby T. Griffis
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005
202-898-5800
202-682-1639 Fax

So Ordered :

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge

March 6, 2008