**GROUP EXHIBIT C**

Filed Under Seal Pursuant To Protective And Confidentiality Order Dated December 6, 2007.