# GROUP EXHIBIT D

Filed Under Seal Pursuant To Protective And Confidentiality Order Dated December 6, 2007.