**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO:** *Mathein v. Davol, et al*., C.A. 07-1848 | § § § § | **Judge Mary M. Lisi** |

**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING COUNT II OF PLAINTIFF'S AMENDED COMPLAINT WITHOUT PREJUDICE**

1. WHEREAS, on January 15, 2008, Plaintiff, James Daniel Mathein ("Plaintiff"), filed his Amended Complaint (the "Complaint") in the above-captioned litigation in the United States District Court for the District of Rhode Island.

2. WHEREAS, Plaintiff's Complaint alleges, *inter alia*, in the second cause of action, a products liability class action claim on behalf of "[a]ll residents of the United States, its Territories and Commonwealths, and the District of Columbia who had one or more of the [] Bard Composix Kugel patches surgically implanted."

3. WHEREAS, the parties' attorneys have had discussions regarding Plaintiff's class action cause of action. The parties agree to the voluntary dismissal of Plaintiff's class action claims without prejudice. The parties further agree that all Plaintiff's other claims will remain pending.

4. WHEREAS, all individuals who are potentially members of the Plaintiff's putative class are also covered by similar claims contained in other class actions currently pending in this multi-district litigation, and therefore, pursuant to Federal Rule of Civil Procedure 23(e), notice of this voluntary dismissal is not necessary because the absent

class members will not be bound by the voluntary dismissal of Plaintiff's class action claim.

IT IS HEREBY STIPULATED by and between the parties, through their designated counsel, that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff hereby voluntarily dismisses the second cause of action to his Complaint without prejudice and with each party bearing his, her or its own costs, attorneys' fees and expenses.

IT IS SO STIPULATED.
On Behalf of Plaintiff James Daniel Mathein:

Dated: March 7, 2008

MOTLEY RICE LLC

By: __/s/_Donald A. Migliori___
Attorney for Plaintiff

On Behalf of Lead Counsel For Defendants:

Dated: March 7, 2008

SPRIGGS & HOLLINGSWORTH

By: _/s/_Kirby T. Griffis_______
Attorney for Defendants

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO:** *Mathein v. Davol, et al*., C.A. 07-1848 | § § § § | **Judge Mary M. Lisi** |

**[PROPOSED] ORDER VOLUNTARILY DISMISSING COUNT II OF AMENDED COMPLAINT WITHOUT PREJUDICE**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1) and Rule 23(e), the second cause of action to Plaintiff's Amended Complaint, seeking relief on behalf of a class of similarly situated individuals, is hereby dismissed without prejudice and with each party bearing his, her or its own costs, attorneys' fees and expenses;

2. This voluntary dismissal shall have no effect on any other claim or allegation contained in Plaintiff's Amended Complaint. Those claims shall remain pending.

This ____ day of March, 2008.

_________________________________
MARY M. LISI
CHIEF UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: March 6, 2008

By: /s/ Donald A. Migliori

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX