**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § | |
| | § | **JUDGE LISI** |
| | § § | |

**<u>JOINT STIPULATIONS REGARDING DEADLINES</u>**

On January 30, 2008, Plaintiffs filed their ***Motion for the Entry of an Order Detailing the Form and Format of Documents to be Produced by Defendants***. On February 21, 2008, Defendants filed their Response to Plaintiffs' Motion. Since that time, the parties have been engaged in thorough and thoughtful discussions regarding the items requested in Plaintiffs' Motion and agreement and compromise has been reached on virtually all issues. In light of this dialogue, and the April 13, 2008 due date for Plaintiffs' Reply, the parties have consented to a 14 day extension of Plaintiffs' Reply deadline.

The parties further stipulate that Defendants' written responses to the Master Discovery Requests will be due on April 4, 2008.

Respectfully submitted for the Court's approval, this the 11th of March, 2008.

On behalf of Co-Lead Counsel For Plaintiffs,

By: s/ Donald A. Migliori___________

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

*MDL 1842 Plaintiffs' Liaison Counsel*

On behalf of Lead Counsel For Defendants,

By: s/ Kirby Griffis

Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I St. NW
Washington, DC 20005
202-898-5800
202-682-1639 (fax)

*MDL 1842 Defendants' Counsel*

Entered: ______________________________________________

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: March 6, 2008

By: /s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX