**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| | § | **JUDGE LISI** |
| **THIS DOCUMENT RELATES TO: FRANCES LANDERS and KENNETH D. LANDERS, No. 1:08-cv-02374** | § § § | |

**ORDER OF VOLUNTARY DISMISSAL**

The plaintiffs, by counsel, hereby voluntarily dismiss all claims against Herbert J. Thomas Memorial Hospital Association with prejudice. There being no objection, the Court therefore ORDERS that this action be dismissed as to Herbert J. Thomas Memorial Hospital Association, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This action shall remain on the docket of the Court with respect to the remaining defendants.

The Clerk is directed to forward certified copies of this Order to all counsel of record upon entry.

Entered this _____ day of ________________, 2008.

________________________________
Honorable Mary M. Lisi

Thomas J. Hurney, Jr. (WVSB #1833)
Jennifer M. Mankins (WVSB #9959)
JACKSON KELLY PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, West Virginia 25322
*Counsel for Thomas Memorial Hospital*

George A. Daugherty, Esquire (WVSB #943)
PO Box 490
Dunbar, WV 25064
304-766-7701
*Counsel for Plaintiff*

Larry W. Blalock (WVSB #366)
JACKSON KELLY PLLC
1144 Market Street
Wheeling, West Virginia 26003
*Counsel for Davol Inc., a subsidiary of C.R. Bard, Inc.*