**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § | |
| | § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § | |
| | § | **JUDGE LISI** |
| | § | |

**MOTION TO AMEND CASE MANAGEMENT ORDER TO**
**INCLUDE SETTLEMENT NOTIFICATION**

Plaintiffs hereby respectfully move to amend the current Amended Case Management Order to require that Defendants notify the Plaintiffs Steering Committee ("PSC"), through Liaison Counsel, in the event of any and all settlement discussions with any party with any claims pending in MDL 1842, pending in any other federal court and awaiting transfer to MDL 1842 pursuant to 28 USC 1407, pending in a state court, or any claim involving a product within the scope of MDL 1842 irrespective of whether such claim has been filed. Plaintiffs also seek notification of the PSC, through Liaison Counsel, of any proposed settlements of these cases or claims. *See Exhibit A, section IX*.

It is necessary for such notification to occur because, given the number of claims in MDL 1842, and the potentially limited resources available, there is a risk that a limited fund could be created. Adequate notification will allow Plaintiffs the opportunity to determine whether there is a potential for lack of sufficient funds to resolve the claims at issue, whether a limited fund settlement is required, and whether further briefing on the issue of a limited fund is necessary, which is something that would necessarily involve the Court.

Additionally, at some point, this Court may be asked to give proper consideration of what would be appropriate for the fair and equitable sharing among plaintiffs of the costs of services performed and expenses incurred by attorneys acting for the common benefit of all plaintiffs in this MDL.[1] The Plaintiffs' Steering Committee and its designees have and will expend tremendous resources, including time and money, for the common benefit of all plaintiffs.

[1] Please see *Exhibit B* (Section 9.2, Settlement Agreement, *In re: VIOXX Products Liability Litigation*, MDL No. 1657), *Exhibit C* (Pretrial Order No. 4, *In re: Human Tissue Products Liability* Litigation, MDL No. 1763) and *Exhibit D* (Pretrial Order No. 6, *In re: Guidant Defibrillators Products Liability* Litigation, MDL No. 05-1708) for examples of how other MDL courts have handled such common benefit expenses and funds.

Finally, under Practice and Procedure Order Number 2, paragraph 4, Co-Lead Plaintiffs' Counsel is responsible for the following, among other things:

l. Negotiating and entering into stipulations with defendants regarding this litigation;

m. Exploring, developing, and pursuing all settlement options pertaining to any claim or portion thereof of any case filed in this litigation;

r. Maintaining financial records and accounts of receipts and disbursements for liability expenses;

t. Maintaining expense reports and ultimately accounting for all receipts and payments to all plaintiffs' attorneys and the Court;

For these reasons, and because of the authority given to Lead Counsel by this Court, Plaintiffs should be provided with adequate notice of any settlement discussions that purport to resolve any claims pending in MDL 1842, pending in any other federal court and awaiting transfer to MDL 1842, pending in a state court, or any claim involving a product within the scope of MDL 1842 irrespective of whether such claim has been filed.

Therefore, Plaintiffs respectfully request the Court adopt the Second Amended Case Management Order as set forth in the attached *Exhibit A*.

Respectfully submitted,

/s/ Donald A. Migliori
Donald A. Migliori (RI Bar #4936)
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
401-457-7700
401-457-7708 FAX

*MDL 1842 Plaintiffs' Liaison and Co-Lead Counsel*

**CERTIFICATION**

I hereby certify that on this 14th day of March, 2008, that a true copy of the foregoing has been filed electronically and that it is available for viewing and downloading from the ECF system. I also certify that a true copy of this document was also mailed or electronically mailed to the following:

**Ernest Cory** ecory@cwcd.com

**Kirby T. Griffis** kgriffis@spriggs.com

**Mark T. Nugent** mnugent@morrisonmahoney.com

**Thomas M. Robinson** trobinson@morrisonmahoney.com

**Teresa C Toriseva** tct@wtwlaw.us

**Samuel J. Abate, Jr**
Pepper Hamilton LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405

**Andrew L. Colocotronis**
Baker, Donelson, Bearman, Caldwell & Berkowitz
900 South Gay Street
2200 Riverview Tower
Knoxville, TN 37902

**Kathleen Ann DeLaney**
Delaney & Delaney LLC
3640 North Washington Blvd.
Indianapolis, IN 46205

**John A. Fagg, Jr**
Moore & Van Allen
100 N. Tryon Street
Suite 4700
Charlotte, NC 28202-4003

**Gary D. Hermann**
Hermann, Cahn & Schneider
Suite 500
1301 East Ninth Street
Cleveland, OH 44114

**James B. Irwin**
Irwin Fritchie
400 Poydras Street
Suite 2700
New Orleans, LA 70130

**D. Mitchell McFarland**
Harrison Bettis Staff McFarland & Weems
500 Dallas Street
Suite 2600
Houston, TX 77002

**Michelle R. Schwarz**
Mandelbaum & Schwarz
2012 Hamilton Lane
Suite 303
Las Vegas, NV 89106

**Lesley Stine**
Saieva, Rousselle & Stine
601 W. Swann Ave., Suite B
Tampa, FL 33606

**Kara T. Stubbs**
Baker Sterchi Cowden & Rice
2400 Pershing Road
Suite 500
Kansas City, MO 64108

**Kevin K. Trout**
Heron Sweet Fox & Trout
2601 NW Expressway
Suite 707 W
Oklahoma City, OK 73112

**Danene J. Tushar**
Fraser Stryker Law Firm
409 South 17th Street
Suite 500 Energy Plaza
Omaha, NE 68102

**David Bowman White**
Gallivan White and Boyd
PO Box 1505
Greenville, SC 29603

**Dennie M. Zankel**
Baker and Sterchi
1010 Market Street
Suite 950
St. Louis, MO 63101

/s/ Donald A. Migliori
Donald A. Migliori
RI Bar#4936
Motley Rice LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940
Telephone: 401-457-7700
Fax: 401-457-7708