**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § | **JUDGE LISI** |
| | § | |

**DEFENDANTS' MOTION TO COMPEL THE PRODUCTION OF TAX RECORDS AUTHORIZATIONS AS A PART OF THE PLAINTIFF FACT SHEET PRODUCTION**

Pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iv), Defendants, Davol Inc. and C.R. Bard, Inc. (collectively "Defendants"), hereby submits this Motion to Compel the Production of Tax Records Authorizations as a Part of the Plaintiff Fact Sheet Production. Defendants seek the production of the tax records authorizations to which Plaintiffs have already agreed, and which has been codified in the Court's December 6, 2007 Case Management Order. For the reasons set forth more fully in the accompanying memorandum of law, this Court should order Plaintiffs to produce these tax records authorizations.

Dated: March 19, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
1350 I St., N.W.
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008, the foregoing MOTION IN OPPOSITION TO PLAINTIFFS' MOTION FOR SEAL AND REQUEST FOR LEAVE TO FILE UNSEALED DOCUMENTS VIA ECA was electronically filed with the Clerk of Court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon Plaintiffs' Liaison Counsel and counsel of record for plaintiff in the manner indicated below:

Donald Migliori
MOTLEY RICE, LLC.
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(electronic notice)*

/s/ Kirby T. Griffis