**From:** Jon C. Conlin [jconlin@cwcd.com]
**Sent:** Monday, March 17, 2008 6:08 PM
**To:** Thomas, David
**Cc:** Don Migliori; Griffis, Kirby T.; Leah Donaldson
**Subject:** PFS Tax Authorization

David-

It was good speaking with you now about these tax authorizations and some of the deficiencies associated with the Kugel PFS. As we discussed, plaintiffs' position is that the authorizations are not relevant and should not be produced when there is no past, present, or future lost wage/income/economic claim being made by that individual Plaintiff. In any other circumstance where an economic or earnings claim is being made…the authorization is relevant and should be produced. I understand your arguments for why you want these authorizations in every case, but I do not agree and am not persuaded they are significantly valid reasons to compel the production of the same. Let us know after you have discussed the issue further with your team. If we need to ask for the Court's guidance on this limited issue, we could do so at the next hearing. Should you need anything further on this or any other matter in this litigation, please do not hesitate to contact me. -JC

Jon Collins Conlin
Cory, Watson, Crowder, & DeGaris
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200
1-800-852-6299 Toll-Free
E-Mail: jconlin@cwcd.com
Website: www.cwcd.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any review, transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from your computer.

> IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.