UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION | § § § | MDL Docket No. 07-1842-ML |
| THIS DOCUMENT RELATES TO ALL ACTIONS | § § § | JUDGE LISI |

AFFIDAVIT OF ROBIN DRAGO

I, Robin Drago, being of sound mind and over the age of eighteen years, do hereby swear and affirm:

A. I am presently employed at Davol, Inc. ("Davol"), as Vice President of Regulatory and Clinical Affairs.

B. The Composix Kugel Patch is a medical device manufactured, marketed and sold by Davol. Davol faces strong competition from manufacturers and developers of other ventral hernia repair devices. Davol's corporate policy is to keep certain types of documents confidential to protect its intellectual property rights, trade secrets, and other confidential business information. The documents plaintiffs' seek to file unsealed contain confidential business information. These documents include:

1. correspondence to and from Food and Drug Administration ("FDA") personnel related to an Establishment Inspection Report and any corrective and preventative action plans;

2. internal correspondence and communications related to an FDA inspection.

C. Davol maintains these documents as confidential and does not publicly disseminate them. Various methods are used to keep these documents confidential, including, but not limited to, substantial security measures.

D. The types of documents described above contain highly sensitive, competitive information, as well as certain other information of a confidential nature that Davol keeps confidential. Dissemination of this type of information outside this litigation would reveal Davol's strategies related to its remedial action plans; details regarding Davol's correspondence and interaction with FDA personnel prior to, during, and after an FDA inspection of Davol's manufacturing facilities; and Davol's internal discussions regarding how it handles product recalls and remedial action plans. Davol's expertise in these areas and its methods, strategies and processes used to take corrective action are a critical part of its competitive advantage developed over many years. If these confidential methods, strategies, and processes become known to its competitors, Davol would suffer significant competitive and commercial harm. Public dissemination of these documents could also reveal private information regarding FDA

investigations, and could chill free and open discussion regarding Davol's products and manufacturing process.

E. In my experience and to my knowledge, communications to and from the FDA are also considered to be confidential by the FDA and, if obtained by FOIA, are redacted by FDA to protect the interests described above.

Robin Drago

Cranston, RI

Subscribed and sworn to before me this 14th day of March, 2008.

Notary Public

My Commission Expires: 8/15/10