UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § | **JUDGE LISI** |
| | § | |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER REGARDING DOCUMENTS ATTACHED TO PLAINTIFFS' MOTION TO COMPEL**

Defendant, Davol Inc. ("Davol"), pursuant to Fed. R. Civ. P. 26(c)(7), hereby submits this Motion for Protective Order Regarding Documents Attached to Plaintiffs' Motion to Compel Deposition of Daniel LaFever, and for the reasons set forth in the accompanying Memorandum of Law ask that the Motion be granted and plaintiffs' request to file the documents publicly be denied.

Dated: March 24, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
1350 I St., N.W.
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2008, the foregoing MOTION FOR PROTECTIVE ORDER REGARDING DOCUMENTS ATTACHED TO PLAINTIFFS' MOTION TO COMPEL was electronically filed with the Clerk of Court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon Plaintiffs' Liaison Counsel and counsel of record for plaintiff in the manner indicated below:

Donald Migliori
MOTLEY RICE, LLC.
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(electronic notice)*

/s/ Kirby T. Griffis