**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § | |
| | § | **JUDGE LISI** |
| | § § | |

**JOINT STIPULATIONS REGARDING DEADLINES**

On January 30, 2008, Plaintiffs filed their ***Motion for the Entry of an Order Detailing the Form and Format of Documents to be Produced by Defendants***. On February 21, 2008, Defendants filed their Response to Plaintiffs' Motion. Since that time, the parties have been engaged in thorough and thoughtful discussions regarding the items requested in Plaintiffs' Motion and agreement and compromise has been reached on virtually all issues. In light of this dialogue, and the April 13, 2008 due date for Plaintiffs' Reply, the parties have consented to a 14 day extension of Plaintiffs' Reply deadline.

The parties further stipulate that Defendants' written responses to the Master Discovery Requests will be due on April 4, 2008.

Respectfully submitted for the Court's approval, this the 11th of March, 2008.

Case 1:07-md-01842-ML-LDA Document 482 Filed 03/12/2008 Page 2 of 3

On behalf of Co-Lead Counsel For Plaintiffs,

By: s/ Donald A. Migliori

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

*MDL 1842 Plaintiffs' Liaison Counsel*

On behalf of Lead Counsel For Defendants,

By: s/ Kirby Griffis

Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I St. NW
Washington, DC 20005
202-898-5800
202-682-1639 (fax)

*MDL 1842 Defendants' Counsel*

Entered: Mary M. Lisi USDJ 3/24/08