**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| | § | **JUDGE LISI** |
| **THIS DOCUMENT RELATES TO: FRANCES LANDERS and KENNETH D. LANDERS, No. 1:08-cv-02374** | § § § | |

**ORDER OF VOLUNTARY DISMISSAL**

The plaintiffs, by counsel, hereby voluntarily dismiss all claims against Herbert J. Thomas Memorial Hospital Association with prejudice. There being no objection, the Court therefore ORDERS that this action be dismissed as to Herbert J. Thomas Memorial Hospital Association, with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. This action shall remain on the docket of the Court with respect to the remaining defendants.

The Clerk is directed to forward certified copies of this Order to all counsel of record upon entry.

Entered this 24th day of March, 2008.

Mary M. Lisi
Honorable Mary M. Lisi

{C1323283.1}