**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § | |
| | § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § | |
| | § | **JUDGE LISI** |
| | § | |
| | § | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for the Entry of a Preservation Order. [Docket No. 250] Defendants object to this motion. This Court has reviewed both parties' submissions as well as the proposed Preservation Order, and has heard oral argument. The Court finds that Plaintiffs' motion is without merit. Accordingly, Plaintiffs' motion is DENIED.

SO ORDERED:

Mary M. Lisi

Mary M. Lisi
Chief United States District Judge
March 24, 2008