**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

IN RE: KUGEL MESH HERNIA PATCH LITIGATION
This document relates to all actions.

MDL DOCKET NO. 07-1842-ML

~~[PROPOSED]~~ PRACTICE AND PROCEDURE ORDER NUMBER 8

This matter came before the Court on March 10, 2008 for a status conference. The Court considered items listed on the Meeting Agenda (Docket #439). The Court now makes the following orders:

1. **Document Production.** Defendants shall provide to Plaintiffs the responsive files of Territory and District Managers identified in the ten (10) cases selected for ADR in the form and format agreed upon by the parties. Once identified, any documents that are undisputed shall be turned over immediately without awaiting final agreement on form and format.

2. **Settlement Notification and Approval Process.** Plaintiffs shall submit their motion on or before March 14, 2008. Defendants shall respond on or before March 28, 2008. No reply shall be filed. The Court will hear arguments on April 10, 2008.

3. **Proposed Agenda Items and Pending Motions List.** In consultation with Lead Defense Counsel, Plaintiffs' Liaison Counsel shall submit to the Court a list of proposed agenda items and a current list and status of all motions on or before April 3, 2008. The Court will publish the agenda on or before April 7, 2008.

4. **Next Meeting.** The Court will meet with lead counsel and defendants' counsel on April 10, 2008 at 1:00 p.m. in Room 307.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi 3/28/08
Chief United States District Judge