**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO** | § | |
| **ALL ACTIONS** | § | **JUDGE LISI** |
| | § § | |

**JOINT STIPULATION REGARDING PROPOSED ORDER DETAILING DEFENDANTS C.R. BARD'S AND DAVOL'S DOCUMENT PRODUCTION**

The parties, having further met and conferred on Plaintiffs' ***Motion for the Entry of an Order Detailing the Form and Format of Documents to be Produced by Defendants***, jointly submit the attached ***Proposed Order Detailing Defendants C.R. Bard's and Davol's Document Production***.

Respectfully submitted for the Court's approval, this the 28th of April, 2008.

| | |
|---|---|
| On behalf of Co-Lead Counsel For Plaintiffs, | On behalf of Lead Counsel For Defendants, |
| By: s/ Donald A. Migliori | By: s/ Kirby Griffis |
| Donald A. Migliori<br>MOTLEY RICE LLC<br>321 South Main Street<br>P.O. Box 6067<br>Providence, RI 02940-6067<br>401-457-7700<br>401-457-7708 FAX | Kirby T. Griffis<br>SPRIGGS & HOLLINGSWORTH<br>1350 I St. NW<br>Washington, DC 20005<br>202-898-5800<br>202-682-1639 (fax) |
| *MDL 1842 Plaintiffs' Liaison Counsel* | *MDL 1842 Defendants' Counsel* |