UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN RE: KUGEL MESH HERNIA PATCH LITIGATION

As it relates to all cases.

MDL CASE NO. 07-1842 ML

ORDER

This matter is before the Court on Plaintiffs' Motion to Amend the Case Management Order. (Docket No. 640) Defendants object to this motion. The Court has reviewed both parties' submissions as well as the proposed Amended Case Management Order. For the reasons set forth in Defendants' opposition, Plaintiff's motion is DENIED.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
March 31 , 2008