**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | |
| **THIS DOCUMENT RELATES TO:** | § § | **MDL Docket No. 07-1842-ML** |
| **BAUGHN, C. A. No.: 1:08-CV-02085** | § § | **JUDGE LISI** |

| | |
|---|---|
| **DAVID JACK BAUGHN,** | § § |
| **Plaintiff,** | § § |
| **vs.** | § § |
| **DAVOL, INC., and C. R. BARD, INC.,** | § § |
| **Defendants.** | § § |

**STIPULATION OF DISMISSAL**

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 4l (a)(l)(ii).

1. Plaintiff is DAVID JACK BAUGHN. Defendants are DAVOL, INC., and C. R. BARD, INC.

2. On November 16, 2007, Plaintiff brought suit against Defendants in Case No. 4:07-CV-03862; *David Jack Baughn v. Davol, Inc., and C. R. Bard, Inc.*, in the United States District Court for the Southern District of Texas.

3. On January 14, 2008, the case was transferred to the United States District Court for Rhode Island and assigned Case No. 1:08-CV-02085.

4. Plaintiff moves to dismiss the suit.

5. Defendants, who have answered, agree to the dismissal.

6. This case is not a class action.

7. A receiver has not been appointed in this case.

8. This case is not governed by any federal statute that requires a court order for dismissal of the case.

9. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

10. This dismissal is without prejudice to refiling.

Respectfully submitted,

/s/ Donald A. Migliori
Donald A. Migliori
RI Bar No. 4936
**MOTLEY RICE LLC**
321 South Main Street
P. O. Box 6067
Providence, RI 02940
Telephone: (401) 457-7700
Facsimile: (401) 457-7708

**MDL-1842 PLAINTIFFS' LIAISON AND CO-LEAD COUNSEL**

/s/ David W. Alexander
David W. Alexander
Steven J. Kherkher
John T. Boundas
Amy Carter
**WILLIAMS KHERKHER HART BOUNDAS, LLP**
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017
Telephone: (713) 230-2200
Facsimile: (713) 643-6226

**ATTORNEYS FOR PLAINTIFF**

/s/ Kirby T. Griffis
Kirby T. Griffis
**SPRIGGS & HOLLINGSWORTH**
1350 I Street NW
Washington, DC 20005
Telephone: (202) 898-5800
Facsimile: (202) 682-1639

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, Donald A. Migliori, hereby certify that a copy of the foregoing was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: April 2, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX