**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Meeting Agenda
April 10, 2008 at 1:00 p.m.
Room 307

1. Williams Kherkher / Baker claim/withdrawal
2. Deposition scheduling and protocol
3. Status of document production
4. Timing of referrals to Magistrate Judge Almond
5. Pending motions update
6. Status report on the 10 Early Neutral Evaluation/Settlement Cases
7. Schedule next meeting of the Court, Plaintiffs' liaison counsel, and Defendants' counsel May 1, 2008 at 1:00.