**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § | |
| | § | **MDL Docket No. 07-1842-ML** |
| | § | |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | § | **Judge Mary M. Lisi** |
| | § | **Magistrate Judge Lincoln D. Almond** |
| | § | |
| | § | |

**AFFIDAVIT OF JON CONLIN**

Jon Conlin, being first duly sworn under oath, deposes and states the following:

1. I have personal knowledge of all matters set forth herein and, if called to do so, I could testify competently with respect to all such matters.

2. I am Counsel for the Plaintiffs in the above-captioned litigation.

3. Plaintiffs' counsel and defendants' counsel conferred on multiple occasions during the drafting of the Plaintiff Fact Sheet.

4. During those negotiations, plaintiffs' counsel agreed to provide tax records authorizations for Plaintiffs who are bringing a claim for lost income or wages.

5. At no time has plaintiff's counsel ever agreed to provide tax records authorizations for Plaintiffs *not* bringing a claim for lost income or wages.

FURTHER AFFIANT SAYETH NOT.

Jon Conlin

SUBSCRIBED AND SWORN to before me this 9th day of April, 2008.

Notary Public

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sept 24, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS