**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**IN RE KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT RELATES TO:**
*Montiel et al. v. Davol, Inc., et al.,* 1:07-cv-00064
*Horowitz et al. v. Davol, Inc. et al.,* 1:07-cv-01865 (E.D.N.Y. 1:07-cv-02392)
*Kane v. Davol, Inc. et al.*, 1:07-cv-01914 (W.D.Mo. 4:07-cv-00575)
*Boggs v. Davol, Inc. et al.*, 1:07-cv-01934 (S.D. Ill. 3:07-cv-642)
*Bost et al v. Davol, Inc. et al.*, 1:07-cv-01925 (E.D. Pa. 2:07-cv-03997)
*Barrientos v. Davol, Inc. et al.,* 1:07-cv-01946 (M.D. Fla. 8:07-cv-01747)
*Girton v. Davol, Inc. et al.*, 1:07-cv-01949 (D.N.J. 2:07-cv-4678)
*Gayvont v. Davol, Inc. et al.*, 1:07-cv-01966 (N.D. W.Va. 5:07-cv-125)

**MDL Docket No. 07-1842-ML**

**Chief Judge Mary M. Lisi**

**DEFENDANTS' MOTION TO DISMISS COUNT IV OF FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Faced with multiple partially or entirely overlapping putative class actions filed under various legal theories, this Court ordered plaintiffs to file a master class action complaint that would present any and all class action claims in a single complaint. *See* Practice & Procedure Order 4 dated Nov. 9, 2007 (Docket #42) (ordering filing of "master consolidated class action complaint"). Defendants today answer the First Amended Consolidated Class Action Complaint ("Consd. Compl.") (Docket #406), and herein move to dismiss Count IV, which is so incomprehensibly vague that it does not comply with the Federal Rules of Civil Procedure and must be dismissed as a matter of law. Count IV of the Consolidated Complaint is entitled "Violation of Consumer Protection Statutes," but apart from that clue provides essentially no information to Defendants regarding the purported claims against them. As described in more

detail in the accompanying Memorandum in Support of Defendants' Motion To Dismiss Count IV of the First Amended Consolidated Class Action Complaint, Count IV fails to meet the pleading requirements of the Federal Rules of Civil Procedure, particularly those of Rule 9 and Rule 23. Therefore, Count IV should be dismissed.

Respectfully submitted,

April 15, 2008

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008, the foregoing Motion To Dismiss Count IV of Plaintiffs' First Amended Consolidated Class Action Complaint was electronically filed with the Clerk of Court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon the Plaintiffs' Liaison Counsel via facsimile and e-mail as indicated below:

Donald Migliori
Motley Rice LLC
321 S. Main Street
P.O. Box 6067
Providence, RI 02940-6067
Facsimile: (401) 457-7708
E-mail: dmigliori@motleyrice.com

s/ Kirby T. Griffis

Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol, Inc.*