**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ROBERT A. ALBRIGHT and CARLA M. ABLRIGHT<br><br>Plaintiffs,<br><br>v.<br><br>C.R. BARD, INC. and DAVOL, INC.,<br><br>Defendants. | ) | MDL DOCKET NO. 07-1842-ML<br><br>CA 07-01886-ML-LDA<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, Richard A. Albright and Carla M. Albright, voluntarily dismiss this case, without prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1).

Respectfully submitted,

Dated: April 14, 2008

By: ____________________
Daniel N. Gallucci
RODANAST P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
(717) 892-3000

Attorney for Plaintiffs
Robert A. Albright and Carla M. Albright

# CERTIFICATE OF SERVICE

I hereby certify that I have today caused to be served via First Class Mail a true and correct copy of the foregoing Notice of Voluntary Dismissal on the following:

Daniel Lafever, President
Davol, Inc.
100 Sockanosett Crossroad
Cranston, RI 02920

Timothy Ring, Chairman & CEO
C. R. Bard, Inc.
730 Central Avenue
Murray Hill, NJ 07974

Michael L. Junk
SPRIGGS & HOLLINGSWORTH
13501 I Street NW
Washington, D.C. 20005
Counsel for Defendants

DATE: April 14, 2008

Joanne E. Matusko