AO 435 (Rev. 03/08)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME<br>Thomas M. Robinson, Esquire | 2. PHONE NUMBER<br>(401) 331-4660 | 3. DATE<br>4/21/2008 |

| | | | |
|---|---|---|---|
| 4. MAILING ADDRESS<br>Morrison Mahoney, LLP 10 Weybosset St, Ste 900 | 5. CITY<br>Providence | 6. STATE<br>RI | 7. ZIP CODE<br>02903 |

| | | | |
|---|---|---|---|
| 8. CASE NUMBER<br>07-1842 | 9. JUDGE<br>Lisi | DATES OF PROCEEDINGS<br>10. FROM 4/10/2008 | 11. TO |
| 12. CASE NAME<br>Kugel Mesh | | LOCATION OF PROCEEDINGS<br>13. CITY | 14. STATE |

15. ORDER FOR

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

RECEIVED
APR 21 2008
Property of U.S. District Court
District of Rhode Island

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | proceedings related to all | |
| [ ] BAIL HEARING | | actions | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES |
|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES |
| 14-Day | [ ] | [ ] | NO. OF COPIES |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES |
| DAILY | [ ] | [ ] | NO. OF COPIES |
| HOURLY | [ ] | [ ] | NO. OF COPIES |
| REALTIME | [ ] | [ ] | |

[redacted]

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE [signature]

19. DATE
4/21/2008

[redacted]

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY