**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

IN RE: KUGEL MESH HERNIA PATCH LITIGATION
This document relates to all actions.

MDL DOCKET NO. 07-1842-ML

[PROPOSED] PRACTICE AND PROCEDURE ORDER NUMBER 9

This matter came before the Court on April 10, 2008 for a status conference. The Court considered items listed on the Meeting Agenda (Docket #771). The Court now makes the following orders:

1. **Master Document Production.** Prior to May 1, 2008, Defendants' shall submit to the Court and Plaintiffs' Lead Counsel the date by which Defendants' document vendor will complete its review of Defendants' documents for Defendants' master production for purposes of assessing the date by which Defendants shall product documents to Plaintiffs.

2. **Barker complaint.** Prior to May 1, 2008, Plaintiffs shall notify the Court and Defendants' counsel of the status of representation for each plaintiff in Barker by moving for voluntary dismissal under Rule 41(a), withdrawing as counsel under L.R. Gen. 206(e), or submitting a statement that current counsel will be remaining as counsel.

3. **Proposed Agenda Items and Pending Motions List.** In consultation with Lead Defense Counsel, Plaintiffs' Liaison Counsel shall submit to the Court a list of proposed agenda items and a current list and status of all motions on or before April 25, 2008. The Court will publish the agenda on or before April 29, 2008.

4. **Next Meeting.** The Court will meet with lead plaintiffs' counsel and defendants' counsel on May 1, 2008 at 1:00 p.m. in Room 307.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
April 23, 2008