**SEALED DOCUMENT**