**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Meeting Agenda
May 1, 2008 at 1:00 p.m.
Room 307

1. Territory Manager deposition production

2. Status of BIA completion of document review

3. Status of Barker claims

4. ADR schedule and protocol for 10 selected cases

5. Payment of treating physicians' time

6. Response date for answers for CTO-13

7. Motions ripe for hearing:
    a. Plaintiffs' request to unseal documents/Defendants' motion for protective order
    b. Defendants' motion to compel tax authorizations

8. Next meeting (Open Session) of the Court, Plaintiffs' liaison counsel, and Defendants' counsel on June 19, 2008, at 1:00 in the Jury Assembly Room – (Room 151).