FILED
APR 25 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § § | **JUDGE LISI** |

**MOTION TO SEAL**

Pursuant to paragraph 15 of the Confidentiality and Protective Order dated December 6, 2007, Defendants hereby move this Honorable Court to seal the previously filed Exhibit A of the Defendants' Reply Memorandum in Support of the Motion to Compel the Production of Tax Records Authorizations as a Part of the Plaintiff Fact Sheet Production [Docket No. 856], a copy of which is attached hereto.

**GRANTED**

Mary M. Lisi

**Mary M. Lisi**
**U.S.D.J.** 4/28/08

652919v1