**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO** *Montiel et al. v. Davol, Inc., et al., 07-0064* *Horowitz et al. v. Davol, Inc. et al., 07-1865* *Kane v. Davol, Inc. et al., 07-1914* *Boggs v. Davol, Inc. et al., 07 -1934* *Bost et al v. Davol, Inc. et al., 07 -1925* *Barrientos v. Davol, Inc. et al., 07 -1946* *Girton v. Davol, Inc. et al., 07 -1949* *Gayvont v. Davol, Inc. et al., 07 -1966* | § § § | **JUDGE LISI** |

**ASSENTED TO MOTION FOR EXTENSION OF TIME**

Plaintiffs herby move this Court for an extension of time to file Plaintiffs' response to Defendants' Motion to Dismiss Count IV of First Amended Consolidated Class Action Complaint. Plaintiffs respectfully request a two-week extension, such that Plaintiffs' response would be due on May 20, 2008. Defendants assent to this motion.

Respectfully submitted this 30th day of April, 2008,

For Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

For Defendants:

/s/ Kirby T. Griffis
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005
202-898-5800
202-682-1639 FAX

Dated:______________________

___________________________
Mary M. Lisi
Chief United States District Judge

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing ***Assented to Motion for Extension of Time*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: April 30, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
P.O. Box 6067
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX