**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO SMITH v. C.R. BARD, INC., et al. No. 1:07-cv-01937** | § § § | **JUDGE LISI** |

**DEFENDANTS' MOTION TO STRIKE**
**PLAINTIFF'S "AMENDED COMPLAINT"**

Because Plaintiff did not receive leave of the Court before filing an "Amended Complaint" that raises new allegations and amends previous allegations, the so-called Amended Complaint is inappropriate and should be stricken. Plaintiff's pleading ignores Rule 15 of the Federal Rules of Civil Procedure, the Local Rules for the District of Rhode Island, and the standing orders of this Court. Among its defects are the following:

- It was filed without permission of the Court as required by Rule 15(d) of the Federal Rules of Civil Procedure.
- It has been incorrectly described as an Amended Complaint when it is in actuality a Supplemental Complaint.
- It has been filed without an explanation of reasons as required by the Local Rules and long after the deadline for amending complaints in the MDL had passed.

Plaintiff's purported pleading has no legal force. It should be stricken from the record.

Dated: May 8, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
1350 I St., N.W.
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2008, the foregoing DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT was electronically filed with the clerk of court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon Plaintiffs' Liaison Counsel and counsel of record for Plaintiff in the manner indicated below:

Donald Migliori
MOTLEY RICE, LLC.
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(electronic notice)*

David Buchanan
SEEGER WEISS LLP
One William Street
New York, New York 10004
*(electronic notice)*

John W. deGravelles
DEGRAVELLES, PALMINTIER, HOLTHAUS & FRUGÉ, L.L.P.
618 Main Street
Baton Rouge, LA 70801-1910
*(electronic notice)*

Daniel A. Claitor
7520 Perkins Road, Suite 170
Baton Rouge, LA 70808
*(electronic notice)*

/s/ Kirby T. Griffis