**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | |
| **THIS DOCUMENT RELATES TO: BARKER, et al., C. A. No.: 1:08-CV-02357** | § § § | **MDL Docket No. 07-1842-ML** **JUDGE LISI** |

**STIPULATION OF DISMISSAL**

Plaintiffs PAMELA CAMERON, PEGGY DVORAK, HENRY HARRIS, ROBERT ARDEN HAYS, RODNEY HERMANN, DONNA CUMMINGS HOWARTH, AARON HUMPHRIES, RONALD LAGOE, ROBERT MATTHEW, ROBBIE McNEIL, JUSTIN MORRIS, ANDREW OPPELT, CURT RALSTIN, SHELLI RICH, MARIE RODRIGUEZ, JAMES SIMPSON, HADLEY SCOTT SMITH, SUSAN SMITH, VICKY STOCKMAN, JOHN VANN, JUDITHA WAYNE, BONNIE WEDGWORTH, and JEFFREY WILLIAMS file this stipulation of dismissal under Federal Rule of Civil Procedure 4l(a)(l)(ii).

1. On December 27, 2007, Plaintiffs brought suit against Defendants in Case No. 4:07-CV-04557; *Daniel F. Barker, et al. v. Davol, Inc., and C. R. Bard, Inc.*, in the United States District Court for the Southern District of Texas.

2. On February 25, 2008, the case was transferred to the United States District Court for Rhode Island and assigned Case No. 1:08-CV-02357.

3. Plaintiffs PAMELA CAMERON, PEGGY DVORAK, HENRY HARRIS, ROBERT ARDEN HAYS, RODNEY HERMANN, DONNA CUMMINGS HOWARTH, AARON HUMPHRIES, RONALD LAGOE, ROBERT MATTHEW, ROBBIE McNEIL, JUSTIN MORRIS, ANDREW OPPELT, CURT RALSTIN, SHELLI RICH, MARIE

RODRIGUEZ, JAMES SIMPSON, HADLEY SCOTT SMITH, SUSAN SMITH, VICKY STOCKMAN, JOHN VANN, JUDITHA WAYNE, BONNIE WEDGWORTH, and JEFFREY WILLIAMS move to dismiss only their respective individual claims and causes of action. This dismissal in no way affects the individual claims and causes of action of the remaining Plaintiffs who are not moving to dismiss their claims.

4. Defendants, who have answered, agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. This dismissal is without prejudice to refiling.

Respectfully submitted,

For the Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori, Esq. (#4936)
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
(401) 457-7700
(401) 457-7708 FAX
*MDL-1842 Plaintiffs' Liaison Counsel*

For the Defendants:

/s/ Kirby T. Griffis
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005
(202) 898-5800
(202) 682-1639 FAX
*MDL 1842 Defendants' Liaison Counsel*

/s/ David W. Alexander
David W. Alexander
Williams Kherkher Hart Boundas, LLP
8441 Gulf Freeway, Ste. 600
Houston, Texas 77017
(713) 230-2200
(713) 643-6226 FAX

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing ***Stipulation of Dismissal*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: May 9, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX