**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO:**<br>**Collins, No. 07-1912-ML-LDA**<br>**Reyna, No. 07-1931-ML-LDA**<br>**Mahr, No. 07-1933-ML-LDA**<br>**Barlow, No. 07-1935-ML-LDA**<br>**Ramos, No. 07-1940-ML-LDA**<br>**Garcia, No. 07-1955-ML-LDA** | § | **Chief Judge Mary M. Lisi** |

**DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED**

Defendant C.R. Bard, Inc. ("Bard") and Defendant Davol Inc. ("Davol") (collectively, the "Defendants") request that the Court issue an Order to Show Cause why the claims of Plaintiffs Judith Collins, Richard Reyna, Clarissa Mahr, Amy Barlow, Juan Ramos and Catalina Garcia (collectively "Plaintiffs") should not be dismissed. Plaintiffs failed to complete and serve a Plaintiff Fact Sheet ("PFS") as required by this Court's Case Management Order (CMO). Pursuant to the CMO, Defendants notified Plaintiffs' counsel of Plaintiffs' failure to submit a timely PFS on March 17, 2008, and have received no response. For this reasons, and for the additional reasons set out in the accompanying Memorandum in Support, the Court should dismiss Plaintiffs' claims pursuant to Rules 41(b), 37(b)(2)(C) and 16(f) of the Federal Rules of Civil Procedure.

Dated: May 14, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2008, the foregoing DEFENDANT C.R. BARD, INC'S AND DEFENDANT DAVOL INC.'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED was electronically filed with the clerk of court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon the Plaintiffs' Liaison Counsel in the manner indicated below:

Donald Migliori
Motley Rice LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
Fax: (401) 457-7708
Email: dmigliori@motleyrice.com
*via facsimile and electronic mail*

Travis M. Holley, Esq.
1302 Leavell Ave.
Bastrop, LA 71220
Fax: (318) 283-3242
*via facsimile*

Michael P. Mallia, Esq.
Vickery, Waldner & Mallia, L.L.P.
One Riverway, Suite 1150

Houston, TX 77056
Fax: (713) 523-5939
*via facsimile*

Chris M. Limberopoulos, Esq.
400 N. Ashley Drive, Suite 2150
Tampa, FL 33602
Fax: (813) 875-2368
*via facsimile*

Jason A. Itkin, Esq.
Arnold & Itkin LLP
1401 McKinney St., Suite 2550
Houston, TX 77010
Fax: (713) 222-3850
*via facsimile*

Jack Modesett III, Esq.
500 N. Water St., Suite 1200
Corpus Christi, TX 78471
Fax: (361) 885-7983
*via facsimile*

s/ Kirby T. Griffis