UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

In Re KUGEL MESH HERNIA PATCH
PRODUCTS LIABILITY LITIGATION CA 07-1842 ML

THIS DOCUMENT RELATES ONLY TO:
Campbell v. Davol Inc., et al. CA 07-1845 ML

MEMORANDUM AND ORDER

Defendants Bard and Davol, with the consent of Plaintiff, move for remand of this case to the Western District of Arkansas. Having reviewed the parties' request, this Court, pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, issues its Suggestion of Remand Order.

The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the Clerk of the transferor district court.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
May 28, 2008