**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO** | § | |
| **Smith v. C.R. Bard, Inc., et al.** | § | **JUDGE LISI** |
| **No. 1:07-cv-1937** | § § | |

**PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT AND FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT**

Plaintiff, by counsel and pursuant to Fed. R. Civ. P.15, respectfully requests leave to withdraw the First Amended Complaint, previously filed on April 24, 2008, and leave to file the attached Supplemental Complaint (Exhibit A), including the addition of any relevant claims against Defendants. In support thereof, Plaintiff provides the contemporaneously filed memorandum of law.

Dated: May 30, 2008

Respectfully submitted,

/s/ Donald A. Migliori
Donald A. Migliori (RI Bar 4936)
Motley Rice LLC
321 South Main Street, Suite 200
Providence, RI 02903
Telephone: (401)457-7700
Facsimile: (401)457-7708

***MDL 1842 Plaintiffs Liaison Counsel***

David Buchanan
Seeger Weiss LLP
One William Street
New York, New York 10004
Telephone: (212) 584-0700
Facsimile: (212) 584-0799

John W. deGravelles
deGravelles, Palmintier, Holthaus & Frugé, L.L.P.
618 Main Street
Baton Rouge, LA 70808
Telephone: (225) 344-3735
Facsimile: (225) 336-1146

Daniel A. Claitor
7520 Perkins Road, Suite 170
Baton Rouge, LA 70808
Telephone: (225) 757-0159
Facsimile: (225) 757-0169

***Attorneys for Plaintiffs***

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing ***Plaintiff's Motion to Withdraw Complaint and for Leave to File a Supplemental Complaint*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: May 30, 2008

/s/ Donald A. Migliori

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX