**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| | § | |
| **THIS DOCUMENT RELATES TO: ALL ACTIONS** | § | **Judge Mary M. Lisi** |
| | § | **Magistrate Judge Lincoln D. Almond** |
| | § | |
| | § | |

**MOTION TO AMEND THE PLAINTIFF FACT SHEET**

Plaintiffs, by their attorneys, move this Honorable Court for the entry of an order granting them leave to amend the Plaintiff Fact Sheet ("PFS") to explicitly exclude the production of tax records authorizations and prohibiting the discovery of tax records in cases where the Plaintiff has not brought a claim for lost wages, lost income or other economic damages. Plaintiffs have contemporaneously filed a memorandum of law in support thereof.

Dated: May 30, 2008

/s/ Donald A. Migliori

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02903
401-457-7700
401-457-7708 Fax

***MDL 1842 Plaintiffs' Liaison Counsel***

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing Plaintiff's ***Motion to Amend the Plaintiff Fact Sheet*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: May 30, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02903
401-457-7700
401-457-7708 FAX