UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Ramos, No. 07-1940-ML-LDA | §<br>§<br>§<br>§<br>§<br>§ | MDL Docket No. 07-1842-ML<br>Chief Judge Mary M. Lisi |

**Plaintiff Juan Ramos' Response to Defendant's Motion to Show Cause**

The Court should Deny Defendants' Motion to Dismiss because Plaintiff's failure to provide a fact sheet was due to excusable neglect in that Plaintiff Juan Ramos was unavailable during the time period in question.

Dated: June 6, 2008.

Respectfully Submitted,

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX

***MDL – 1842 Plaintiffs' Liaison Counsel***

/s/ Jason A. Itkin

Jason A. Itkin
State Bar No. 24032461
Southern District of Texas No. 33053
ARNOLD & ITKIN LLP
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

***Attorney-in-Charge for Plaintiff***

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing Plaintiff's ***Response to Motion to Show Cause*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: June 4, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX