UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION | § | MDL Docket No. 07-1842-ML |
| | § | Chief Judge Mary M. Lisi |
| THIS DOCUMENT RELATES TO: Ramos, No. 07-1940-ML-LDA | § | |

**Memorandum In Support of Juan Ramos'**
**Response to Defendant's Motion to Show Cause**

Juan Ramos respectfully requests that the Court allow him until June 11, 2008 to serve Defendants with a Plaintiff's Fact Sheet. Ramos' failure to submit a fact sheet was not meant to impede the important work of the MDL or to flout this Court's Case Management Order. Rather, Plaintiff's counsel was unable to get in contact with Mr. Ramos for several months. As a result of the inability to communicate for several months, Plaintiff's counsel was unsure as to Plaintiff's intentions with regard to his lawsuit.

In the last week (with the help of an intermediary), Plaintiff has been in contact with Mr. Ramos. It is Mr. Ramos' desire to proceed with his lawsuit. Mr. Ramos can submit his fact sheet to Defendants by June 11, 2008.

Allowing Mr. Ramos to proceed with his lawsuit is within the Court's discretion. When balancing the equities, it is clear that the delay in serving the fact sheet is far outweighed by the benefit that Mr. Ramos will receive by being allowed to proceed with his case. After all, discovery is still ongoing in this litigation and some plaintiffs are still curing deficiencies with their fact sheets. Any delay in receiving the fact sheet has had a minimal effect on Defendants. In contrast, Mr. Ramos was implanted with a recalled medical device. He should not lose his day in Court simply because he was difficult to get a hold of for several months.

As such, Defendants' motion to dismiss should be denied.

Respectfully Submitted,

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX

***MDL – 1842 Plaintiffs' Liaison Counsel***

/s/ Jason A. Itkin
______________________________
Jason A. Itkin
State Bar No. 24032461
Southern District of Texas No. 33053
ARNOLD & ITKIN LLP
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850

**Attorney-in-Charge for Plaintiff**

**OF COUNSEL:**

Michael E. Pierce
State Bar No. 24039117
Southern District of Texas No.
1401 McKinney Street, Suite 2550
Houston, Texas 77010
Telephone: (713) 222-3800
Facsimile: (713) 222-3850