JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN - 6 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

Sherry Hill v. C.R. Bard, Inc., et al., )
C.D. Illinois, C.A. No. 2:08-2084 ) MDL No. 1842

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Hill*) on May 13, 2008. In the absence of any opposition, the conditional transfer order was finalized with respect to *Hill* on May 29, 2008. Transfer under 28 U.S.C. §1407 becomes effective with the filing of the Panel's order in the transferee district. In this instance, the Panel's order was filed in the District of Rhode Island on June 2, 2008. The Panel has now been advised that *Hill* was remanded to the Circuit Court of Champaign County, Illinois, by the Honorable Michael P. McCuskey in an order filed on May 30, 2008.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-19" filed on May 13, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUN - 6 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION