**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Meeting Agenda
Open Session Conference
June 17, 2008 at 1:00 p.m.
Jury Assembly Room – (Room 151)

1. Document production schedule, date to begin rolling production

2. Ex parte contact with Plaintiffs' treating physicians

3. Settlement discussions
   a. 10 selected cases, status of mediation
   b. Selection of next 10 cases, product failures beyond ring breaks

4. Court excusal request from David Morowitz for period May 2, 2008-November 2, 2008

5. Magistrate Judge Almond to address an issue that arose during a deposition

6. Pending motions

7. Next meeting of the Court, Plaintiffs' liaison counsel, and Defendants' counsel on July 15, 2008, at 1:00 in Room 307.