**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 07-1842-ML |
| THIS DOCUMENTS RELATES TO: | ) ) | Judge Mary M. Lisi |
| *Collins v. Davol, Inc. et al.*, 1:07-cv-1858 | ) ) | Magistrate Judge Lincoln D. Almond |

**PLAINTIFFS' MOTION FOR SANCTIONS AGAINST**
**DEFENDANTS DAVOL, INC. AND C.R. BARD AND THEIR ATTORNEYS**

Plaintiff, by counsel and pursuant to Fed. R. Civ. P.16(f), respectfully requests the Court sanction Defendants and their attorneys for their conduct during the alternative dispute resolution process. In support thereof, Plaintiff provides the contemporaneously filed memorandum of law.

Dated: June 12, 2008

Respectfully submitted,

/s/ Donald A. Migliori
Donald A. Migliori (# 4936)
Vincent L. Greene (#5971)
Leah J. Donaldson (#7711)
Motley Rice, LLC
321 South Main Street
Providence, RI 02903
(401) 457-7700 – Telephone
(401) 457-7708 – Facsimile

Teresa E. Toriseva
Wexler Toriseva Wallace LLP
1446 National Road
Wheeling, WV 26003
(304) 238-0066 – Telephone
(304) 238-0149 – Facsimile

Ernest Cory
Jon C. Conlin
Stephen R. Hunt, Jr.
Cory Watson Crowder & Degars P.C.
2131 Magnolia Avenue
Birmingham, AL 35209
(205) 328-2200 – Telephone
(205) 326-7896 – Facsimile

Edward A. Wallace
Mark R. Miller
Wexler Toriseva Wallace LLP
55 W. Monroe Street, Suite 3300
Chicago, IL 60603
(312) 346-2222 – Telephone
(312) 346-0022 – Facsimile

Fred Thompson, III
Rhett D. Klok
Motley Rice LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29465
(843) 216-9000 – Telephone
(843) 216- 9450 – Facsimile

***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing Plaintiff's ***Motion for Sanctions Against Defendants Davol, Inc. and C.R. Bard, Inc. and Their Attorneys*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: June 12, 2008

/s/ Donald A. Migliori

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX