MotleyRice

**Donald A. Migliori**
**Licensed in RI, MA, MN**
DIRECT DIAL 401.457.7709
DIRECT FAX 401.457.7708
DMigliori@motleyrice.com

June 4, 2008

**Via Electronic and U.S. Mail**
Kirby T. Griffis, Esq.
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005

Re: In re Kugel Mesh Hernia Patch Products Litigation MDL-1842
Alternate Dispute Resolution Cases
Mediations Scheduled June 11, 12, 13, 23, & 24

Dear Kirby:

As liaison counsel, I am enclosing individual demands for nine (9) of the ADR/bellwether cases. We will be prepared to discuss in detail our evaluation of each of these cases during the mediation process.

We intend to have plaintiffs present at each of these mediations. As we understand Magistrate Judge Lovegreen's instructions to us, you are required to have representatives from each of the various levels of insurance coverage, with full range of authority to settle, present as well. The enclosed demands are thoughtful and reasoned and we have every intention to make this Court-ordered mediation process productive and meaningful. We hope and expect that you participate in this process with the same commitment to truly determine whether we are able to resolve any claims.

If you do not intend to have representatives from the insurance carrier(s) present, or engage in good faith negotiations, please advise so immediately so that our clients will not have to endure the frustration or unnecessary expense of participating in this process.

MotleyRice

If I do not receive a response to this letter, I will assume your good faith participation in this effort and look forward to meeting with you on June 11 at 9:30am.

Very truly yours,

Donald A. Migliori

www.motleyrice.com

Motley Rice LLC
Attorneys at Law

MT. PLEASANT
28 BRIDGESIDE BLVD.
P.O. BOX 1792
MT. PLEASANT, SC 29465
843-216-9000
843-216-9450 FAX

PROVIDENCE
321 SOUTH MAIN ST.
P.O. BOX 6067
PROVIDENCE, RI 02940
401-457-7700
401-457-7708 FAX

HARTFORD
ONE CORPORATE CENTER
20 CHURCH ST., 17TH FLOOR
HARTFORD, CT 06103
860-882-1681
860-882-1682 FAX