Spriggs 25 YEARS Hollingsworth

Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Kirby T. Griffis
202.898.5828
kgriffis@spriggs.com

June 9, 2008

***VIA ELECTRONIC MAIL, ORIGINAL TO FOLLOW BY U.S. MAIL***

Donald A. Migliori, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Dear Don:

In response to your letter of June 4, we intend to comply fully with Magistrate Lovegreen's orders, which require attendance by representatives with full settlement authority, not "representatives from each of the various levels of insurance coverage." We look forward to seeing you on the 11th.

Very truly yours,

Kirby Griffis