**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## SCHEDULE CTO-20 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| ARKANSAS WESTERN | | | | |
| ARW | 1 | 08-1029 | Betty Howell v. Davol, Inc., et al. | CA 08-2501 |
| MINNESOTA | | | | |
| MN | 0 | 08-1151 | Johnny James Smith v. Davol, Inc., et al. | CA 08-2502 |
| MN | 0 | 08-1169 | Donnie R. Gault v. Davol, Inc., et al. | CA 08-2503 |
| MN | 0 | 08-1200 | John F. Robinson v. Davol, Inc., et al. | CA 08-2504 |
| MN | 0 | 08-1201 | Rosealee Gross v. Davol, Inc., et al. | CA 08-2505 |
| MN | 0 | 08-1202 | Paula McDonough v. Davol, Inc., et al. | CA 08-2506 |
| MN | 0 | 08-1204 | Bobbi Underdahl v. Davol, Inc., et al. | CA 08-2507 |
| MISSOURI WESTERN | | | | |
| MOW | 4 | 08-342 | Robert Roark v. Davol, Inc., et al. | CA 08-2508 |
| MOW | 4 | 08-343 | Nichole Rose v. Davol, Inc., et al. | CA 08-2509 |
| MOW | 4 | 08-344 | Sabrina Page v. Davol, Inc., et al. | CA 08-2510 |
| MOW | 4 | 08-345 | Chantal Anderson v. Davol, Inc., et al. | CA 08-2511 |
| MOW | 4 | 08-346 | Chris Bennett v. Davol, Inc., et al. | CA 08-2512 |
| MOW | 4 | 08-347 | Dante Ciuffa v. Davol, Inc., et al. | CA 08-2513 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-20)**

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Marie Bernarde Miller
GILL ELROD RAGON OWEN & SHERMAN PA
Metropolitan Tower
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201-2413

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-20)**

Hon. Harry F. Barnes
U.S. District Judge
United States District Court
P.O. Box 1735
El Dorado, AR 71731-1735

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Fernando J. Gaitan, Jr.
Chief Judge, U.S. District Court
7552 Charles E. Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Robert E. Larsen
U.S. Magistrate Judge
6652 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. John T. Maughmer
U.S. Magistrate Judge
Charles Evans Whittaker U.S. Courthouse
7th Floor
400 East Ninth Street
Kansas City, MO 64106

Hon. Howard F. Sachs
Senior U.S. District Judge
Charles E. Whittaker U.S. Courthouse
7th Floor
400 E. 9th Street
Kansas City, MO 64106

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street, 8th Floor
Kansas City, MO 64106

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED CLERKS LIST (CTO-20)**

Christopher R. Johnson, Clerk
U.S. District Court
101 South Jackson, Room 205
P.O. Box 1566
El Dorado, AR 71730

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106