**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: Collins v. Davol Inc., et al, CA No. 1:07-cv-1858-ML-LDA** | § | **Chief Judge Mary M. Lisi** |

**DEFENDANT DAVOL INC.'S AND DEFENDANT C.R. BARD, INC.'S**
**MOTION TO FILE UNDER SEAL**

Davol Inc. and C.R. Bard, Inc. (collectively "Defendants") respectfully move to file their Motion to Strike and for Costs ("the Motion") under seal. The Memorandum contains confidential settlement information which may not be disclosed under the Court's ADR Rules. For this reason, Defendants move that the Motion, accompanying Memorandum of Law, and attachments be filed under seal.

Dated: June 16, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**DENIED**
Mary M. Lisi
**Mary M. Lisi**
**U.S.D.J.** June 30, 2008

555336v1
655695v1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2008, the foregoing DEFENDANT DAVOL INC.'S AND DEFENDANT C.R. BARD, INC'S MOTION TO FILE UNDER SEAL was served upon the Plaintiffs' Liaison Counsel in the manner indicated below:

Donald Migliori
Motley Rice LLC
321 S. Main Street
Providence, RI 02903
Fax: (401) 457-7708
Email: dmigliori@motleyrice.com
*via electronic mail*

s/ Kirby T. Griffis



555336v1
655695v1