**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: Collins v. Davol Inc., *et al*., CA No. 1:07-cv-1858-ML-LDA** | § | **Chief Judge Mary M. Lisi** |

**JOINT STIPULATED MOTION FOR EXTENSION OF TIME**

Defendants and Plaintiffs hereby stipulate to an extension of time for Defendants to file a response to Plaintiffs' Motion for Sanctions. Due to ongoing discussions between the parties, Defendants and Plaintiffs respectfully request a one-week extension, such that Defendants' Opposition to the Motion for Sanctions would be due on July 10, 2008.

Respectfully submitted this 1st day of July, 2008.

For Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02940-6067
401-457-7700
401-457-7708 FAX

For Defendants:

/s/ Kirby T. Griffis
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005
202-898-5800
202-682-1639 FAX

Dated: ______________________

____________________________
Mary M. Lisi
Chief United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2008, the foregoing JOINT STIPULATED MOTION FOR EXTENSION OF TIME was served upon the Plaintiffs' Liaison Counsel in the manner indicated below:

Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02940-6067
Fax: 401-457-7708
Email: dmigliori@motleyrice.com
*via electronic mail*

/s/ Kirby T. Griffis