**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO:** Huerta, No. 08-2154-ML-LDA; Walters, No. 08-2147-ML-LDA | § | **Chief Judge Mary M. Lisi** |

**DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED**

Defendant C.R. Bard, Inc. and Defendant Davol Inc. (collectively, the "Defendants") request that the Court issue an Order to Show Cause why the claims of Plaintiffs Maria Huerta, John Walters (collectively "Plaintiffs") should not be dismissed. Plaintiffs failed to complete and serve a Plaintiff Fact Sheet ("PFS") as required by this Court's Case Management Order (CMO). Pursuant to the CMO, Defendants notified Plaintiffs' counsel of Plaintiffs' failure to submit a timely PFS on May 20, 2008, and have received no response. For these reasons, and for the additional reasons set out in the accompanying Memorandum in Support, the Court should dismiss Plaintiffs' claims pursuant to Rules 41(b), 27(b)(2)(C) and 16(f) of the Federal Rules of Civil Procedure.

Dated: July 8, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

s/ Kirby T. Griffis

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendants C.R. Bard, Inc. and Davol Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2008, the foregoing DEFENDANT C.R. BARD, INC'S AND DEFENDANT DAVOL INC.'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED was electronically filed with the clerk of court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon the Plaintiffs' Liaison Counsel in the manner indicated below:

Donald Migliori
Motley Rice LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
Fax: (401) 457-7708
Email: dmigliori@motleyrice.com
*via facsimile and electronic mail*

Charles H. Johnson
Charles H. Johnson & Associates, P.A.
2599 Mississippi Street
New Brighton, Minnesota 55112
johnsonbarbara5@aol.com
*via electronic mail*

Martin L. Perez
601 La Mancha
Edinburg, TX 78539
*via first-class mail*

Jesus Sotelo
Jesus Sotelo & Associates, PLLC
P.O. Box 763
Pharr, TX 78577-1615
Fax: (956) 283-8811
*via facsimile and first-class mail*

s/ Kirby T. Griffis