**From:** Thomas, David
**To:** "David Alvarado";
**cc:** Amy Carter;
**Subject:** RE: Pamela Ann Wilson - 5/30/2008 Fact Sheet Deficiency Deadline
**Date:** Thursday, May 29, 2008 3:27:47 PM

---

David,

That's fine. I'll look for something on Ms. Wilson either way by June 30.

Dave

David Thomas Attorney
202-898-5861
dthomas@spriggs.com

---

**From:** David Alvarado [mailto:Dalvarado@williamskherkher.com]
**Sent:** Wednesday, May 28, 2008 3:59 PM
**To:** Thomas, David
**Cc:** Amy Carter
**Subject:** Pamela Ann Wilson - 5/30/2008 Fact Sheet Deficiency Deadline

Mr. Thomas,
We respectfully request an additional 30 day extension for the filing of Ms. Wilson's Supplemental Fact Sheet which is currently due on May 30, 2008. Ms. Wilson has apparently relocated without informing us of her new contact information and we have been in the process of trying to locate her through various correspondence and calls. We will be forwarding one final letter to her explaining the urgency of our needing to get in touch with her and that her failure to do so will result in either her case being dismissed and/or our withdrawing from her case.
I hope that this request meets with your approval.

**David Alvarado**
**Administrative Paralegal**

Direct: (713) 230-2238

Dalvarado@williamskherkher.com

WILLIAMS t KHERKHER

---

**Williams Kherkher Hart Boundas, LLP t 8441 Gulf Freeway, Suite 600 t Houston, Texas 77017-5051**
**713.230.2200 t 1.800.220.9341 t Fax 713.643.6226 t williamskherkher.com**

---

This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney work product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient or you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without disclosing it.