PRODUCT LIABILITY LAW360

Portfolio Media, Inc. | 648 Broadway, Suite 200 | New York, NY 10012 | www.law360.com
Phone: +1 212 537 6331 | Fax: +1 212 537 6371 | customerservice@portfoliomedia.com

# Hernia Plaintiff Asks For Sanctions After Mediation

By **Shannon Henson**, shannon.henson@portfoliomedia.com

*Friday, Jun 13, 2008* --- An 80-year-old plaintiff who is suing over a defective hernia patch has asked a judge to sanction Davol Inc., C.R. Bard and their attorneys after they allegedly attended a settlement conference with no intention of making a deal.

The plaintiff said in a motion filed Thursday in the U.S. District Court for the District of Rhode Island that the defendants did not act in good faith and caused unnecessary expense.

The case brought by J.W. Collins was sent to mediation on June 11 after fact discovery in the case was completed. Collins traveled from Kentucky to Providence, R.I., with a family member for the conference, the motion says.

However, the defendants appeared with no intention of entering into any settlement discussions, the motion says. The defendants had ample opportunity and an obligation to notify the plaintiff and the court of their intent, the motion says.

“As a result, plaintiff and his attorneys were forced to incur significant (and needless) expense to prepare for and attend this mediation,” the motion said.

The plaintiff said that under Rule 16 of the Federal Rules of Civil Procedure, a party who doesn't participate in a court-ordered settlement conference in good faith can be sanctioned and can be made responsible for expenses that were incurred.

The Composix Kugel patches have been the subject of various recalls, and the U.S. Food and Drug Administration has issued a stiff warning on the product.

“The ‘memory recoil ring’ that opens the Composix Kugel mesh patch can break under the stress of placement of the large-sized products in the intra-abdominal space,” according to a notice on the FDA’s Web site.

Once the spring breaks, it can come lose and move through the body, creating the potential for serious injuries including intestinal perforations, abscesses, bowel obstruction and sepsis.

The FDA issued Class 1 recalls of varieties of the Composix Kugel mesh patch. Such recalls are only issued when the FDA feels a product could predictably cause serious health problems or death.

All Content Copyright 2007, Portfolio Media, Inc.

PRODUCT LIABILITY LAW360

In a November financial report filed with the U.S. Securities and Exchange Commission, C.R. Bard said that about 180 federal and 60 state lawsuits had been brought in relation to the patch.

In June 2007, the federal cases were consolidated into multidistrict litigation in Rhode Island.

Collins filed his lawsuit in May 2007. He alleges that an extra-large-sized oval kugel patch was implanted in October 2003 during a hernia procedure. Collins says he was diagnosed with a small bowel obstruction later in 2003 and was hospitalized.

After ongoing symptoms and treatment, Collins underwent abdominal surgery in 2004. During the procedure, part of the patch was protruding through the wound and the subcutaneous space.

The failure of the memory recoil ring on the patch caused it to break and caused him pain, suffering, complications and the need for multiple abdominal repair surgeries and hospitalizations all within less than a year, the complaint said.

A lawyer for the defendants did not immediately respond to a request for comment Friday.

The defendants are represented by Spriggs & Hollingsworth and Wyatt, Tarrant & Combs.

Collins is represented in this matter by Motley Rice LLC, Wexler Toriseva Wallace LLP and Cory Watson Crowder & Degars PC.

The case is In Re: Kugel Mesh Hernia Repair Patch, case number 07-1842, in the U.S. District Court for the District of Rhode Island.

All Content Copyright 2007, Portfolio Media, Inc.