**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL Docket No. 07-1842-ML |
| THIS DOCUMENTS RELATES TO: | ) ) | JUDGE LISI |
| *Collins v. Davol, Inc. et al.,* 1:07-cv-1858 | ) ) | |

**CONSENT ORDER WITHDRAWING PLAINTIFFS' MOTION FOR SANCTIONS AND DEFENDANTS' MOTION TO STRIKE**

By stipulation of the parties, Plaintiffs' Motion for Sanctions filed on June 12, 2008 and Defendants' Motion to Strike filed on June 16, 2008 and all papers associated with these motions are hereby WITHDRAWN. It is so ORDERED.

Respectfully submitted for approval this 8th day of July, 2008.

For Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX

*MDL 1842 Plaintiffs' Liaison Counsel*

For Defendants:

/s/ Kirby T. Griffis
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005
202-898-5800
202-682-1639 FAX

*MDL 1842 Defendants' Liaison Counsel*

So ORDERED:

Mary M. Lisi USDJ 7/9/08

Entered:

Barbara Barletta