**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § | **JUDGE LISI** |

# NOTICE OF CHANGE OF ADDRESS

Harrison, Bettis, Staff, McFarland, & Weems, L.L.P., co-counsel for Defendants Davol Inc. and C.R. Bard, Inc., is moving its offices.[1] Effective July 14, 2008, all notices, correspondence, and other documents relating to the above-styled action should be addressed to:

D. Mitchell McFarland
HARRISON, BETTIS, STAFF, MCFARLAND & WEEMS, L.L.P.
Wedge International Tower
1415 Louisiana Street, 37th Floor
Houston, Texas 77002

Dated: July 9, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
1350 I St., N.W.
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

[1] The telephone numbers, fax number, and email addresses will remain the same.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2008, the foregoing NOTICE OF CHANGE OF ADDRESS was electronically filed with the clerk of court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon Plaintiffs' Liaison Counsel and counsel of record for plaintiff in the manner indicated below:

Donald Migliori
MOTLEY RICE, LLC.
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(electronic notice)*

/s/ Kirby T. Griffis