**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Meeting Agenda
July 15, 2008 at 1:00 p.m.
Room 307

1. ECF Filing Questions:
    a. New or amended complaints for medical monitoring clients (class representative or not)
    b. Filing withdrawal and notices of appearance for counsel
    c. Waivers of service

2. Document production schedule and protocol

3. Proposed non-ring break product failure cases for early neutral settlement/evaluation

4. Counsel's interest in continuing the settlement discussions in the Hyland and Swallow cases

5. Pending motions

6. Next meeting of the Court, Plaintiffs' liaison counsel, and Defendants' counsel on August 5, 2008, at 1:00 in Room 307.