Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 30 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 12 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-22)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 657 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUN 30 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

## SCHEDULE CTO-22 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| MINNESOTA | | | | |
| MN | 0 | 08-1322 | Donna Schott v. Davol, Inc., et al. | CA 08-2521 |
| MN | 0 | 08-1413 | Tracey L. McBride v. Davol, Inc., et al. | CA 08-2522 |
| MN | 0 | 08-1418 | Robert La Valley v. Davol, Inc., et al. | CA 08-2523 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-22)**

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
2nd Floor
P.O. Box 6067
Providence, RI 02940-6067