**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**IN RE; KUGEL MESH HERNIA REPAIR PATCH LITIGATION**

**MDL Docket No. 07-1842-ML**

**THIS DOCUMENT RELATES TO:**

**Chief Judge Mary M. Lisi**

**John E. Walters, No. 08-2147-ML-LDA**

**PLAINTIFF JOHN E. WALTER'S RESPONSE TO**
**DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE**

Plaintiff John E. Walters, through his attorney Charles H. Johnson, requests that the Court deny the Defendant C. R. Bard, Inc's and Davol, Inc's Motion for Order to Show Cause Why Plaintiff's Claim Should Not be Dismissed.

Plaintiff John E. Walters had completed his Plaintiff's Fact Sheet and signed the requested authorizations; however, defendants' counsel advised that the Schedule G authorization required plaintiff's signature in the presence of a notary public. In order to comply with defendants' request, the Plaintiff's Fact Sheet and authorizations for John Walter were held to await the return of the requested notarized Schedule G authorization. At this time the Plaintiff's Fact Sheet, signed authorizations and full medical records have been furnished to defendants' counsel.

For this reason and those set out in the accompanying Memorandum in Support, the Court should deny Defendant's Motion to Show Cause and not dismiss Plaintiff's claim.

Dated July 14, 2008

Respectfully submitted,

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX

***MDL-1842 Plaintiffs' Liaison Counsel***

/s/ Charles H. Johnson
Charles H. Johnson
2599 Mississippi Street
New Brighton, MN 55112
651-633-5685
651-633-4442 FAX

***Attorney for Plaintiff John Walters***

## CERTIFICATE OF SERVICE

I, Donald A. Migliori, hereby certify that a copy of the foregoing ***Plaintiff's Response to Defendants' Motion for Order to Show Cause*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: July 14, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX