**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**IN RE; KUGEL MESH HERNIA REPAIR PATCH LITIGATION** — **MDL Docket No. 07-1842-ML**

**THIS DOCUMENT RELATES TO:** — **Chief Judge Mary M. Lisi**

**John E. Walters, No. 08-2147-ML-LDA**

**MEMORANDUM IN SUPPORT OF JOHN E. WALTERS' RESPONSE TO DEFENDANTS' MOTION TO SHOW CAUSE**

John E. Walters respectfully requests that the Court deny defendants' Motion to Show Cause. At this time the Plaintiff's Fact Sheet, signed authorizations and copies of full medical records have been submitted to the attorneys for Defendants.

The reason for the delay in submission was that plaintiff's attorney had been recently advised by attorney for the defendants that the Schedule G authorization required "notarization". Even though John Walter's Fact Sheet, other authorizations and medical records were ready for submission they were delayed, waiting for the "notarized" Schedule G to arrive so the complete package could be submitted together. It should be pointed out that Schedule G was ambiguous as to the need for a notary public. The notary section followed "*Description of Legal Guardian/Personal Representative's authority to act*" making it appear that a notary was required only if a guardian or estate representative signed . (See attached.) In addition, Section XI. (A) Authorizations for Records did not state that a notary public was required for Schedule G signing. (See attached).

Allowing John Walters to proceed with his lawsuit is within the Court's discretion. When balancing the equities, it is clear that the delay in serving the Fact Sheet for the above-referenced reason is far outweighed by the benefit that Mr. Walter will receive by being allowed to proceed with his case. After all, discovery is still ongoing in this litigation and some plaintiffs are still curing deficiencies with their Fact Sheets. Any delay in receiving the Fact Sheet has had a minimal effect on Defendants. In contrast, Mr. Walters was implanted with a recalled medical device. He should not lose his day in Court simply because submission of his full package of Fact Sheet, signed Authorizations and medical records was delayed to include the newly requested "notarization" of Schedule G.

As such, Defendants' motion to dismiss should be denied.

Dated July 14, 2008

Respectfully submitted,

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX

***MDL-1842 Plaintiffs' Liaison Counsel***

/s/ Charles H. Johnson
Charles H. Johnson
2599 Mississippi Street
New Brighton, MN 55112
651-633-5685
651-633-4442 FAX

***Attorney for Plaintiff John Walters***