## XI. AUTHORIZATIONS FOR RECORDS & DOCUMENT PRODUCTION

### A. Authorizations.

Provide TEN (10) SIGNED ORIGINAL copies of the medical records authorization form attached as Ex. A, , authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain medical records from each health care practitioner who has examined you, treated you, or consulted with other health care practitioners regarding your medical or mental condition.

Provide FIVE (5) SIGNED ORIGINAL copies of the medical records authorization form attached as Ex. B, leaving blank the name to whom the release is directed, authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain medical records from any health care practitioner, who has examined you, treated you, or consulted with other health care practitioners regarding your medical, dental or mental condition, at or in affiliation with a Veteran's Administration facility.

Provide FIVE (5) SIGNED ORIGINAL copies of the records authorization form attached as Ex. C, leaving blank the name to whom the release is directed, authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain copies of any and all records from insurance carriers with regard to the payment of any medical or healthcare-related expenses incurred by you or on your behalf.

Provide FIVE (5) SIGNED ORIGINAL copies of the records authorization form attached as Ex. D, leaving blank the name to whom the release is directed, authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain copies of your employment information, including any and all records from your past employers.

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached as Ex. E authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain copies of your Social Security administration records, including any and all records from your past claim submissions.

Provide ONE (1) SIGNED ORIGINAL copy of the records authorization form attached as Ex. F authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain all documents discussing, describing or memorializing your requests for disability insurance or workers' compensation benefits.

Provide executed copies of each of the records authorization forms attached as Ex. G authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain your Federal and State income tax returns for each of the years from ten (10) years prior to your injury to the present.

If you have served in the military, provide an executed copy of the records authorization form attached as Ex. H authorizing C.R. Bard, Inc., Davol Inc., and/or its attorneys or agents to obtain your military personnel, service, and health records.

CONFIDENTIAL INFORMATION