**Ex. G**

____________________
Full Name

____________________
Social Security Number

____________________
Date of Birth

**AUTHORIZATION FOR RELEASE OF DEPARTMENT OF REVENUE RECORDS**

**To:** ______________________________
**Name of Entity**

______________________________
**Address**

______________________________
**City, State, Zip Code**

I hereby authorize the law firm of SPRIGGS & HOLLINGSWOTH, 1350 I Street, N.W., Washington, D.C. 20005, (202) 898-5800, or any member, associate, or designee of the firm to be furnished copies of my entire workers' compensation file, including by not limited to any claims made by me, and any documents discussing, describing, or explaining the investigation and processing of that claim and all other pertinent documents, including all medical records or memoranda. The defendant has agreed to pay reasonable charges to supply copies of such records.

This authorization is being given at my request in conjunction with the civil litigation matter listed above. Therefore, this authorization shall expire upon the final resolution by all parties of the aforementioned civil litigation, either by final adjudication, final settlement agreement, final judicial dismissal, or by other final judicial order, including but not limited to the resolution of any and all appeals. Until then, this authorization shall be considered as continuing, and you may rely on it in all respects unless and until you have been advised by me in writing to the contrary. Please note that this authorization also permits you to release any records created or obtained by you after the date of execution of this authorization.

It is expressly understood and intended by the undersigned that you are hereby authorized to accept a copy or photocopy of this authorization with the same validity as though an original had been presented to you.

_______________________________________________________________

Name Signature Date of Birth Date Signed

_______________________________________________________________

Description of Legal Guardian/Personal Representative's authority to act.

Subscribed and sworn to before me the _____ day of ________________, 2008.

_______________________________
Notary Public

My Commission Expires:

_________________________