**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO:** Walker, No. 08-1933-ML-LDA; Garrett, No. 08-2306-ML-LDA; Smith, No. 08-2322-ML-LDA; Gracyk, No. 08-2338-ML-LDA; Lagoe, No. 08-2339-ML-LDA | § | **Chief Judge Mary M. Lisi** |

**DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED**

Defendant C.R. Bard, Inc. and Defendant Davol Inc. (collectively, the "Defendants") request that the Court issue an Order to Show Cause why the claims of Plaintiffs Valerie Walker, Mashell Garrett, Theresa Smith, Joanne Gracyk and Ronald Lagoe (collectively, "Plaintiffs") should not be dismissed. Plaintiffs failed to complete and serve a Plaintiff Fact Sheet ("PFS") as required by this Court's Amended Case Management Order (CMO). Pursuant to the CMO, Defendants notified Plaintiffs' counsel of Plaintiffs' failure to submit a timely PFS on May 13, 2008, and May 28, 2008, and have received no response. For these reasons, and for the additional reasons set out in the accompanying Memorandum in Support, the Court should dismiss Plaintiffs' claims pursuant to Rules 41(b), 27(b)(2)(C) and 16(f) of the Federal Rules of Civil Procedure.

Dated: July 15, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendants C.R. Bard, Inc. and Davol Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 15th day of July, 2008 served a true and correct copy of the foregoing Defendant C.R. Bard, Inc.'s and Defendant Davol Inc.'s Motion for Order to Show Cause Why Plaintiffs' Case Should Not Be Dismissed, by operation of the Court's Electronic Case Filing System, on the following, including Plaintiffs' Liaison Counsel:

Donald Migliori
MOTLEY RICE LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(via electronic notice)*

Steven M. Johnson.
THE JOHNSON LAW FIRM
3437 West Seventh Street #258
Fort Worth, TX 76107
Fax: (214) 853-4151
*(via facsimile)*

Robert N. Wilkey
POGUST & BRASLOW LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
*(via electronic notice)*

Michael A. London
DOUGLAS AND LONDON, P.C.
111 John Street, Suite 1400
New York, NY 10038
*(via electronic notice)*

s/ Kirby T. Griffis