Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax. 202.682.1639
www.spriggs.com

David W. Thomas
202.898.5861
dthomas@spriggs.com

May 13, 2008

VIA FACSIMILE, ORIGINAL TO FOLLOW BY U.S. MAIL

Steven M. Johnson, Esq.
The Johnson Law Firm
3437 West Seventh Street #258
Fort Worth, TX 76107
Fax: (214) 853-4151

Re: *In re: Kugel® Mesh Hernia Patch Products Liability Litigation*
USDC D. RI. MDL No. 07-1842,
Joyce Arnesen, CA No. 1:07-cv-04401
Jeri Burger, CA No. 1:07-cv-4402
Kim Catlett, CA No. 1:07-cv-04337
Vera Clay, CA No. 1:07-cv-04403
William Doug Devine, CA No. 1:07-cv-04404
Barbara Durst, CA No. 1:07-cv-04405
Roseann Eldred, CA No. 1:07-cv-04406
Mashell Garrett, CA No. 1:07-cv-04407
Davida Gavin, CA No. 1:07-cv-04408
Frank Getcy, Jr., CA No. 1:07-cv-04410
Claude Honeycutt, CA No. 1:07-cv-04411
Lynne Huerta, CA No. 1:07-cv-04412
Rex Lee, CA No. 1:07-cv-04413
Cheryl Light, CA No. 1:07-cv-04416
Janet Loose, CA No. 1:07-cv-04418
Randall McQuiller, CA No. 1:07-cv-04419
Mary Nichols, CA No. 1:07-cv-04420
Rickie Patton, CA No. 1:07-cv-04421
Patricia Peters, CA No. 1:07-cv-04422
Mary Polacek, CA No. 1:07-cv-04423
Maxette Ratliff, CA No. 1:07-cv-04424
Barbara Rogers, CA No. 1:07-cv-04425
Mike Rood, CA No. 1:07-cv-04426
Theresa Smith, CA No. 1:07-cv-04427
Everett Stafford, CA No. 1:07-cv-04428
Randall Study, CA No. 1:07-cv-04429
Valerie Walker, CA No. 1:07-cv-44330
Dorothy M. Young, CA No. 1:07-cv-4431

Dear Mr. Johnson:

On December 6, 2007, Judge Mary Lisi entered a Case Management Order ("CMO") requiring all plaintiffs to complete a Plaintiff's Fact Sheet ("PFS") and provide certain authorizations and documents as requested in the PFS. The CMO required that all plaintiffs who were a part of the MDL as of February 12, 2008 submit a PFS to Defendants by May 12, 2008.

As of the date of this letter, we have yet to receive a PFS from the following plaintiffs who appear to be represented by your firm: Joyce Arnesen, Jeri Burger, Kim Catlett, Vera Clay, William Doug Devine, Barbara Durst, Roseann Eldred, Mashell Garrett, Davida Gavin, Frank Getcy, Jr., Claude Honeycutt, Lynne Huerta, Rex Lee, Cheryl Light, Janet Loose, Randall McQuiller, Mary Nichols, Rickie Patton, Patricia Peters, Mary Polacek, Maxette Ratliff, Barbara Rogers, Mike Rood, Theresa Smith, Everett Stafford, Randall Study, Valerie Walker and Dorothy M. Young. Pursuant to the CMO, should you fail to provide a PFS which is substantially complete in all respects[1] by June 27, 2008 (45 days from the date of this letter), this case is subject to dismissal.

Your client's failure to submit a PFS in a timely fashion imposes unnecessary costs on Bard and hampers Bard's ability to proceed with discovery. Conducting case-specific fact discovery without the benefit of a PFS results in unnecessary inefficiencies.

Sincerely,

David W. Thomas

Cc: Don Migliori

---

[1] As ordered by Judge Lisi, to "substantially complete in all respects" a PFS a plaintiff must "answer every question contained in the PFS and leave no blanks, even if a plaintiff can only answer the question in good faith by indicating 'not applicable' or 'I don't know'." Sec. VI.D.3.

Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax. 202.682.1639
www.spriggs.com

David W. Thomas
202.898.5861
dthomas@spriggs.com

May 28, 2008

VIA ELECTRONIC MAIL, ORIGINAL TO FOLLOW BY U.S. MAIL

Michael A. London, Esq.
Douglas & London, P.C.
111 John Street, Suite 1400
New York, NY 10038
mlondon@douglasandlondon.com

Re: *In re: Kugel® Mesh Hernia Patch Products Liability Litigation*
USDC D. RI. MDL No. 07-1842, CA. No. 1:07-cv-5375
Plaintiff: Ronald Lagoe

Dear Mr. London:

On December 6, 2007, Judge Mary Lisi entered a Case Management Order ("CMO") requiring all plaintiffs to complete a Plaintiff's Fact Sheet ("PFS") and provide certain authorizations and documents as requested in the PFS. The CMO required that all plaintiffs who were a part of the MDL as of February 25, 2008 submit a PFS to Defendants by May 27, 2008.

As of the date of this letter, we have yet to receive a PFS from your client. Pursuant to the CMO, should you fail to provide a PFS which is substantially complete in all respects[1] by July 14, 2008 (45 days from the date of this letter), this case is subject to dismissal.

Your client's failure to submit a PFS in a timely fashion imposes unnecessary costs on Bard and hampers Bard's ability to proceed with discovery. Conducting case-specific fact discovery without the benefit of a PFS results in unnecessary inefficiencies.

Sincerely,

David W. Thomas

Cc: Don Migliori

---

[1] As ordered by Judge Lisi, to "substantially complete in all respects" a PFS a plaintiff must "answer every question contained in the PFS and leave no blanks, even if a plaintiff can only answer the question in good faith by indicating 'not applicable' or 'I don't know'." Sec. VI.D.3.

Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax. 202.682.1639
www.spriggs.com

David W. Thomas
202.898.5861
dthomas@spriggs.com

May 28, 2008

VIA ELECTRONIC MAIL, ORIGINAL TO FOLLOW BY U.S. MAIL

Robert N. Wilkey, Esq.
Pogust & Braslow, LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
rwilkey@pbmattorneys.com

Re: *In re: Kugel® Mesh Hernia Patch Products Liability Litigation*
USDC D. RI. MDL No. 07-1842, CA. No. 2:08-cv-00091
Plaintiff: Joanne Gracyk

Dear Mr. Wilkey:

On December 6, 2007, Judge Mary Lisi entered a Case Management Order ("CMO") requiring all plaintiffs to complete a Plaintiff's Fact Sheet ("PFS") and provide certain authorizations and documents as requested in the PFS. The CMO required that all plaintiffs who were a part of the MDL as of February 25, 2008 submit a PFS to Defendants by May 27, 2008.

As of the date of this letter, we have yet to receive a PFS from Joanne Gracyk. Pursuant to the CMO, should you fail to provide a PFS which is substantially complete in all respects[1] by July 14, 2008 (45 days from the date of this letter), this case is subject to dismissal.

Your client's failure to submit a PFS in a timely fashion imposes unnecessary costs on Bard and hampers Bard's ability to proceed with discovery. Conducting case-specific fact discovery without the benefit of a PFS results in unnecessary inefficiencies.

Sincerely,

David W. Thomas

Cc: Don Migliori

[1] As ordered by Judge Lisi, to "substantially complete in all respects" a PFS a plaintiff must "answer every question contained in the PFS and leave no blanks, even if a plaintiff can only answer the question in good faith by indicating 'not applicable' or 'I don't know'." Sec. VI.D.3.