**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: Frances Landers and Kenneth D. Landers, No. 1:08-cv-02374** | § § § § | **Chief Judge Mary M. Lisi** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby consent to the DISMISSAL WITH PREJUDICE of any and all claims they may have against C.R. Bard, Inc. and Davol Inc., with plaintiffs, Bard, and Davol each to bear their own costs.

Dated: July 17, 2008

Respectfully submitted,

BY:

/s/ George A. Daugherty
George A. Daugherty, WV Bar No. 943
DAUGHERTY LAW OFFICES
22 Reynolds Avenue
Elkview, WV 25071

/s/ Albert F. Good
Albert F. Good, Esq., WV Bar No. 1421
100 Capitol Street, Suite 905
Charleston, WV 25301

*For Plaintiffs Frances Landers and Kenneth D. Landers*

JACKSON KELLY PLLC

/s/ Larry W. Blalock
Larry W. Blalock (#366)
1144 Market Street

Wheeling, West Virginia 26003
Tel: (304) 233-4000
Fax: (304) 233-4077
lblalock@jacksonkelly.com

SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis__________
Joe G. Hollingsworth
Kirby T. Griffis
Michael L. Junk
1350 I Street NW
Washington, DC 20005
Tel: (202) 898-5800
Fax: (202) 682-1639
jhollingsworth@spriggs.com
kgriffis@spriggs.com
mjunk@spriggs.com

*For Defendants C.R. Bard, Inc. and Davol Inc.*