**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: Lagoe, No. 08-2339-ML-LDA** | § | **Chief Judge Mary M. Lisi** |

**DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S UNOPPOSED MOTION TO WITHDRAW**
**SHOW CAUSE MOTION AS TO PLAINTIFF LAGOE**

Defendant C.R. Bard, Inc. and Defendant Davol Inc. (collectively, "Defendants") respectfully request leave to withdraw Defendant's Motion for Order to Show Cause why Plaintiffs' Claims Should Not be Dismissed as to Plaintiff Lagoe. Counsel for Plaintiff Lagoe has represented to the undersigned counsel that Plaintiff consents to the relief sought in this motion.

Dated: July 22, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendants C.R. Bard, Inc. and Davol Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 22nd day of July, 2008 served a true and correct copy of the foregoing Defendant C.R. Bard, Inc.'s and Defendant Davol Inc.'s Unopposed Motion to Withdraw Show Cause Motion as to Plaintiff Lagoe, by operation of the Court's Electronic Case Filing System, on the following, including Plaintiffs' Liaison Counsel:

Donald Migliori
MOTLEY RICE LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(via electronic notice)*

Steven M. Johnson.
THE JOHNSON LAW FIRM
3437 West Seventh Street #258
Fort Worth, TX 76107
Fax: (214) 853-4151
*(via facsimile)*

Robert N. Wilkey
POGUST & BRASLOW LLC
161 Washington Street, Suite 1520
Conshohocken, PA 19428
*(via electronic notice)*

Michael A. London
DOUGLAS AND LONDON, P.C.
111 John Street, Suite 1400
New York, NY 10038
*(via electronic notice)*

s/ Kirby T. Griffis

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: Lagoe, No. 08-2339-ML-LDA** | § | **Chief Judge Mary M. Lisi** |

**ORDER**

The Court, having considered Defendants Davol Inc.'s and C.R. Bard, Inc.'s Unopposed Motion to Withdraw Show Cause Motion as to Plaintiff Lagoe, hereby **ORDERS** that Defendants' Motion is **GRANTED** and Defendants' Show Cause Motion as to Plaintiff Lagoe is **WITHDRAWN**.

**SO ORDERED** this day _____ of July, 2008.

_________________________
Judge Mary M. Lisi
Chief United States District Judge