UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION ) MDL Docket No. 07-1842-ML

THIS DOCUMENTS RELATES TO: ) JUDGE LISI

*Mahr,* 1:07-cv-1933-ML-LDA )
*Ramos,* 1:07-cv-1940-ML-LDA )

**~~[PROPOSED]~~ Approved CONDITIONAL ORDER DENYING DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE**

This matter came before the Court for hearing on July 15, 2008. It is hereby ORDERED that Plaintiffs Mahr and Ramos shall respond and correct deficiencies within their respective Plaintiff Fact Sheets within 21 days of their receipt of deficiency letters already sent to them.

It is further ORDERED that Defendants' Motion for an Order to Show Cause in the matters listed above is hereby DENIED on the condition that Plaintiffs cure the identified deficiencies within their Plaintiff Fact Sheet within 21 days.

So ORDERED:

Mary M. Lisi USDJ
July 24, 2008

Entered:

Barbara Barletta