**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO :** *Montiel et al. v. Davol, Inc., et al.*, 1:07-cv-00064 *Horowitz et al. v. Davol, Inc. et al.*, 1:07-cv-01865 (E.D.N.Y. 1:07-cv-02392) *Kane v. Davol, Inc. et al.*, 1:07-cv-01914 (W.D.Mo. 4:07-cv-00575) *Boggs v. Davol, Inc. et al.*, 1:07-cv-01934 (S.D. Ill. 3:07-cv-642) *Bost et al v. Davol, Inc. et al.*, 1:07-cv-01925 (E.D. Pa. 2:07-cv-03997) *Barrientos v. Davol, Inc. et al.*, 1:07-cv-01946 (M.D. Fla. 8:07-cv-01747) *Girton v. Davol, Inc. et al.*, 1:07-cv-01949 (D.N.J. 2:07-cv-4678) *Gayvont v. Davol, Inc. et al.*, 1:07-cv-01966 (N.D. W.Va. 5:07-cv-125) | § § § § § § § § § § § § § § § § | **JUDGE LISI** |

**~~[PROPOSED]~~ ORDER DENYING DEFENDANTS' MOTION TO DISMISS COUNT IV OF FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

This matter came before the Court for hearing on July 15, 2008.

It is hereby ORDERED that Defendants' Motion to Dismiss Count IV of First Amended Consolidated Class Action Complaint is DENIED without prejudice to refiling.

So Ordered:

Mary M. Lisi USDJ
July 24, 2008

Entered:

Barbara Barletta