**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION )
)
) MDL Docket No. 07-1842-ML
) JUDGE LISI
THIS DOCUMENTS RELATES TO: )
*Collins,* 1:07-cv-1912-ML-LDA )
*Barlow,* 1:07-cv-1935-ML-LDA )

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE**

This matter came before the Court for hearing on July 15, 2008. It is hereby ORDERED Defendants' Motion for Order to Show Cause Why Plaintiffs' Claims Should Not Be Dismissed is GRANTED with respect to the above-named Plaintiffs.

It is further ORDERED that the above-named Plaintiffs shall have 30 days from entry of this Order to file a submission with the Court addressing the deficiency alleged by Defendants.

So ORDERED:

Mary M. Lisi USDJ
July 25, 2008

Entered:

Barbara Barletta