# EXHIBIT B

Spriggs 25 YEARS Hollingsworth

Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Kirby T. Griffis
202.898.5828
kgriffis@spriggs.com

July 24, 2008

***VIA ELECTRONIC MAIL, ORIGINAL TO FOLLOW BY U.S. MAIL***

Donald A. Migliori, Esq.
Motley Rice LLC
321 South Main Street
Providence, RI 02903

Dear Don:

In response to your letter of yesterday, Magistrate Almond granted our motion to clarify and denied you the core relief that you sought from the start, *i.e.*, a ruling barring us from issuing notices of deposition and subpoenas directly to treating physicians. By no stretch of the imagination did you receive the relief which you requested before we filed our motion, which was that such contacts be prohibited. Instead, your fundamental and oft-repeated position that the plain language of the *ex parte* order barred *all* communications with treating physicians was flatly rejected by Magistrate Almond.

We disagree with your continued misinterpretation of what a substantive *ex parte* contact is, and will seek further Court action to correct your misinterpretation. However, and pursuant to Judge Lisi's instruction per your demand at the June MDL hearing, we are *not* currently communicating with consulting surgeon experts, who may include treating physicians. We will not provide a list of our consulting experts.

Very truly yours,

Kirby Griffis