**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § § § | **JUDGE LISI** |

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO AMEND PLAINTIFF FACT SHEET**

This matter came before the Court on July 15, 2008. Having reviewed the papers and Magistrate Judge Almond's Order dated May 5, 2008, it is hereby ORDERED that Plaintiffs' Motion to Amend the Plaintiff Fact Sheet is GRANTED.

So Ordered:

Mary M. Lisi

Entered:

Barbara Barletta

Dated: July 30, 2008