**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Meeting Agenda
August 5, 2008 at 1:00 p.m.
Room 307

1. Defense counsel report of documents loaded by Defendants' discovery vendor, hits using search terms and date by which vendor will have completed term search on those documents

2. Status of Plaintiffs' reporting of detailed information regarding proposed cases for early neutral settlement/evaluation

3. Discussion of proposed non-ring break cases for early neutral settlement/evaluation

4. Bar on communication between defense counsel and consulting surgeon experts who are or may be treating physicians

5. Pending motions

6. Next meeting of the Court, Plaintiffs' liaison counsel, and Defendants' counsel on September 8, 2008, at 1:00 in Room 307.