# EXHIBIT G

Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax. 202.682.1639
www.spriggs.com

David W. Thomas
202.898.5861
dthomas@spriggs.com

May 13, 2008

VIA ELECTRONIC MAIL, ORIGINAL TO FOLLOW BY U.S. MAIL

Charles H. Johnson, Esq.
Charles H. Johnson & Associates, P.A.
2599 Mississippi Street
New Brighton, Minnesota 55112
johnsonbarbara5@aol.com

Re: *In re: Kugel® Mesh Hernia Patch Products Liability Litigation*
USDC D. RI. MDL No. 07-1842, CA No. 07-CV-04689
Plaintiff: Nancy S. Swafford

Dear Mr. Johnson:

On December 6, 2007, Judge Mary Lisi entered a Case Management Order ("CMO") requiring all plaintiffs to complete a Plaintiff's Fact Sheet ("PFS") and provide certain authorizations and documents as requested in the PFS. As ordered by Judge Lisi, to "substantially complete in all respects" a PFS a plaintiff must "answer every question contained in the PFS and leave no blanks, even if a plaintiff can only answer the question in good faith by indicating 'not applicable' or 'I don't know'." Sec. VI.D.3.

On May 12, 2008, we received Nancy S. Swafford's ("Mrs. Swafford") PFS. Please consider this letter a deficiency letter pursuant to CMO Section VI.D.5. We request that Mrs. Swafford cure the following deficiencies:

1. Section III.C (p. 12) –Mrs. Swafford fails to provide the approximate dates of onset and medical attention for "continuing abdominal pain, numerous office visits post-op to present." Please provide a supplemental response.

2. Section III.E.4 (p. 14) – Mrs. Swafford fails to provide the requested information about the family doctor who is treating her depression. Please provide a supplemental response.

3. Section III.G.1 (p. 15) – Mrs. Swafford fails to itemize her out-of-pocket expenses. Please provide a supplemental response.

4. Section V.E (p. 18) – Mrs. Swafford fails to provide dates of visits to "Valley Health." Please supplement this response.

5. Section V.F (pp. 19-20) – Mrs. Swafford fails to provide the requested information about any of the conditions to which she has answered affirmatively and refers to her medical records instead. Please provide a supplemental response filling out Section V.F as instructed.

6. Section VI.A (p. 22) – Mrs. Swafford fails to provide the dates of her Medicaid plan to complete a ten (10) year history of medical insurance coverage. Please complete a ten (10) year history or confirm that Mrs. Swafford was uninsured during any relevant period.

7. Section X.A (p. 26) – Mrs. Swafford fails to provide the names and addresses of any potential witnesses. Please provide a supplemental response.

8. Section XI.A.F (p. 27) – Mrs. Swafford fails to provide signed original records authorization forms for any and all records of disability insurance or worker's compensation benefits, as provided in Exhibit F.

9. Section XI.A.G (p. 27) – Mrs. Swafford fails to provide complete executed copies of records authorization forms for the previous ten (10) years of her Federal and State tax returns, as provided in Exhibit G.

10. Section XI.B.4 (p. 28) – Mrs. Swafford fails to indicate whether or not he possesses the requested documents. Please supplement this response.

Pursuant to the CMO, we are obliged to advise you that should plaintiff fail to provide a supplemental PFS curing the deficiencies (including an original, signed and dated Declaration verifying the plaintiff's supplemental responses) by June 27, 2008 (45 days from the date of this letter), Mrs. Swafford's case is subject to dismissal.

The submission of a deficient PFS itself imposes unnecessary costs on Bard. Further, submission of a deficient PFS hampers Bard's ability to proceed with discovery. Conducting case-specific fact discovery without the benefit of a PFS complete in all material respects results in unnecessary inefficiencies.

We are available to confer with you by telephone concerning the issues raised in this letter. Please let me know your availability. Thank you in advance for your cooperation in this matter.

Very Truly Yours,

David W. Thomas

cc: Don Migliori