**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO BOKEMPER, No. 1:08-cv-2070 SWAFFORD, No. 1:08-cv-2069 THOMPSON, No. 1:07-cv-1989** | § § § § | **JUDGE LISI** |

**MEMORANDUM IN SUPPORT OF DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFF'S CLAIMS SHOULD NOT BE DISMISSED**

Defendant C.R. Bard, Inc. and Defendant Davol Inc. (collectively, the "Defendants") request that the Court issue an Order to Show Cause why the claims of Anton Bokemper, Nancy Swafford and Paula Thompson, (collectively "Plaintiffs"), should not be dismissed. Plaintiffs failed to serve a completed Plaintiff Fact Sheet ("PFS") as required by this Court's Case Management Order (CMO). Pursuant to the CMO, Defendants notified Plaintiffs' counsel of Plaintiffs' failure to submit a completed PFS on March 17, 2008, April 30, 2008, May 5, 2008, May, 13, 2008, and July 16, 2008, and have received no response. As of July 30, 2008, Defendants have not received supplemental PFS responses from Plaintiffs. For these reasons, and for the additional reasons set out in the accompanying (Memorandum in Support), the Court should dismiss Plaintiffs' claims pursuant to Rules 41(b), 37(b)(2)(C) and 16(f) of the Federal Rules of Civil Procedure.

Respectfully submitted,

July 31, 2008

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 31st day of July, 2008 served a true and correct copy of the foregoing Defendant C.R. Bard, Inc.'s and Defendant Davol Inc.'s Motion for Order to Show Cause Why Plaintiffs' Case Should Not Be Dismissed, by operation of the Court's Electronic Case Filing System, on the following, including Plaintiffs' Liaison Counsel:

Donald Migliori
MOTLEY RICE LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(via electronic notice)*

Charles H. Johnson
CHARLES H. JOHNSON AND ASSOCIATES
2599 Mississippi Street
New Brighton, Minnesota 55112
*(via electronic notice)*

s/ Kirby T. Griffis
Kirby T. Griffis