**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO** | § | |
| **BOKEMPER, No. 1:08-cv-2070** | § | **JUDGE LISI** |
| **SWAFFORD, No. 1:08-cv-2069** | § | |
| **THOMPSON, No. 1:07-cv-1989** | | |

**DEFENDANTS' MOTION TO SEAL THEIR MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFF'S CLAIMS SHOULD NOT BE DISMISSED**

Pursuant to paragraph 15 of the Confidentiality and Protective Order dated December 6, 2007, Defendants hereby move this Honorable Court to seal the previously filed Exhibits A, B, C, D, E, F and G of the Defendants' Motion for Order to Show Cause re Anton Bokemper, Nancy Swafford and Paula Thompson

Dated: July 31, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
1350 I St., N.W.
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com

**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2008, the foregoing MOTION TO SEAL was filed with the Clerk of Court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon Plaintiffs' Liaison Counsel and counsel of record for plaintiff in the manner indicated below:

Donald Migliori
MOTLEY RICE, LLC.
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(electronic notice)*

Charles H. Johnson
CHARLES H. JOHNSON AND ASSOCIATES
2599 Mississippi Street
New Brighton, Minnesota 55112
*(via electronic notice)*

/s/ Kirby T. Griffis