**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO DIFFEE, No. 1:08-cv-1860** | § § | **JUDGE LISI** |
| | § | |

**MOTION TO SEAL**

Pursuant to paragraph 15 of the Confidentiality and Protective Order dated December 6, 2007 and D.R.I. R. 102(1), Defendants hereby move this Honorable Court to seal Exhibit A to the Defendants' Motion for Order to Show Cause re: Beverly Diffee ("Plaintiff"). Exhibit A is correspondence regarding deficiencies in the PFS that pertains to confidential health information. For these reasons, the Court should grant this Motion to Seal.

Dated: August 7, 2008

Respectfully submitted,
SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
1350 I St., N.W.
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
Morison Mahoney, LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel.: (401) 331-4660
Fax: (401) 351-4420
**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2008, the foregoing MOTION TO SEAL and underlying confidential documents were filed with the Clerk of the Court via hand delivery. I further certify that a true and correct copy of this filing was served upon Plaintiffs' Liaison Counsel and counsel of record for plaintiff in the manner indicated below:

Donald Migliori
MOTLEY RICE, LLC.
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(via electronic service)*

Robert Pedroli, Esq.
Pedroli & Gauthier
7777 Bonhomme Ave., Suite 2250
Clayton, MO 63105
mylegalworld@sbcglobal.net
(*via electronic service*)

/s/ Kirby T. Griffis