**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO** *Hugh French et al v. Davol Inc 1:08-cv-02463* (M.D. Tenn 08-301) | § § § | **JUDGE LISI** |

**JOINT STIPULATION REGARDING DEADLINES**

On July 10, 2008, Defendants filed their ***Motion to Dismiss Plaintiffs' Class Action Complaint***. Since that time, the parties have been engaged in thorough and thoughtful discussions regarding the Defendants' Motion. In light of this dialogue, and the July 31, 2008 due date for Plaintiffs' Response, the parties have consented to a 14 day extension of Plaintiffs' Response deadline and it is now due on August 14, 2008.

Respectfully submitted for the Court's approval, this the 12th of August, 2008.

On behalf of Co-Lead Counsel,
For Plaintiffs
By: /s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02903
401-457-7700
401-457-7708 FAX

*MDL 1842 Plaintiffs' Liaison Counsel*

On behalf of Lead Counsel
For Defendants,
By: /s/ Kirby Griffis
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I St. NW
Washington, DC 20005
202-898-5800
202-682-1639 (fax)

*MDL 1842 Defendants' Counsel*

So ORDERED:

________________________

Entered:

________________________