**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## SCHEDULE CTO-25 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| ARKANSAS EASTERN | | |
| ARE 4 08-568 | Edna Faye Thomas, et al. v. Davol, Inc., et al. | CA 08-2535 |
| ARIZONA | | |
| AZ 2 08-1073 | Martin Fishgold, et al. v. C.R. Bard, Inc., et al. | CA 08-2536 |
| CALIFORNIA CENTRAL | | |
| CAC 2 08-4064 | Carmenita Nunley v. C.R. Bard, Inc., et al. | CA 08-2537 |
| CAC 2 08-4273 | Barbara Gibson v. Davol, Inc., et al. | CA 08-2538 |
| FLORIDA MIDDLE | | |
| FLM 8 08-1117 | Robert Raitt, et al. v. Davol, Inc., et al. | CA 08-2539 |
| IOWA SOUTHERN | | |
| IAS 3 08-83 | John Rubio, et al. v. Davol, Inc., et al. | CA 08-2540 |
| ILLINOIS NORTHERN | | |
| ILN 1 08-3251 | Leslie Kolb v. Davol, Inc., et al. | CA 08-2541 |
| KENTUCKY WESTERN | | |
| KYW 5 08-110 | Terry Hoffman v. Davol, Inc., et al. | CA 08-2542 |
| MINNESOTA | | |
| MN 0 08-1903 | Ronald E. Reijo v. Davol, Inc., et al. | CA 08-2543 |
| MN 0 08-1905 | Max E. Allen v. Davol, Inc., et al. | CA 08-2544 |
| MN 0 08-2573 | Thane Parton v. Davol, Inc., et al. | CA 08-2545 |
| MN 0 08-2574 | Todd Miller v. Davol, Inc., et al. | CA 08-2546 |
| MISSOURI EASTERN | | |
| MOE 4 08-875 | Vena Hadley v. C.R. Bard, Inc., et al. | CA 08-2547 |
| MISSOURI WESTERN | | |
| MOW 4 08-455 | Marjorie Miller v. Davol, Inc., et al. | CA 08-2548 |
| NEW JERSEY | | |
| NJ 2 08-3303 | Jean G. Barresi v. Davol, Inc., et al. | CA 08-2549 |
| NJ 2 08-3304 | Melissa Salter Brownlee v. Davol, Inc., et al. | CA 08-2550 |
| NJ 2 08-3305 | David Conley Deen, et al. v. Davol, Inc., et al. | CA 08-2551 |

**MDL No. 1842 - Schedule CTO-25 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|
| NEW YORK EASTERN | | |
| NYE 1 08-2329 | Dolly LaTarte, et al. v. Davol, Inc., et al. | CA 08-2552 |
| NYE 1 08-2330 | Kenneth Brown v. Davol, Inc., et al. | CA 08-2553 |
| NYE 1 08-2543 | Sharon Gordon, et al. v. Davol, Inc., et al. | CA 08-2554 |
| NYE 1 08-2544 | Jennifer Wigal v. Davol, Inc., et al. | CA 08-2555 |
| NEW YORK SOUTHERN | | |
| NYS 1 08-5432 | Mamie Thaden v. Davol, Inc., et al. | CA 08-2556 |
| PENNSYLVANIA EASTERN | | |
| PAE 5 08-2834 | Todd H. Dreisbach, et al. v. Davol, Inc., et al. | CA 08-2557 |
| TEXAS SOUTHERN | | |
| TXS 2 08-208 | Trinidad Rose Trejo v. Davol, Inc., et al. | CA 08-2558 |