David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette J. Dube
Chief Deputy Clerk

# NOTICE

**In re: MDL 1842 Kugel Mesh Hernia Patch Products Liability Litigation**

Attached is a certified copy of the CTO-25 with attached list of tag-along actions received by this court on August 11, 2008 from the Multidistrict Litigation Panel. The CTO-25 includes the civil action number assigned to each action by the District of Rhode Island.

The Honorable Mary M. Lisi, Chief Judge for the District of Rhode Island will be presiding over these actions, and her address is as follows:

**Chief Judge Mary M. Lisi**
**U.S. District Court**
**District of Rhode Island**
**One Exchange Terrace**
**Providence, RI 02903**

All procedural orders are now available on the Court's website: www.rid.uscourts.gov under the MDL 1842 button. The website also includes contact information for plaintiffs and defendants along with the agenda and minutes from meetings held at the courthouse with Judge Lisi.

The Local Rules for the District of Rhode Island are also available to download from our website under Rules and Procedures.

The Court has determined that only liaison counsel for plaintiffs will be allowed to file for the plaintiffs at this time.

Any questions can be directed to the following case managers:

Barbara Barletta
401-752-7204
barbara_barletta@rid.uscourts.gov

John Duhamel
401-752-7205
john_duhamel@rid.uscourts.gov

August 12, 2008

**DAVID A. DiMARZIO**
**CLERK OF COURT**