**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: DIFFEE, No. 1:08-cv-1860** | § | **JUDGE LISI** |

**DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S UNOPPOSED MOTION TO WITHDRAW**
**SHOW CAUSE MOTION AS TO PLAINTIFF DIFFEE**

Defendant C.R. Bard, Inc. and Defendant Davol Inc. (collectively, "Defendants") respectfully request leave to withdraw Defendant's Motion for Order to Show Cause why Plaintiff's Claims Should Not be Dismissed as to Plaintiff Diffee. Counsel for Plaintiff Diffee consents to the relief sought in this motion.

Dated: August 13, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendants C.R. Bard, Inc. and Davol Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 13th day of August, 2008 served a true and correct copy of the foregoing Defendant C.R. Bard, Inc.'s and Defendant Davol Inc.'s Unopposed Motion to Withdraw Show Cause Motion as to Plaintiff Diffee, by operation of the Court's Electronic Case Filing System, on the following, including Plaintiffs' Liaison Counsel:

Donald Migliori
MOTLEY RICE LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
dmigliori@motleyrice.com
(*via electronic notice)*

Robert Pedroli, Esq.
PEDROLI & GAUTHIER
7777 Bonhomme Ave., Suite 2250
Clayton, MO 63105
mylegalworld@sbcglobal.net
*(via electronic notice)*

s/ Kirby T. Griffis

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: DIFFEE, No. 1:08-cv-1860** | § § | **JUDGE LISI** |
| | § § § § | |

**ORDER**

The Court, having considered Defendants Davol Inc.'s and C.R. Bard, Inc.'s Unopposed Motion to Withdraw Show Cause Motion as to Plaintiff Diffee, hereby **ORDERS** that Defendants' Motion is **GRANTED** and Defendants' Show Cause Motion as to Plaintiff Diffee is **WITHDRAWN**.

**SO ORDERED** this day _____ of August, 2008.

_________________________
Judge Mary M. Lisi
Chief United States District Judge