Re: MDL 1842

To: Clerk of the Panel

Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE, Room G-225, North Lobby
Washington, DC 20002-8004

Please find requested complaints for the 78th Notice of Tag Along, excluding the complaints of Mamie Thaden (S.D.N.Y.) and Steven Kellie (N.J.). We will provide these two complaints as soon as possible.

Please contact Travis Funkhouser, Paralegal, at (202)589-2024 with questions.

**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION** | ) | **MDL Docket No. 1842** |

**DEFENDANTS' SEVENTY-EIGHTH 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Defendant C.R. Bard, Inc. and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named. These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007.

**United States District Court for the Eastern District of New York**

*Kenneth Brown v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-02330, Judge Jack B. Weinstein.

*Dolly LaTarte and Thomas LaTarte v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-02329, Judge Sterling Johnson, Jr.

**United States District Court for the Eastern District of Pennsylvania**

*Todd H. Dreisbach and Antoinette Dreisbach v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 5:08-cv-02834, Judge James Knoll Gardner.

**United States District Court for the Eastern District of Missouri**

*Vena Hadley v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00875, Judge Donald J. Stohr.

**<u>United States District Court for the Western District of Missouri</u>**

*Marjorie Miller v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00455, Judge Gary A. Fenner.

**<u>United States District Court for the District of Minnesota</u>**

*Todd Miller v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-02574, Judge Joan N. Ericksen.

*Thane Parton v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-02573, Judge James M. Rosenbaum.

**<u>United States District Court for the Southern District of New York</u>**

*Mamie Thaden v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-05432, Judge Lewis A. Kaplan.

**<u>United States District Court for the Eastern District of Arkansas</u>**

*Edna Faye Thomas and Lerone Thomas v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00568, Judge Susan Webber Wright.

**<u>United States District Court for the District of New Jersey</u>**

*Steven Kellie v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-02984, Judge Renee Marie Bumb.

Respectfully submitted,

Dated: June 24, 2008

SPRIGGS & HOLLINGSWORTH

Kirby T. Griffis / MLJ

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**PROOF OF SERVICE**

I hereby certify that on this 24th day of June, 2008, a true and correct copy of the foregoing Defendants' Seventy-Eighth Rule 7.5(e) Notice of Potential Tag-Along was served via first class mail, postage pre-paid, on appointed Liaison Counsel and counsel for those parties affected by this action as per Rule 5.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation:

**Motley Rice LLC**
Donald A. Migliori
Motley Rice LLC
321 South Main Street
Providence, RI 02903

**Liaison Counsel**

**Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119

**Counsel for Plaintiff: Kenneth Brown**
**Counsel for Plaintiffs: Dolly LaTarte and Thomas LaTarte**

**JANE SEBELIN**
SHULMAN & SHABBICK
533 DELAWARE AVE
PALMERTON, PA 18071

**Counsel for Plaintiffs: Todd H. Dreisbach and Antoinette Dreisbach**

**David M. Hicks**
DAVID M. HICKS, P.C.
7720 Stonebridge Golf Drive
Maryville, IL 62062

**Counsel for Plaintiff: Vena Hadley**

**Derek H. Potts**
Potts Law Firm, LLC
908 Broadway
3rd Floor
Kansas City, MO 64105

**Counsel for Plaintiff: Marjorie Miller**

**Lucia J W McLaren**
Goldenberg & Johnson, PLLC
33 S 6th St Ste 4530
Minneapolis, MN 55402

**Counsel for Plaintiff: Todd Miller**
**Counsel for Plaintiff: Thane Parton**

**David Bagley Rheingold**
Rheingold,Valet, Rheingold, Shkolnik &
McCartney, LLP
113 East 37th Street
New York, NY 10016-3042

**Counsel for Plaintiff: Mamie Thaden**

**JAMES J. MCHUGH, JR.**
LOPEZ MCHUGH, LLP
712 EAST MAIN STREET
SUITE 2A
MOORESTOWN, NJ 08057

**Counsel for Plaintiffs: Steven Kellie and Lori Kellie**

**George R. Wise, Jr.**
Brad Hendricks Law Firm
500 Pleasant Valley Drive
Suite C
Little Rock, AR 72227

**Counsel for Plaintiff: Edna Faye Thomas and Lerone Thomas**

**Affiliated Defense Counsel Affected by this Notice:**

PEPPER, HAMILTON, LLP
Samuel J. Abate, Jr.
420 Lexington Ave., Suite 2320
New York, NY 10170-2399

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

WHITE & WILLIAMS LLP
Steven J. Forry
The Frick Building
437 Grant Street, Suite 1001
Pittsburgh, PA 15219

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

MCCARTER & ENGLISH
Barbara K. Gotthelf
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Baker, Sterchi, Cowden & Rice, LLC
Joseph FR. Callahan
Kara Stubbs
1010 Market Street, Suite 950
St. Louis, MO 63101

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Eckland & Blando LLP
Mark Blando
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
Lyn P. Pruit
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

McCarter & English, LLP
David J. Cooner
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Kirby T. Griffis /MLJ

Kirby T. Griffis