**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re COMPOSIX® KUGEL® HERNIA REPAIR PATCH LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § § | **JUDGE LISI** |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL IDENTIFICATION OF ALL PLAINTIFFS' TREATING PHYSICIANS WHO HAVE BEEN CONTACTED OR RETAINED**
**AS CONSULTING EXPERTS BY DEFENDANTS**

Defendants Davol Inc. and C.R. Bard, Inc. (collectively, "Defendants"), hereby oppose to plaintiffs' motion to compel the production of identities of consulting expert witnesses who are also treating physicians, as well as extensive information about Defendants' contacts with such consultants. As described more fully in the accompanying memorandum, Defendants have already provided plaintiffs' liaison counsel with the identity of the only consulting expert who Defendants know to be a treating physician, and the remaining information sought by plaintiffs is not discoverable or relevant to any ongoing litigation and is prohibited by Federal Rule of Civil Procedure 26(b)(4).

Dated: August 15, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)