UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION | § § | |
| | § | MDL Docket No. 07-1842-ML |
| THIS DOCUMENT RELATES TO DIFFEE, No. 1:08-cv-1860 | § § § | JUDGE LISI |

# MOTION TO SEAL

Pursuant to paragraph 15 of the Confidentiality and Protective Order dated December 6, 2007 and D.R.I. R. 102(1), Defendants hereby move this Honorable Court to seal Exhibit A to the Defendants' Motion for Order to Show Cause re: Beverly Diffee ("Plaintiff"). Exhibit A is correspondence regarding deficiencies in the PFS that pertains to confidential health information. For these reasons, the Court should grant this Motion to Seal.

RECEIVED
AUG 07 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

Granted.
Mary M. Lisi
USDJ 8/14/08

658322v1

Dated: August 7, 2008

Respectfully submitted,
SPRIGGS & HOLLINGSWORTH

/s/ Kirby T. Griffis

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
1350 I St., N.W.
Washington, DC 20005
Phone: (202) 898-5800
Fax: (202) 682-1639
Email: kgriffis@spriggs.com

Mark T. Nugent, #2637
Thomas M. Robinson, #6193
Morison Mahoney, LLP
10 Weybosset Street, Suite 900
Providence, RI 02903
Tel.: (401) 331-4660
Fax: (401) 351-4420
**ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2008, the foregoing MOTION TO SEAL and underlying confidential documents were filed with the Clerk of the Court via hand delivery. I further certify that a true and correct copy of this filing was served upon Plaintiffs' Liaison Counsel and counsel of record for plaintiff in the manner indicated below:

Donald Migliori
MOTLEY RICE, LLC.
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
*(via electronic service)*

Robert Pedroli, Esq.
Pedroli & Gauthier
7777 Bonhomme Ave., Suite 2250
Clayton, MO 63105
mylegalworld@sbcglobal.net
(*via electronic service*)

/s/ Kirby T. Griffis



542601v1
658322v1