**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § | |
| **THIS DOCUMENT RELATES TO:** | § | **MDL Docket No. 07-1842-ML** |
| **EDWARD NAVIS C.A. No. 1:08CV02358** | § | |
| | § | **JUDGE LISI** |
| **EDWARD NAVIS,** | § | |
| **Plaintiffs** | § | |
| **vs.** | § | |
| **DAVOL, INC.,** | § | |
| **Defendant.** | § | |

**STIPULATION OF DISMISSAL**

Plaintiff EDWARD NAVIS files this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. On December 27, 2007, Plaintiff brought suit against Defendant in Case No. 4:07-CV-04561; *Edward Navis v. Davol, Inc.*, in the United States District Court for the Southern District of Texas.

2. On February 25, 2008, this case was transferred to the United States District Court for Rhode Island and assigned C.A. No. 1:08-CV-02358.

3. Plaintiff EDWARD NAVIS moves to dismiss his claims and causes of action against Defendant.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. This dismissal is without prejudice to refiling.

Respectfully submitted,

For Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02903
Telephone (401) 457-7700
Facsimile (401) 457-7748

***MDL-1842 Plaintiffs' Liaison Counsel***

For Defendants:

/s/ Kirby T. Griffis
Kirby T. Griffis
**SPRIGGS & HOLLINGSWORTH**
1350 I Street NW
Washington, DC 20005
Telephone (202) 898-5800
Facsimile (202) 682-1639

***MDL-1842 Defendants' Liaison Counsel***

/s/ David W. Alexander
David W. Alexander
**Williams Kherkher Hart Boundas LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone (713) 230-2200
Facsimile (713) 643-6226

***Attorneys for Plaintiffs***

## CERTIFICATION

I, Donald A. Migliori, hereby certify that a copy of the foregoing ***Stipulation of Dismissal*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: August 18, 2008

/s/ Donald A. Migliori

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX