**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § | |
| **THIS DOCUMENT RELATES TO:** | § | **MDL Docket No. 07-1842-ML** |
| **KATE KATHERINE TAYLOR** **C.A. No. 1:08CV02247** | § | **JUDGE LISI** |
| **KATE KATHERINE TAYLOR,** | § | |
| **Plaintiffs** | § | |
| **vs.** | § | |
| **DAVOL, INC. and C.R. BARD, INC.,** | § | |
| **Defendants.** | § | |

**STIPULATION OF DISMISSAL**

Plaintiff KATE KATHERINE TAYLOR files this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. On December 17, 2007, Plaintiff brought suit against Defendants in Case No. 4:07-CV-04335; *Kate Katherine Taylor v. Davol, Inc. and C.R. Bard, Inc.*, in the United States District Court for the Southern District of Texas.

2. On February 12, 2008, this case was transferred to the United States District Court for Rhode Island and assigned C.A. No. 1:08-CV-02247.

3. Plaintiff KATE KATHERINE TAYLOR moves to dismiss her claims and causes of action against Defendants.

4. Defendants, who have answered, agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. This dismissal is without prejudice to refiling.

Respectfully submitted,

For Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02903
Telephone (401) 457-7700
Facsimile (401) 457-7748

***MDL-1842 Plaintiffs' Liaison Counsel***

/s/ David W. Alexander
David W. Alexander
**Williams Kherkher Hart Boundas LLP**
8441 Gulf Freeway, Suite 600
Houston, Texas 77017
Telephone (713) 230-2200
Facsimile (713) 643-6226

***Attorneys for Plaintiffs***

For Defendants:

/s/ Kirby T. Griffis
Kirby T. Griffis
**SPRIGGS & HOLLINGSWORTH**
1350 I Street NW
Washington, DC 20005
Telephone (202) 898-5800
Facsimile (202) 682-1639

***MDL-1842 Defendants' Liaison Counsel***

**CERTIFICATION**

I, Donald A. Migliori, hereby certify that a copy of the foregoing ***Stipulation of Dismissal*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: August 18, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX