**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § | |
| **THIS DOCUMENT RELATES TO:** | § | **MDL Docket No. 07-1842-ML** |
| **LUISA HOCEVAR and LOUIS P. HOCEVAR C.A. No. 08-2461** | § | |
| | § | **JUDGE LISI** |
| **LUISA HOCEVAR and LOUIS P. HOCEVAR, Plaintiffs** | § | |
| **vs.** | § | |
| **DAVOL, INC. and C.R. BARD, INC., Defendants.** | § | |

**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER F.R.C.P. 41(a)(1)**

The parties hereby stipulate that this case is voluntarily dismissed, without prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1).

Respectfully submitted,

For Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02903
Telephone (401) 457-7700
Facsimile (401) 457-7748
***MDL-1842 Plaintiffs' Liaison Counsel***

For Defendants:

/s/ Kirby T. Griffis
Kirby T. Griffis
**SPRIGGS & HOLLINGSWORTH**
1350 I Street NW
Washington, DC 20005
Telephone (202) 898-5800
Facsimile (202) 682-1639
***MDL-1842 Defendants' Liaison Counsel***

/s/ Daniel N. Gallucci
Daniel N. Gallucci, Esquire
Joanne E. Matusko, Esquire
**RodaNast, P.C.**
801 Estelle Drive
Lancaster, Pennsylvania 17601
Phone: (717) 892-3000
Facsimile: (717) 892-1200
***Attorneys for Plaintiffs***

**CERTIFICATION**

I, Donald A. Migliori, hereby certify that a copy of the foregoing ***Stipulation of Dismissal*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: August 18, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX