**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO** | § | |
| **WILSON, PAMELA ANN** | § | **JUDGE LISI** |
| **No. 1:07-cv-1907** | § | |

# MOTION TO SEAL

Pursuant to paragraph 15 of the Confidentiality and Protective Order dated December 6, 2007, Defendants hereby move this Honorable Court to seal the previously filed Exhibit A of the Defendants' Motion for Order to Show Cause re Pamela Ann Wilson. [Docket No. 1177]

Respectfully submitted,

Dated: August 18, 2008

s/ Kirby T. Griffis

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*