Case 1:07-md-01842-ML-LDA Document 1299-2 Filed 08/18/2008 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO WILSON, PAMELA ANN No. 1:07-cv-1907** | § § § | **JUDGE LISI** |

**PROPOSED ORDER**

The Court, having reviewed Defendants' Motion to Seal Exhibit A of their Motion to Show Cause Regarding Pamela Ann Wilson hereby **GRANTS** Defendants' motion.

**So ORDERED:**

Mary M. Lisi USDJ
8/19/08

Entered:

Barbara Barletta

570393v1