**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | **MDL Docket No. 07-1842-ML** |
| | § | |
| **THIS DOCUMENT RELATES TO:** *French, et al. v. Davol, Inc., et al.,* 1:08-cv-02463 (M.D. Tenn. 08-301) | § § § § | **Judge Mary M. Lisi** |

## ~~[PROPOSED]~~ CONSENT ORDER TO STAY CASE

1. WHEREAS, on March 24, 2008, Plaintiffs, Hugh French and Michael Earles ("Plaintiffs"), filed their Class Action Complaint (the "Complaint") in the above-captioned litigation in the United States District Court for the Middle District of Tennessee. The case has now been transferred to this MDL.

2. WHEREAS, Plaintiffs' Complaint seeks relief on behalf of: "[a]ll citizens, residents or domiciliaries of the State of Tennessee who had a recalled Composix Kugel Mesh Patch implanted in their person, which has not been explanted, and who have not previously filed a claim or lawsuit for personal injury, but will require medical monitoring." Complaint, ¶60.

3. WHEREAS, on July 10, 2008, Defendants filed a Motion to Dismiss Plaintiffs' Class Action Compliant.

4. WHEREAS, the parties' attorneys have had discussions regarding Plaintiff's class action cause of action and Defendants' motion to dismiss.

5. WHEREAS, the parties agree to stay Plaintiffs' class action claims without prejudice. Moreover, the parties agree that the stay will not prejudice or otherwise affect the parties' ability to seek modification of this stipulation. Moreover, Defendants' Motion to Dismiss will also be stayed for as long as this stay is operative and

will remain pending. Finally, the parties agree that this stay is without prejudice to Hugh French's or Michael Earles' ability to serve as a putative class representative in the consolidated class action case pending in this MDL.

IT IS HEREBY ORDERED that:

*French, et al. v. Davol, Inc., et al.,* 1:08-cv-02463 (M.D. Tenn. 08-301), is stayed without prejudice to the parties' ability to modify the stipulation to stay, and without prejudice to Hugh French's or Michael Earles' ability to serve as a putative class representative in the consolidated class action case pending in this MDL.

On Behalf of Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 Fax

*MDL-1842 Plaintiffs' Liaison Counsel*

On Behalf of Defendants:

/s/ Kirby T. Griffis
Kirby T. Griffs
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005
202-898-5800
202-682-1639 Fax

*MDL-1842 Defendants' Liaison Counsel*

So ORDERED:

Mary M. Lisi USDJ
8/19/08

Entered:
Barbara Barletta