# EXHIBIT B

CORY WATSON
CORY WATSON CROWDER & DEGARIS, P.C.
ATTORNEYS AT LAW

Jon C. Conlin
(205) 328-2200
(205) 324-7896 Fax
jconlin@cwcd.com

July 28, 2008

Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005

Re: *Williams v. Davol, Inc. and C.R. Bard, Inc.*
Civil Action No. 08-CV-00039
*Gaddy v. Davol, Inc. and C.R. Bard, Inc.*
Civil Action No. 08-CV-02445

Dear Mr. Griffis:

In the process of preparing to submit Plaintiff's Fact Sheets for Debbra Lee Williams and Charles Gaddy, we uncovered corrections which are needed to be made to their complaints. In the complaint of Mrs. Williams, some factual information on the complaint needs correcting, but no counts will be altered. As for Mr. Gaddy, the loss of consortium claim had mistakenly not been included in the original complaint (this will require an additional consortium count be added to the complaint), the County is improperly listed as Hays instead of Travis, and "Ms." was mistyped for "Mr." in a few instances. We ask that you agree to leave to amend both complaints. Please do not hesitate to contact us should you have any other questions.

Yours very truly,

Jon C. Conlin

JCC/ls

**From:** Jon C. Conlin
**Sent:** July 30, 2008 2:17 PM
**To:** Letrice Stovall
**Subject:** FW: Request to amend complaints in Williams & Gaddy

see below

Jon Collins Conlin
Cory, Watson, Crowder, & DeGaris
2131 Magnolia Avenue
Birmingham, AL 35205
(205) 328-2200
1-800-852-6299 Toll-Free
E-Mail: jconlin@cwcd.com
Website: www.cwcd.com

The information transmitted is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. Any review, transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from your computer.

> IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

---

**From:** Griffis, Kirby T. [mailto:kgriffis@spriggs.com]
**Sent:** Wednesday, July 30, 2008 2:12 PM
**To:** Jon C. Conlin
**Cc:** Don Migliori
**Subject:** Request to amend complaints in Williams & Gaddy

JC: I have your July 28 letter re request to amend complaints in these two cases. You have our leave to do so in accordance with your letter.

Kirby
This electronic message contains information from the law firm of Spriggs & Hollingsworth, which may be confidential or privileged. The inf