**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re COMPOSIX® KUGEL® HERNIA REPAIR PATCH LITIGATION** | § § § | **MDL Docket No. 07-1842-MDL** |
| **THIS DOCUMENT RELATES TO: GADDY v. DAVOL, Inc. *et al*: 1:08-cv-02445-ML-LDA (*transferred from Western District of Texas: 1:08-cv-00143-SS*)** | § § § | **JUDGE LISI** |

**UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COMES the Plaintiff, Charles Gaddy, Jr., by and through his undersigned attorneys and moves that he be allowed to file an Amended Complaint in the above-captioned matter pursuant to § V.B. of the CMO as entered by this Court on December 6, 2007. The changes include the addition of a loss of consortium count, the change of the county from Travis to Hays and the mistype of Ms. instead of Mr. in a few instances. The Amended complaint and the correspondence to and from the defendants agreeing to the amendment are attached as Exhibits A and B.

Plaintiffs, CHARLES GADDY, JR. and
LORNA LEE GADDY
By their Attorneys,

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX

***MDL 1842 Plaintiffs' Liaison Counsel***

/s/ Ernest Cory
Ernest Cory
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, AL 35209
205-328-2200
205-326-7896 FAX

***Attorney for Plaintiff***

# CERTIFICATE OF SERVICE

I, Donald A. Migliori, hereby certify that a copy of the foregoing Plaintiff's ***Unopposed Motion for Leave to File an Amended Complaint*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: August 21, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX