**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-MDL** |
| | § | |
| **THIS DOCUMENT RELATES TO:** | § | **JUDGE LISI** |
| **SONYA MITCHELL v. DAVOL, Inc. *:*** **1:07-cv-00824-SS- (*transferred from the Western District of Texas: 1:07-cv-00824-SS*)** | § | |

**MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COMES the plaintiff, Sonya Mitchell, by and through her undersigned attorneys and moves that she be allowed to file an Amended Complaint in the above-captioned matter pursuant to § V.B. of the CMO as entered by this Court on December 6, 2007.

Plaintiff , Sonya Mitchell
By her Attorneys,

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX

***MDL 1842 Plaintiffs' Liaison Counsel***

Daniel W. Andrews
PO Box 26513
Austin, TX. 78755
State Bar No. 01240950
512-627-9624

***Attorney for Plaintiff***

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing Plaintiff's ***Motion for Leave to File an Amended Complaint*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: August 21, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX