**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | **§** | |
| | **§** | |
| **THIS DOCUMENT RELATES TO:** | **§** | **MDL Docket No. 07-1842-MDL** |
| **SONYA MITCHELL v. DAVOL, Inc. : 1:07-cv-00824-SS- (*transferred from the Western District of Texas: 1:07-cv-00824-SS*)** | **§** | |
| | **§** | **JUDGE LISI** |
| | **§** | |

**PLAINTIFF'S FIRST AMENDED ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Sonya Mitchell complaining of defendant Davol, Inc., A Subsidiary of C.R. Bard Inc. and for cause of action would show unto the court as follows:

I.

This cause was originally filed in Travis County, Texas and subsequently transferred into the MDL.

Plaintiff is a resident of Travis County, TX.

Defendant has previously been served with process and answered herein.

II.

It has become necessary to bring this lawsuit because of two separate Bard Kugel mesh patches that were implanted into plaintiff for hernia treatment. Plaintiff's first implant was a Bard Composix Kugel Mesh model number 0010203. This patch was implanted on August 24, 2005 and thereafter caused plaintiff severe abdominal pain. It was surgically explanted on May 26, 2006 and at that surgery a Bard Composix E/X Mesh patch model number 0123460 was

implanted into plaintiff. This new patch subsequently caused plaintiff severe abdominal pain and was surgically explanted March 2008. All surgeries and treatment occurred in Austin, TX.

Defendant's mesh patches identified above are defectively manufactured and as a proximate cause have caused plaintiff severe injuries and damages.

III.

Plaintiff alleges that the amount in controversy is within the jurisdictional limits of this court.

WHEREFORE , PREMISES CONSIDERED , plaintiff prays that she recover , upon final hearing , judgment for her damages , including pre and post judgment interest , that she recover her costs and such other and further relief , at law or in equity , to which she may herself justly entitled.

Respectfully submitted,

<u>/s/ Daniel W. Andrews</u>

Daniel W. Andrews, Attorney at Law

PO Box 12653

Austin, TX 78755

512-627-9624

State Bar No. 01240957