**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

---

| | |
|---|---|
| **IN RE; KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO:** | **Chief Judge Mary M. Lisi** |
| **Nancy Swafford No. 1:08-cv-2069** | |

---

**PLAINTIFF NANCY SWAFFORD'S RESPONSE TO**
**DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE**

Plaintiff Nancy Swafford, through her attorney Charles H. Johnson, requests that the Court deny the Defendant C. R. Bard, Inc's and Davol, Inc's Motion for Order to Show Cause Why Plaintiff's Claim Should Not be Dismissed.

Plaintiff Nancy Swafford had completed her Plaintiff's Fact Sheet and signed the requested authorizations and those documents, along with copies of medical records, were served upon attorney David W. Thomas, Spriggs & Hollingsworth, at 1350 "I" Street, Washington , D.C. 20005, on May 6, 2008. That after said service no deficiency letters were received by the Charles H. Johnson & Associates law firm either by E-Mail or by U.S. Mail. In addition, Charles H. Johnson did not receive a copy of the Motion for Order to Show Cause and was not aware it was being filed. On August 20, 2008, the office of Charles H. Johnson was contacted via telephone by Meagan Matusz of Motley Rice of said Motion which generated this filing.

For this reason and those set out in the accompanying Memorandum in Support, the Court should deny Defendant's Motion to Show Cause and not dismiss Plaintiff's claim.

Dated:August 21, 2008

Respectfully submitted,

CHARLES H. JOHNSON & ASSC.

By: _____/s/ Charles H. Johnson_____
Charles H. Johnson
2599 Mississippi Street
New Brighton, MN 55112
651-633-5685

*Attorney for Plaintiff Nancy Swafford*

MOTLEY RICE, LLC

By: _/s/ Donald A. Migliori__
Donald A. Migliori (#4936)
321 South Main Street
Providence, RI 02903
401-457-7700

*MDL 1842 Plaintiff's Liaison Counsel*

**CERTIFICATE OF SERVICE**

I, Donald A. Migliori, hereby certify that a copy of the foregoing Plaintiff's ***Response to Defendants' Motion for Order to Show Cause*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: August 21, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX