**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**IN RE; KUGEL MESH HERNIA REPAIR PATCH LITIGATION**

**MDL Docket No. 07-1842-ML**

**THIS DOCUMENT RELATES TO:**

**Chief Judge Mary M. Lisi**

**Nancy Swafford - No. 1:08-cv-2070**

**MEMORANDUM IN SUPPORT OF NANCY SWAFFORD'S RESPONSE TO DEFENDANTS' MOTION TO SHOW CAUSE**

Nancy Swafford respectfully requests that the Court deny defendants' Motion to Show Cause. Nancy Swafford's Plaintiff's Fact Sheet, signed authorizations and copies of full medical records were submitted to the attorneys for Defendants - David W. Thomas, Spriggs & Hollingsworth, at 1350 "I" Street, Washington , D.C. 20005, on May 6, 2008.

In other similar claims when there is a deficiency claimed by the attorneys for the defendants, attorney Charles H. Johnson is notified by Spriggs & Hollingsworth both by E-Mail and U.S. Mail of said deficiency. In this action no such notification of deficiency was received. Charles H. Johnson & Associates had no knowledge of any claimed deficiency. In addition, Charles H. Johnson did not receive a copy of the Motion for Order to Show Cause and was not aware it was being filed. On August 20, 2008, the office of Charles H. Johnson was contacted via telephone by Meagan Matusz of Motley Rice of said Motion which generated this filing.

Allowing Nancy Swafford to proceed with her lawsuit is within the Court's discretion. When balancing the equities, it is clear that there was no delay in serving the Plaintiff's Fact Sheet and plaintiff's attorney never received notification of deficiencies or notification of the Motion for Order to Show Cause.

There is no reason for said Motion and plaintiff Nancy Swafford should be allowed to proceed with her case. After all, discovery is still ongoing in this litigation and some plaintiffs are still filing claims and curing deficiencies with their Fact Sheets. The Plaintiff's Fact Sheet was served in a timely manner and no notification was given to Plaintiff as to deficiencies or the Motion for Order to Show Cause. In contrast, Nancy Swafford was implanted with a recalled medical device. She should not lose her day in Court because defendants have lost or misplaced the Plaintiff's Fact Sheet served upon them on May 6, 2008, and did not notify plaintiff's counsel of deficiencies or the Motion for Order to Show Cause.

As such, Defendants' motion to dismiss should be denied.

Dated: August 21, 2008

Respectfully submitted,

CHARLES H. JOHNSON & ASSC.

By: _____/s/ Charles H. Johnson_____
Charles H. Johnson
2599 Mississippi Street
New Brighton, MN 55112
651-633-5686

***Attorney for Plaintiff Nancy Swafford***

MOTLEY RICE, LLC

By: _/s/ Donald A. Migliori__
Donald A. Migliori (#4936)
321 South Main Street
Providence, RI 02903
401-457-7700

***MDL 1842 Plaintiff's Liaison Counsel***