**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | |
| **THIS DOCUMENT RELATES TO: SMITH, C.A. NO. 1:08-CV-02322** | **MDL docket No. 07-1842-ML** |
| | **JUDGE LISI** |

PLAINTIFF'S MOTION
FOR DISMISSAL OR, IN THE ALTERNATIVE,
MOTION FOR CONSOLIDATION

1. Plaintiff moves for an Order dismissing without prejudice to refiling Civil Action No. 1:07-CV-01987 or, in the alternative, for an Order to consolidate Civil Action No. 1:08-CV-02322 and C.A. No. 1:07-CV-01987.

2. The grounds for this motion are that the plaintiff's case was filed by two law firms and, therefore, the plaintiff has two cases pending.

3. This motion is based on the pleadings and papers on file in this case and the attached memordandum of points and authorities.

Respectfully submitted,

For the Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori, Esq. (#4936)
MOTLEY RICE, LLC
321 South Main Street, Suite 200
Providence, RI 02903
(401) 457-7700
(401) 457-7708 FAX

*MDL 1842 Plaintiffs' Liaison Counsel*

/s/ Steven M. Johnson
Steven M. Johnson
THE JOHNSON LAW FIRM
3437 W. 7th Street, Suite 258
Fort Worth, TX 76107
(817) 339-8878
(214) 853-4151 FAX

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Donald Migliori, hereby certify that a copy of the foregoing Motion for Dismissal, or, in the alternative, Motion for Consolidation, was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: August 21, 2008

/s/ Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Suite 200
Providence, RI 02940-6067
(401) 457-7700
(401) 457-7708 FAX