**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Larry P. Wilhite** **C.A. 08-315ML**
**Edward F. Collins** **C.A. 08-318ML**

**V.**

**Davol, Inc.**
**C.R. Bard, Inc.**

**ORDER**

**The above cases are related to those cases that comprise the In Re: Kugel Mesh Hernia Patch Litigation, MDL Case No. 07-1842ML. These cases are therefore consolidated for pretrial purposes with MDL Case No. 07-1842ML, and all further proceedings shall be governed by the provisions of Practice and Procedure Order Numbers 1-13 as well as any additional Practice and Procedure Orders entered by the Court in the future.**

**SO ORDERED:**

Mary M. Lisi

**Mary M. Lisi**
**Chief United States District Judge**
**August 26 , 2008**