**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: Brezeale, No. 08-2564-ML-LDA** | § | **Chief Judge Mary M. Lisi** |

**DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S MOTION TO COMPEL RECORDS AUTHORIZATIONS AND INCORPORATED MEMORANDUM IN SUPPORT**

Defendant C.R. Bard, Inc. and Defendant Davol Inc. respectfully request that the Court compel Plaintiff Cathy Brezeale ("Brezeale") to provide Defendants with the required records authorizations omitted from Brezeale's recent Plaintiff Fact Sheet ("PFS") submission. In support of this Motion to Compel, Defendants state as follows.

**FACTUAL BACKGROUND**

1. On July 3, 2008, Plaintiffs submitted their "Position Paper On Their Request For Alternative Dispute Resolution For Migration Cases." In that Position Paper, Plaintiffs nominated this case for early neutral evaluation even though it had not yet been filed.

2. This case was filed before the United States District Court for the Eastern District of New York several days later, on or about July 7, 2008.

3. On July 31, 2008, Brezeale submitted a PFS, thus providing Defendants with the first real, substantive information about the case.

4. Brezeale's PFS was deficient in a number of respects. For purposes of the present motion, it is only relevant that Brezeale failed to provide the proper number and form of several records authorizations as required by the agreed PFS.[1]

5. Given the Court's expressed desire to learn Defendants' response to Plaintiffs' latest nomination of cases for early neutral evaluation, Defendants reviewed Brezeale's PFS and promptly issued a deficiency letter on August 7, 2008. (*See generally* PFS Deficiency Ltr. (Ex. A).) In that letter, Defendants asked Brezeale to provide, *inter alia*, the required number and form of authorizations within ten (10) days.

6. Defendants believe that the ten-day response time was more than adequate for Brezeale to provide the records authorizations. As stated in the deficiency letter, Brezeale's failure to provide records authorizations – in the *number* and the *form* required by the agreed PFS – is wholly unjustified. Furthermore, Brezeale's tactics seriously hamper Defendants' ability to properly respond to Plaintiffs' "Position Paper On Their Request For Alternative Dispute Resolution For Migration Cases" and obtain discovery in a case that Plaintiffs have asked be included in early neutral evaluation.

7. Defendants attempted to resolve this matter without Court intervention through the deficiency-letter process. To date, however, Brezeale has not provided the requested authorizations although the ten-day deadline set in Defendants' deficiency letter expired more than one week ago. In fact, Brezeale has offered no response to Defendants' deficiency letter.

---

[1] Defendants will raise any lingering deficiencies in Brezeale's PFS at the appropriate time.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court order Brezeale to provide immediately each and every records authorization in the number and the form required by the PFS.

Dated: August 26, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2008, the foregoing DEFENDANT C.R. BARD, INC'S AND DEFENDANT DAVOL INC.'S MOTION TO COMPEL RECORDS AUTHORIZATIONS AND INCORPORATED MEMORANDUM IN SUPPORT was electronically filed with the clerk of court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon the Plaintiffs' Liaison Counsel in the manner indicated below:

Donald Migliori
Motley Rice LLC
Email: dmigliori@motleyrice.com
*via electronic mail*

s/ Kirby T. Griffis