**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO ALL ACTIONS** | § § | **JUDGE LISI** |
| | § | |

**JOINT STIPULATION REGARDING DEADLINES**

Plaintiffs' Opposition to Defendant's ***Motion to Enforce the Amended Case Management Order and Permit Communications with Consulting Surgeons who are also Treating Physicians*** was due on August 14, 2008. Plaintiffs have now requested, and Defendants have consented, that their Opposition may be filed on or before September 8, 2008.

The parties agree that Defendants' Reply will be due on September 15, 2008, and the parties further stipulate and seek to have the Motion heard by the Court during the week of September 15, 2008.

Respectfully submitted for the Court's approval, this the 3rd day of September, 2008.

On behalf of Co-Lead Counsel,
For Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02903
401-457-7700
401-457-7708 FAX

*MDL 1842 Plaintiffs' Liaison Counsel*

On behalf of Lead Counsel
For Defendants:

/s/ Kirby T. Griffis
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I St. NW
Washington, DC 20005
202-898-5800
202-682-1639 (fax)

*MDL 1842 Defendants' Counsel*

So ORDERED:

______________________

Entered:

______________________