**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## SCHEDULE CTO-27 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| GEORGIA NORTHERN | | | | |
| GAN | 1 | 08-2456 | Edward Curott, Sr., et al. v. Davol, Inc., et al. | CA 08-2566 |
| NEBRASKA | | | | |
| NE | 4 | 08-3163 | Elaine B. Goldenstein, et al. v. C.R. Bard, et al. | CA 08-2567 |
| NEW JERSEY | | | | |
| NJ | 2 | 08-3802 | Princetta Avant v. Davol, Inc., et al. | CA 08-2568 |
| NJ | 2 | 08-3803 | Michael Lee Jenkins, et al. v. Davol, Inc., et al. | CA 08-2569 |
| NJ | 2 | 08-3806 | Arthur Ronald Epert, et al. v. Davol, Inc., et al. | CA 08-2570 |
| NJ | 2 | 08-3808 | Luke Daniel Holback v. Davol, Inc., et al. | CA 08-2571 |
| NJ | 2 | 08-3822 | Kimberly Lynn Strain, et al. v. Davol, Inc., et al. | CA 08-2572 |
| NJ | 2 | 08-3824 | Sandra Gail Williams v. Davol, Inc., et al. | CA 08-2573 |
| NJ | 2 | 08-3826 | Timothy F. Hoffa, Sr., et al. v. Davol, Inc., et al. | CA 08-2574 |
| NEW YORK EASTERN | | | | |
| NYE | 1 | 08-3023 | Anthony Reeves, et al. v. Davol, Inc., et al. | CA 08-2575 |