**United States District Court**
**District of Rhode Island**

In Re: Kugel Mesh Hernia Products Liability Litigation
Multidistrict Litigation (MDL 1842)

MDL DOCKET NO. 07-1842-ML
All Cases

Meeting Agenda
September 8, 2008 at 1:00 p.m.
Room 307

1. Document production status report

2. Discussion of schedule and protocol for 10 non-ring break cases for early neutral settlement/evaluation

3. Adding a firm to Plaintiffs' steering committee

4. Judge Gibney's August 26, 2008, decision regarding Defendants' retaining treating physicians as consultants

5. Pending motions
   (a) Palmer remand issue
   (b) Status of Defendants' motion to enforce amended CMO

6. Next meeting (Open Session) of the Court, Plaintiffs' liaison counsel, and Defendants' counsel on October 7, 2008, at 1:00 p.m. in the Jury Assembly Room – (Room 151).