# Exhibit A

Spriggs 25 YEARS Hollingsworth

Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax 202.682.1639
www.spriggs.com

Kirby T. Griffis
202.898.5828
kgriffis@spriggs.com

August 8, 2008

***VIA FACSIMILE***

Dr. Keith W. Millikan
Rush University Medical Center
1725 West Harrison Street
Professional Building
Suite 848
Chicago, IL 60612

**Re: Legal bar on communications with you**

Dear Dr. Millikan:

Judge Mary Lisi of the United States District Court for the District of Rhode Island has ordered us to disclose to counsel for the plaintiffs the name of any consulting expert who we know provided medical care to a plaintiff in the pending federal litigation in Rhode Island. In accordance with the Court's order, we will do so today. We have also been ordered not to communicate with you until a motion that we have filed about this issue has been resolved. Should that motion be denied, we will be unable to communicate with you even then.

Under the Court's Order, we must disclose your name because on June 5, 2008, after our first consulting contact with you, a patient of yours, Leslie Kolb, filed suit against C.R. Bard, Inc. and Davol, Inc. You have not been named as a party in that case. The case is being transferred from Illinois to the United States District Court for the District of Rhode Island.

Mr. Migliori is counsel for certain plaintiffs and is copied on this letter.

Very truly yours,

Kirby Griffis

cc: Donald Migliori