**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

## SCHEDULE CTO-28 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| ARKANSAS WESTERN | | | | |
| ARW | 6 | 08-6077 | Denise Turbyfill v. Davol, Inc., et al. | CA 08-2576 |
| MASSACHUSETTS | | | | |
| MA | 1 | 08-11363 | Thomas Buono, et al. v. Davol, Inc., et al. | CA 08-2577 |
| MISSOURI EASTERN | | | | |
| MOE | 4 | 08-876 | Mary Peters v. C.R. Bard, Inc., et al. | CA 08-2578 |
| MOE | 4 | 08-1156 | Robert Phillip Jackson v. Davol, Inc., et al. | CA 08-2579 |
| NEW JERSEY | | | | |
| NJ | 2 | 08-3977 | Shirley Collins, etc. v. Davol, Inc., et al. | CA 08-2580 |