**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: BOKEMPER, No. 1:08-cv-2070 SWAFFORD, No. 1:08-cv-2069** | § | **Chief Judge Mary M. Lisi** |

**REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED**

Plaintiffs Anton Bokemper and Nancy Swafford (collectively, "Plaintiffs") oppose Defendants' Motion for an Order to Show Cause claiming they did not receive notice of their deficiencies and were not served with the Motion itself. This is not correct.

On May 13, 2008, Defendants e-mailed and faxed deficiency letters for Plaintiffs and Tammy Laxton to Charles H. Johnson. *See* E-mail from David Thomas of May 13, 2008 (Ex. A). Originals were sent by first-class mail. The e-mail and postal addresses were provided by Charles H. Johnson in several of his clients' PFSs. (Ex. B). Mr. Johnson responded regarding Tammy Laxton's deficiencies on July 11, 2008, providing a point-by-point response: obviously, this is possible only if he received Defendants' communications. On July 16, 2008, Defendants e-mailed Mr. Johnson a second warning letter about Plaintiffs and Paula Thompson, and an original was sent by first-class mail, using the same contact information provided by Mr. Johnson. *See* E-mail from Jessica Krieg of July 16, 2008 (Ex. C); (Ex. B). Both warning letters informed Mr. Johnson that this motion would be filed if Plaintiffs failed to cure their deficiencies.

As for Mr. Johnson's claim that he was never served with the motion, Defendants placed his contact information on the certificates of service, along with that of Plaintiffs' Liaison

Counsel, and used the Court's Electronic Filing System, as mandated by Section III.A of the Court's Amended CMO (CMO). "Service on Plaintiff's Liaison Counsel . . . shall be deemed proper service on all parties and counsel in these proceedings." (CMO at 1). Plaintiffs are listed as "pro se" in the MDL and received service through other means. (Ex. D). Mr. Johnson is responsible for providing the correct information about his clients' representation and updating his contact information accordingly. *See* (CMO at 1); D.R.I. Loc. R. 204(g)(1). To date, Defendants have not received supplemental responses purporting to cure the deficiencies.

Moreover, Mr. Johnson has been warned about his repeated failure to follow the CMO with respect to most of his clients, including Plaintiffs. Plaintiffs failed to timely file a PFS in the first place, and further failed to provide the requisite authorizations. Mr. Johnson has been repeatedly warned about his clients' failure to separately state and provide the required information about their suffered medical conditions, as instructed in the PFS, among other routine errors found in his clients' PFSs. Defendants have been severely prejudiced by having to chase these plaintiffs and their attorneys, who repeatedly ignore CMO deadlines and PFS instructions. Plaintiffs should be required to show cause why their cases should not be dismissed.

Dated: September 10, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2008, the foregoing REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED was electronically filed with the clerk of court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon the Plaintiffs' Liaison Counsel in the manner indicated below:

Donald Migliori
Motley Rice LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
dmigliori@motleyrice.com
*via electronic mail*

Charles H. Johnson
CHARLES H. JOHNSON & ASSOCIATES
2599 Mississippi Street
New Brighton, MN 55112
Fax: (651) 633-4442
johnsonbarbara5@aol.com
*via electronic mail and facsimile*

s/ Kirby T. Griffis
Kirby T. Griffis
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)