## O'Dell, Kerry

**From:** Thomas, David
**Sent:** Tuesday, May 13, 2008 11:03 AM
**To:** 'johnsonbarbara5@aol.com'
**Cc:** Don Migliori; Leah Donaldson; Megan Matusz
**Subject:** PFS Deficiency letters
**Attachments:** Swafford, Nancy - PFS Deficiency Letter.PDF; Bokemper, Anton - PFS Deficiency Letter.PDF; Laxton, Tammy - PFS Deficiency Letter.pdf

Mr. Johnson,

Per our telephone conversation yesterday, I am re-sending you the PFS deficiency letter for Tammy Laxton, as well as the deficiency letters for Nancy Swafford and Anton Bokemper, whose PFSes we received yesterday. Per your request, I will also have copies faxed over to your office. Please let me know if you have any questions.

Very Truly Yours,
David W. Thomas

Spriggs & Hollingsworth

David W. Thomas

Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005
dthomas@spriggs.com

Phone: 202-898-5861
Fax: 202-682-1639
www.spriggs.com

Download My V-Card Information >>