3. Court where case was originally filed: U.S. District Court Minnesota

D. If the person completing this Fact Sheet is doing so in a representative capacity (*e.g.*, on behalf of the estate of a deceased person, or on behalf of a minor), please provide the following (**otherwise skip to Section II**):

1. Your current address: ______________________________

2. State in what capacity you are representing the individual or estate (for example, as executor, as personal representative, etc.): ______________________________

3. If you were appointed as a representative by a court, then state:

   a. Court that appointed you: ______________________________

   b. Date of appointment: ______________________________

4. If you represent a decedent's estate, then state:

   a. Decedent's date of death: ______________________________

   b. Home address of decedent at time of death: ______________________________

   c. Your relationship to the deceased or represented person: __________

   d. If you represent a decedent, please attach a copy of the decedent's death certificate and autopsy report.

E. Name, address, telephone number, fax number and email address of principal attorney representing you:

Name: Charles H. Johnson

Firm: Charles H. Johnson & Associates

Address: 2599 Mississippi St., New Brighton, MN 55112

Telephone Number: 651-633-5685 Fax Number: 651-633-4442

E-mail Address: johnsonbarbara5@aol.com

CONFIDENTIAL PLAINTIFF INFORMATION