**1:07-md-01842-ML-LDA** In Re: Kugel Mesh Hernia Patch Products Liability Litigation
Mary M Lisi, presiding
Lincoln D. Almond, referral
**Date filed:** 06/28/2007
**Date of last filing:** 09/09/2008

# Parties

| | | |
|---|---|---|
| **Margurite L. Adams**<br>*Added: 01/12/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 01/12/2008*<br>*ATTORNEY TO BE NOTICED* |
| **Bonnie Louise Adkins**<br>*Added: 02/08/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 02/08/2008*<br>*ATTORNEY TO BE NOTICED* |
| **Buford H. Adkins**<br>*Added: 01/12/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 01/12/2008* |
| **W.L. Akins**<br>*Added: 01/12/2008*<br>*(Plaintiff)* | | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor |

| | | |
|---|---|---|
| **Mary Jane Bohm** , AL<br>*Added: 03/13/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 03/13/2008*<br>*ATTORNEY TO BE NOTICED* |
| **Anton Bokemper**<br>*Added: 08/21/2008*<br>*(Plaintiff)*<br>PRO SE | | |
| **Michael Bolton** , NV<br>*Added: 03/13/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 03/13/2008*<br>*ATTORNEY TO BE NOTICED* |
| **Robin Arsene Bolton**<br>*Added: 01/12/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 01/12/2008* |
| **Thomas Leo Boone** , MD<br>*Added: 02/13/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 02/13/2008* |

*TERMINATED: 12/27/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Douglas Martin**
Kutak Rock, LLP
The Three Sisters Building
214 West Dickson Street
Fayetteville, AR 72701
479-973-4200
479-973-0007 (fax)
*Assigned: 07/03/2007*
*TERMINATED: 12/27/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Swafford**
*Added: 08/21/2008*
*(Plaintiff)*
PRO SE

**Steven James Tallaksen** , FL
*Added: 02/14/2008*
*(Plaintiff)*

represented by

**Donald A. Migliori**
Motley Rice LLC
321 South Main Street
2nd Floor
Providence, RI 02903-7108
457-7709
457-7708 (fax)
dmigliori@motleyrice.com
*Assigned: 02/14/2008*
*ATTORNEY TO BE NOTICED*

**Tony C. Tambrello** , AL
*Added: 02/13/2008*
*(Plaintiff)*

represented by

**Donald A. Migliori**
Motley Rice LLC
321 South Main Street
2nd Floor
Providence, RI 02903-7108
457-7709
457-7708 (fax)
dmigliori@motleyrice.com
*Assigned: 02/13/2008*
*ATTORNEY TO BE NOTICED*

**Kate Katherine Taylor** , LA
*Added: 03/12/2008*

**Donald A. Migliori**
Motley Rice LLC