**O'Dell, Kerry**

---

**From:** Thomas, David
**Sent:** Thursday, May 01, 2008 12:00 AM
**To:** 'johnsonbarbara5@aol.com'
**Cc:** 'dmigliori@motleyrice.com'; 'ldonaldson@motleyrice.com'; 'mmatusz@motleyrice.com'
**Subject:** PFS deficiency letter

**Attachments:** Eisenschenk, Kevin - PFS Deficiency Letter.nrl.pdf; Thompson, Paula - PFS Deficiency Letter.nrl.pdf

Mr. Johnson,
Please find, attached, plaintiff fact sheet deficiency letters for Paula Thompson and Kevin Eisenschenk. Please let me know if you have any questions.

Sincerely,
David W. Thomas


Eisenschenk, Kevin - PFS Defic...


Thompson, Paula - PFS Deficien...