**O'Dell, Kerry**

**From:** Krieg, Jessica
**Sent:** Wednesday, July 16, 2008 5:48 PM
**To:** 'johnsonbarbara5@aol.com'
**Cc:** 'Migliori, Don'; mmatusz@motleyrice.com; 'ldonaldson@motleyrice.com'
**Subject:** Supplemental Deficiency Letter
**Attachments:** 071608 Ltr to C Johnson re Bokemper Swafford & Thompson .pdf

Counsel:

Attached please find a supplemental deficiency letter for Plaintiffs Bokemper, Swafford, and Thompson.

Thank you,

Jessica Krieg