**1:07-md-01842-ML-LDA** In Re: Kugel Mesh Hernia Patch Products Liability Litigation
Mary M Lisi, presiding
Lincoln D. Almond, referral
**Date filed:** 06/28/2007
**Date of last filing:** 09/09/2008

# Parties

| | | |
|---|---|---|
| **Margurite L. Adams**<br>*Added: 01/12/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 01/12/2008*<br>*ATTORNEY TO BE NOTICED* |
| **Bonnie Louise Adkins**<br>*Added: 02/08/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 02/08/2008*<br>*ATTORNEY TO BE NOTICED* |
| **Buford H. Adkins**<br>*Added: 01/12/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 01/12/2008* |
| **W.L. Akins**<br>*Added: 01/12/2008*<br>*(Plaintiff)* | | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor |

| | | |
|---|---|---|
| | represented by | Providence, RI 02903<br>274-5556<br>273-8543 (fax)<br>david@morowitzlaw.com<br>*Assigned: 03/03/2008*<br>*ATTORNEY TO BE NOTICED* |
| **Tommie J. Thomas** , TX<br>*Added: 03/12/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 03/12/2008*<br>*ATTORNEY TO BE NOTICED* |
| **Sharon D. Thomas-Stewart** , TX<br>*Added: 03/12/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 03/12/2008*<br>*ATTORNEY TO BE NOTICED* |
| **Camille Nicole Thompson** , CA<br>*Added: 03/12/2008*<br>*(Plaintiff)* | represented by | **Donald A. Migliori**<br>Motley Rice LLC<br>321 South Main Street<br>2nd Floor<br>Providence, RI 02903-7108<br>457-7709<br>457-7708 (fax)<br>dmigliori@motleyrice.com<br>*Assigned: 03/12/2008*<br>*ATTORNEY TO BE NOTICED* |
| **Paula P. Thompson**<br>*Added: 08/21/2008*<br>*(Plaintiff)*<br>PRO SE | | |