**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO** | § | |
| **PHILBURN, No. 1:08-cv-2267** | § | **JUDGE LISI** |
| **BOHM, No. 1:08-cv-2277** | § | |

**DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED**

Defendant C.R. Bard, Inc. and Defendant Davol Inc. (collectively, the "Defendants") request that the Court issue an Order to Show Cause why the claims of plaintiffs Mary Jane Bohm and Shannon Philburn (collectively, "Plaintiffs"), should not be dismissed. Plaintiffs failed to serve a completed Plaintiff Fact Sheet ("PFS") as required by this Court's Case Management Order and Amended Case Management Order (collectively, "CMO"). Pursuant to the CMO, Defendants notified Plaintiffs' counsel of Plaintiffs' failure to submit a completed PFS on June 9, 2008 and June 11, 2008. On July 23, 2008, Plaintiffs' counsel requested an extension to August 13, 2008, to complete Plaintiffs' PFSs. Plaintiffs' counsel promised to move to withdraw and submit stipulations of dismissal if Plaintiffs could not substantially complete their PFSs by the extended deadline. As of today, 2008, Defendants have not received supplemental PFS responses or stipulations of dismissal from Plaintiffs. For these reasons, and for the additional reasons set out in the accompanying (Memorandum in Support), the Court should dismiss Plaintiffs' claims pursuant to Rules 41(b), 37(b)(2)(C) and 16(f) of the Federal Rules of Civil Procedure.

Respectfully submitted,

September 10, 2008

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 10th day of September, 2008 served a true and correct copy of the foregoing Defendant C.R. Bard, Inc.'s and Defendant Davol Inc.'s Motion for Order to Show Cause Why Plaintiffs' Claims Should Not Be Dismissed, by operation of the Court's Electronic Case Filing System, on the following, including Plaintiffs' Liaison Counsel:

Donald Migliori
MOTLEY RICE LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
dmigliori@motleyrice.com
*(via electronic notice)*

David Alexander
Amy Carter
WILLIAMS KHERKHER HART BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-6226
dalexander@williamskherkher.com
acarter@williamskherkher.com
*(via electronic notice)*

s/ Kirby T. Griffis
Kirby T. Griffis