## O'Dell, Kerry

**To:** David Alvarado
**Cc:** Amy Carter; Krieg, Jessica; Griffis, Kirby T.
**Subject:** RE: Kugel Fact Sheets

David,

We will agree to the proposed extension of time for each of these plaintiffs subject to the terms outlined in your request.

Very truly yours,
Kerry C. O'Dell

---

**From:** David Alvarado [mailto:Dalvarado@williamskherkher.com]
**Sent:** Wednesday, July 23, 2008 3:17 PM
**To:** O'Dell, Kerry
**Cc:** Amy Carter
**Subject:** Kugel Fact Sheets

We respectfully request for a twenty (20) day extension of time in which to submit the Supplemental Fact Sheets in the following cases:

| Client ID | Client Name | Court | Cause No. | Supp. FS Ddln | Proposed Extension Date |
|---|---|---|---|---|---|
| XXX-XX-6704 | Bodnar, William John | USDC for the District of Rhode Island | 1:08-CV-02160 | 7/24/08 | 8/13/08 |
| XXX-XX-7569 | Bohm, Mary Jane | USDC for the District of Rhode Island | 1:08-CV-02277 | 7/24/08 | 8/13/08 |
| XXX-XX-7354 | Mullen, James Sterling | USDC for the District of Rhode Island | 1:08-CV-02285 | 7/25/08 | 8/13/08 |
| XXX-XX-4567 | Philburn, Shannon | USDC for the District of Rhode Island | 1:08-CV-02267 | 7/25/08 | 8/13/08 |

The reason for our requesting an extension in these cases is that we have lost contact with these clients and are currently working on locating them. If no contact is made with them in order to meet the requested extension, we will move to withdraw and submit a stipulation of dismissal their respective case.
Please let me know if this meets with your approval.

**David Alvarado**
**Administrative Paralegal**

Direct: (713) 230-2238

Dalvarado@williamskherkher.com

WILLIAMS ♦ KHERKHER

**Williams Kherkher Hart Boundas, LLP ♦ 8441 Gulf Freeway, Suite 600 ♦ Houston, Texas 770**
**713.230.2200 ♦ 1.800.220.9341 ♦ Fax 713.643.6226 ♦ williamskherkher.com**

This e-mail and any attachments are confidential and may be protected by the attorney-client privilege and the attorney worl product doctrine. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient you believe this message has been sent to you in error, please notify the sender by e-mail and delete this message without

disclosing it.

---

wkhbllp