**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO PHILLIPS, No. 1:08-cv-2110** | § § | **JUDGE LISI** |

**DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFF'S CLAIMS SHOULD NOT BE DISMISSED**

Defendant C.R. Bard, Inc. and Defendant Davol Inc. (collectively, the "Defendants") request that the Court issue an Order to Show Cause why the claims of plaintiff Michael Craig Phillips ("Plaintiff"), should not be dismissed. Plaintiff failed to serve a completed Plaintiff Fact Sheet ("PFS") as required by this Court's Case Management Order and Amended Case Management Order (collectively, "CMO"). Pursuant to the CMO, Defendants notified Plaintiff's counsel of Plaintiff's failure to submit a completed PFS on May 12, 2008, and July 8, 2008, and have received no response. As of today, Defendants have not received supplemental PFS responses from Plaintiff. For these reasons, and for the additional reasons set out in the accompanying (Memorandum in Support), the Court should dismiss Plaintiff's claims pursuant to Rules 41(b), 37(b)(2)(C) and 16(f) of the Federal Rules of Civil Procedure.

Respectfully submitted,

September 10, 2008

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I have on this 10th day of September, 2008 served a true and correct copy of the foregoing Defendant C.R. Bard, Inc.'s and Defendant Davol Inc.'s Motion for Order to Show Cause Why Plaintiff's Claims Should Not Be Dismissed, by operation of the Court's Electronic Case Filing System, on the following, including Plaintiffs' Liaison Counsel:

Donald Migliori
MOTLEY RICE LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
dmigliori@motleyrice.com
(*via electronic notice)*

David Alexander
Amy Carter
WILLIAMS KHERKHER HART BOUNDAS, LLP
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-6226
dalexander@williamskherkher.com
acarter@williamskherkher.com
*(via electronic notice)*

s/ Kirby T. Griffis
Kirby T. Griffis