**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § | |
| | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO** | § | |
| **HOLLEY, No. 08-CV-2437** | § | **JUDGE LISI** |
| **MANN, No. 08-CV-2436** | § | |

**DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S MOTION FOR ORDER TO SHOW CAUSE WHY PLAINTIFFS' CLAIMS SHOULD NOT BE DISMISSED**

Defendant C.R. Bard, Inc. and Defendant Davol Inc. (collectively, the "Defendants") request that the Court issue an Order to Show Cause why the claims of plaintiffs Richard Holley, Jr. and Matthew Mann (collectively, "Plaintiffs"), should not be dismissed. Plaintiffs failed to serve a completed Plaintiff Fact Sheet ("PFS") as required by this Court's Case Management Order and Amended Case Management Order (collectively, "CMO"). Pursuant to the CMO, Defendants notified Plaintiffs' counsel of Plaintiffs' failure to submit a completed PFS on July 17, 2008, and July 18, 2008, and have received no response. As of today, Defendants have not received a PFS from Plaintiffs. For these reasons, and for the additional reasons set out in the accompanying (Memorandum in Support), the Court should dismiss Plaintiffs' claims pursuant to Rules 41(b), 37(b)(2)(C) and 16(f) of the Federal Rules of Civil Procedure.

Respectfully submitted,

September 10, 2008

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W., Ninth Floor
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

*Attorneys for Defendants*
*C.R. Bard, Inc. and Davol Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 10th day of September, 2008 served a true and correct copy of the foregoing Defendant C.R. Bard, Inc.'s and Defendant Davol Inc.'s Motion for Order to Show Cause Why Plaintiffs' Claims Should Not Be Dismissed, by operation of the Court's Electronic Case Filing System, on the following, including Plaintiffs' Liaison Counsel:

Donald Migliori
MOTLEY RICE LLC
321 S. Main Street
PO Box 6067
Providence, RI 02940-6067
dmigliori@motleyrice.com
(*via electronic notice)*

Brian A. Goldstein
CELLINO & BARNES, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290
brian.goldstein@cellinoandbarnes.com
*(via electronic notice and first-class mail)*

Jon C. Dupee
DUPEE & MONROE, P.C.
211 Main Street, P.O. Box 470
Goshen, NY 10924
Fax: (845) 294-3619
*(via facsimile and first-class mail)*

s/ Kirby T. Griffis
Kirby T. Griffis