Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax. 202.682.1639
www.spriggs.com

Jessica Krieg
202.898.5804
jkrieg@spriggs.com

July 16, 2008

VIA ELECTRONIC MAIL, ORIGINAL TO FOLLOW BY U.S. MAIL

Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, NY 14202-3290
brian.goldstein@cellinoandbarnes.com

Re: *In re: Kugel® Mesh Hernia Patch Products Liability Litigation*
USDC D. RI. MDL No. 07-1842, CA. No. 1:08-cv-2437
Plaintiff: Richard R. Holley, Jr.

Dear Mr. Goldstein:

On December 6, 2007, Judge Mary Lisi entered a Case Management Order ("CMO") requiring all plaintiffs to complete a Plaintiff's Fact Sheet ("PFS") and provide certain authorizations and documents as requested in the PFS. The CMO required that all plaintiffs who were a part of the MDL as of April 15, 2008, submit a PFS to Defendants by July 14, 2008.

As of the date of this letter, we have yet to receive a PFS from your client. Pursuant to the CMO, should you fail to provide a PFS which is substantially complete in all respects[1] by September 2, 2008 (45 days from the date of this letter), this case is subject to dismissal.

Your client's failure to submit a PFS in a timely fashion imposes unnecessary costs on Bard and hampers Bard's ability to proceed with discovery. Conducting case-specific fact discovery without the benefit of a PFS results in unnecessary inefficiencies.

Sincerely,

Jessica Krieg

Jessica Krieg

cc: Don Migliori

[1] As ordered by Judge Lisi, to "substantially complete in all respects" a PFS a plaintiff must "answer every question contained in the PFS and leave no blanks, even if a plaintiff can only answer the question in good faith by indicating 'not applicable' or 'I don't know'." Sec. VI.D.3.

Spriggs & Hollingsworth

1350 I Street, NW
Washington, DC 20005

tel. 202.898.5800
fax. 202.682.1639
www.spriggs.com

Jessica Krieg
202.898.5804
jkrieg@spriggs.com

July 17, 2008

VIA FACSIMILE, ORIGINAL TO FOLLOW BY U.S. MAIL

Jon C. Dupee, Jr., Esq.
Dupee & Monroe, P.C.
211 Main Street, P.O. Box 470
Goshen, NY 10924
Fax: (845) 294-3619

Re: *In re: Kugel® Mesh Hernia Patch Products Liability Litigation*
USDC D. RI. MDL No. 07-1842, CA. No. 1:08-cv-2436
Plaintiff: Matthew Mann

Dear Mr. Dupee:

On December 6, 2007, Judge Mary Lisi entered a Case Management Order ("CMO") requiring all plaintiffs to complete a Plaintiff's Fact Sheet ("PFS") and provide certain authorizations and documents as requested in the PFS. The CMO required that all plaintiffs who were a part of the MDL as of April 15, 2008, submit a PFS to Defendants by July 14, 2008.

As of the date of this letter, we have yet to receive a PFS from your client. Pursuant to the CMO, should you fail to provide a PFS which is substantially complete in all respects[1] by September 2, 2008 (45 days from the date of this letter), this case is subject to dismissal.

Your client's failure to submit a PFS in a timely fashion imposes unnecessary costs on Bard and hampers Bard's ability to proceed with discovery. Conducting case-specific fact discovery without the benefit of a PFS results in unnecessary inefficiencies.

Sincerely,

Jessica Krieg

Jessica Krieg

cc: Don Migliori

---

[1] As ordered by Judge Lisi, to "substantially complete in all respects" a PFS a plaintiff must "answer every question contained in the PFS and leave no blanks, even if a plaintiff can only answer the question in good faith by indicating 'not applicable' or 'I don't know'." Sec. VI.D.3.