JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 8 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

**RHODE ISLAND CASE NUMBER**
**CA 08-2580**

Shirley Collins, etc. v. Davol, Inc., et al., )
D. New Jersey, C.A. No. 2:08-3977 ) MDL No. 1842

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Collins*) on August 19, 2008. The Panel has now been advised that *Collins* was dismissed in the District of New Jersey by the Honorable Dennis M. Cavanaugh in an order filed on September 5, 2008, pursuant to plaintiff's notice of voluntary dismissal.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-28" filed on August 19, 2008, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

SEP - 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION