**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | |
| **THIS DOCUMENT RELATES TO: SMITH C.A. No 1:08-CV-02322** | § § § § | **MDL Docket No. 07-1842-ML** <br> **JUDGE LISI** |

**STIPULATION OF DISMISSAL**

Plaintiff THERESA SMITH files this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. On December 18, 2007, Plaintiff sued the defendants for injuries caused by their defective Hernia Mesh Patch. The case was assigned Civil Action No. 1:08-cv-02322, filed by Johnson Law Firm, and on November 21, 2007, Plaintiff's case was filed by Williams Kherkher Law firm and assigned Civil Action No. 1:07-cv-01987.

3. Plaintiff THERESA SMITH moves to dismiss her claims and causes of action against defendants in Civil Action No. 1:08-cv-02322 only.

4. Defendants, who have answered, agree to the dismissal.

5. This case is not a class action.

6. A receiver has not been appointed in this case.

7. This case is not governed by any federal statute that requires a court order for dismissal of the case.

8. This dismissal is without prejudice to refiling.

Respectfully submitted,

For Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori (#4936)
**MOTLEY RICE LLC**
321 South Main Street
Providence, RI 02903
Telephone (401) 457-7700
Facsimile (401) 457-7748

***MDL-1842 Plaintiffs' Liaison Counsel***

/s/ Stephen M. Johnson
Stephen M. Johnson
**The Johnson Law Firm**
3437 W. 7th Street, Suite 258
Fort Worth, TX 76107
Telephone (817) 339-8878
Facsimile (214) 853-4151

***Attorneys for Plaintiffs***

For Defendants:

/s/ Kirby T. Griffis
Kirby T. Griffis
**SPRIGGS & HOLLINGSWORTH**
1350 I Street NW
Washington, DC 20005
Telephone (202) 898-5800
Facsimile (202) 682-1639

***MDL-1842 Defendants' Liaison Counsel***

## CERTIFICATION

I, Donald A. Migliori, hereby certify that a copy of the foregoing ***Stipulation of Dismissal*** was electronically filed. Those attorneys who are registered with the Electronic Filing System may access these filings through the Court's System, and notice of these filings will be sent to these parties by operation of the Court's Electronic Filing System.

Dated: September 12, 2008

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, Suite 200
Providence, RI 02903
401-457-7700
401-457-7708 FAX