**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **IN RE: KUGEL MESH HERNIA REPAIR PATCH LITIGATION** | § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO:**<br>**COLLINS, No. 07-1912-ML-LDA**<br>**BARLOW, No. 07-1935-ML-LDA** | § | **Chief Judge Mary M. Lisi** |

**DEFENDANT C.R. BARD, INC.'S AND DEFENDANT DAVOL INC.'S**
**MOTION FOR DISMISSAL**

Defendant C.R. Bard, Inc. ("Bard") and Defendant Davol Inc. ("Davol") (collectively, the "Defendants") request that the Court dismiss the claims of Plaintiffs Judith Collins and Amy Barlow (collectively "Plaintiffs"). Plaintiffs failed to complete and serve a Plaintiff Fact Sheet ("PFS") as required by this Court's Case Management Order and Amended Case Management Order (collectively, "CMO"). Plaintiffs have failed to comply with the Court's Order of July 25, 2008, which directed Plaintiffs to file a submission with the Court addressing their failure to provide PFSs within 30 days. For these reasons, and the reasons set out in the accompanying Memorandum in Support, the Court should dismiss Plaintiffs' claims pursuant to Rules 41(b), 37(b)(2)(C) and 16(f) of the Federal Rules of Civil Procedure.

Dated: September 15, 2008

Respectfully submitted,

SPRIGGS & HOLLINGSWORTH

s/ Kirby T. Griffis
Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2008, the foregoing DEFENDANT C.R. BARD, INC'S AND DEFENDANT DAVOL INC.'S MOTION FOR DISMISSAL was electronically filed with the clerk of court and notice of same provided to counsel of record via the Court's ECF system. I further certify that a true and correct copy of this filing was served upon the Plaintiffs' Liaison Counsel in the manner indicated below:

Donald Migliori
Motley Rice LLC
321 S. Main Street, PO Box 6067
Providence, RI 02940-6067
Email: dmigliori@motleyrice.com
*via electronic mail*

Travis M. Holley
1302 Leavell Ave.
Bastrop, LA 71220
Fax: (318) 283-3242
*via facsimile*

s/ Kirby T. Griffis