# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

In re: KUGEL MESH HERNIA
PATCH PRODUCTS LIABILITY LITIGATION
_______________________________________/
THIS RELATES TO MDL DOCKET NO. 07-1842, CA No. 08-CV-02832
PLAINTIFF: **RICHARD KRYWOLKULSKI**

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of Plaintiff, Richard Krywolkulski, against Defendant C.R. Bard, Inc. and Davol, and all other named Defendants be dismissed in their entirety with prejudice, with each party to bear its own costs.

Dated: Sept. 10, 2008

Chris M. Limberopoulos, Esquire
Florida Bar No.: 341126
Limberopoulos Law Firm
400 N. Ashley Drive, Suite 2150
Tampa, Florida 33602
Attorney for the Plaintiff

Dated: 9/10/08

Attorney for C.R. Bard, Inc. and Davol