**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **In re KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** | § § § | **MDL Docket No. 07-1842-ML** |
| **THIS DOCUMENT RELATES TO: Brezeale, No. 08-2564-ML-LDA** | § § § | **JUDGE LISI** |

**JOINT STIPULATION REGARDING DEADLINES**

The parties have agreed that Plaintiffs' Opposition to Defendants' ***Motion to Compel Records Authorizations and Incorporated Memorandum in Support*** will be due on September 24, 2008.

Respectfully submitted for the Court's approval, this the 16th day of September, 2008.

On behalf of Co-Lead Counsel,
For Plaintiffs:

/s/ Donald A. Migliori
Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
Providence, RI 02903
401-457-7700
401-457-7708 FAX

*MDL 1842 Plaintiffs' Liaison Counsel*

On behalf of Lead Counsel
For Defendants:

/s/ Kirby Griffis
Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I St. NW
Washington, DC 20005
202-898-5800
202-682-1639 (fax)

*MDL 1842 Defendants' Counsel*

So ORDERED:

________________________

Entered:

________________________