UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOHN WHITFIELD

v.                                                          C.A. No. 07-1918

DAVOL, INC., AND C.R. BARD, INC.

## VERDICT FORM

1. Do you find that Plaintiff, John Whitfield ("Plaintiff") has proven that Defendants, Davol, Inc., and C.R. Bard, Inc. ("Defendants") defectively designed the CK Patch?

                    Yes _____              No \_\_X\_\_\_

Please proceed to question 2.

2. Do you find that Plaintiff has proven that the CK Patch was defective by reason of inadequate labeling?

                    Yes _____              No \_\_X\_\_\_

Please proceed to question 3.

3. Do you find that Plaintiff has proven that Defendants were negligent in the design of the CK Patch?

                    Yes \_\_X\_\_\_              No _____

Please proceed to question 4.

4. Do you find that Plaintiff has proven that Defendants were negligent in the labeling of the CK Patch?

                    Yes _____              No \_\_X\_\_\_

If you answered "NO" to all four (questions 1-4) you must return a verdict for Defendants and you need not proceed further. Please sign and date this verdict form as requested below.

If you answered "YES" to questions 1, or 2, or 3, or 4 please proceed to question 5.

5. Do you find that Plaintiff has proven damages directly caused or directly contributed to by defective design, inadequate warnings, negligent design or negligent warnings of the CK Patch?

                Yes _____                No __X__

If you answered "NO" to question 5, you need not proceed further. Please sign and date this verdict form as requested below.

If you answered "YES" to question 5, please proceed to question 6.

6. What amount of damages do you award Plaintiff on his claim(s)?

                $ _____

Please sign and date this form.

_____              4/14/10
Foreperson                                            Date