UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Christopher Thorpe and Laure Thorpe,
    Plaintiffs,

v.

Davol, Inc. and C.R. Bard, Inc.,
    Defendants.

C.A. 08-463ML
MDL Docket No. 07-1842ML
*In Re: Kugel Mesh Hernia
Repair Patch Litigation*

## JUDGMENT

[✓] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment shall enter for Plaintiffs Christopher Thorpe and Laure Thorpe against Defendants Davol, Inc. and C.R. Bard, Inc., pursuant to the jury verdict published on August 23, 2010.
    The jury awards $1.3 million to Plaintiff Christopher Thorpe, and $200,000 to Plaintiff Laure Thorpe.

Enter:
_____
Deputy Clerk

DATED: August 23, 2010